**DEFENDANT LIST**

Sean Combs
200 South Mapleton Dr.
Beverly Hills, California 90024

Justin Dior Combs
1550 N El Centro Ave
Los Angeles, CA 90028

Lucian Charles Grainge
53551 Ross Ave Unit 34A
La Quinta, CA 92253

-and-

668 Chautauqua Blvd.
Pacific Palisades, CA 90272

Ethiopia Habtemariam
13701 Riverside Drive, Apt 8Flr.
Sherman Oaks, CA 91423

Kristina Khorram
10445 Wilshire Blvd, Apt 501
Los Angeles, CA 90024

Chalice Recording Studios
845 Highland Ave.
Los Angeles, CA 90038

Motown Records
1750 Vine Street
Los Angeles, CA 90028

Universal Music Group
2220 Colorado Ave
Santa Monica, CA 90404

Love Records
6255 Sunset Boulevard Suite 713
Los Angeles, CA 90028

Combs Enterprises
197 Main Street
Sayville, NY 11782

-and-

200 South Mapleton Dr.
Beverly Hills, California 90024