UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES

                Plaintiff,

-against-                            24 Civ. 1457 (____)

SEAN COMBS, et al.                    MOTION FOR ADMISSION

                                            PRO HAC VICE

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Rodney Diggs, Esq. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Rodney Jones in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 19, 2024        Respectfully Submitted,

                                              Applicant Signature: _/s/ Rodney Diggs_

                                              Applicant's Name: Rodney Diggs, Esq.

                                              Firm Name: IVIE McNEILL WYATT PURCELL & DIGGS

                                              Address: 444 S. Flower Street, 18th Floor

                                              City/State/Zip: Los Angeles, CA 90071

                                              Telephone/Fax: (213) 489-0028

                                              Email: RDiggs@imwlaw.com



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that Rodney S. Diggs was duly admitted to practice in said Court on 10/26/2016, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on      2/16/24

**JOHN MORRILL, Clerk of Court**

By: s/ J. Diaz

J. Diaz, Deputy

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF GOOD STANDING

I, Keith Holland, Clerk of this Court,

certify that **Rodney Sean Diggs**, Bar # **274459**,

was duly admitted to practice in this Court on

**09/24/2018**, and is in good standing

as a member of the Bar of this Court.

Dated at 2/20/2024.



_____
Keith Holland, Clerk of Court



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Rodney S. Diggs was duly admitted to practice in this Court on November 04, 2014 and is in good standing in this Court.

Dated at San Francisco, California on February 20, 2024.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

February 27, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RODNEY SEAN DIGGS, #274459 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records