**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RODNEY JONES

Plaintiff,

-against-

SEAN COMBS, et al.

Defendant.

24 cv 1457 (    )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of _____Rodney Diggs, Esq._____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

_____California_____; and that his/her contact information is as follows

(please print):

Applicant's Name: _____Rodney Diggs, Esq._____

Firm Name: ___IVIE McNEILL WYATT PURCELL & DIGGS_____

Address: ____444 S. Flower Street, 18th Floor_____

City / State / Zip: _____Los Angeles, CA 90071_____

Telephone / Fax: ____213-489-0028, 213-489-0552_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Rodney Jones_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____

United States District / Magistrate Judge