UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>    Plaintiff,<br>v.<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>ETHIOPIA HABTEMARIAM,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>CHALICE RECORDING STUDIOS,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS.  1-10<br>    Defendants. | Case Number: 24-1457<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Rodney Jones hereby gives notice that the above-captioned action is voluntarily dismissed, <u>with prejudice</u>, against Defendant Ethiopia Habtemariam only.

Dated:
Brooklyn, New York

                    T. A. BLACKBURN LAW, PLLC.

                    By: *Tyrone A. Blackburn, Esq.*
                    Tyrone A. Blackburn, Esq.

5