UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>　　　　　　*Plaintiff*,<br><br>　-against-<br><br>SEAN COMBS, JUSTIN DIOR COMBS, ETHIOPIA HABTEMARIAM, LUCIAN CHARLES GRAINGE, KRISTINA KHORRAM, CHALICE RECORDING STUDIOS, LOVE RECORDS, MOTOWN RECORDS, UNIVERSAL MUSIC GROUP, COMBS GLOBAL ENTERPRISES, JOHN and JANE DOES 1-10 and ABC CORPORATIONS. 1-10,<br><br>　　　　　　*Defendants*. | Case No.: 24-cv-01457<br><br>**NOTICE OF APPEARANCE** |

TO:　The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this Action as counsel for Defendants Sir Lucian Grainge, Ethiopia Habtemariam, Motown Records and UMG Recordings, Inc. (incorrectly identified in the Amended Complaint as Universal Music Group, which is not a juridical entity but merely a short-hand reference to various companies within UMG Recordings, Inc.). The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

　Dated:　March 25, 2024
　　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　**PRYOR CASHMAN LLP**

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Alina Jamil Mian
　　　　　　　　　　　　　　　　　　　　　　7 Times Square, New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 421 4100
　　　　　　　　　　　　　　　　　　　　　　amian@pryorcashman.com