UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>ETHIOPIA HABTEMARIAM,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>CHALICE RECORDING STUDIOS,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10<br><br>    Defendants. | Case Number: 24-1457<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>So ordered. The Clerk of Court is directed to terminate the below-named defendant from this case.<br><br>March 26, 2024<br><br>_____<br>J. PAUL OETKEN<br>United States District Judge |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Rodney Jones hereby gives notice that the above-captioned action is voluntarily dismissed, **WITHOUT** prejudice, against Defendant Chalice Recording Studios **only**. Plaintiff will refile against Defendant Chalice Recording Studios in Los Angeles, California.

Dated: March, 23, 2024

Brooklyn, New York

                                            T. A. BLACKBURN LAW, PLLC.
                                            By: *Tyrone A. Blackburn, Esq.*
                                                 Tyrone A. Blackburn, Esq.