## UNITED STATES FEDERAL COURT
## SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES,

           Plaintiff,

v.

SEAN COMBS,
JUSTIN DIOR COMBS,
ETHIOPIA HABTEMARIAM,
LUCIAN CHARLES GRAINGE,
KRISTINA KHORRAM,
CHALICE RECORDING STUDIOS,
LOVE RECORDS,
MOTOWN RECORDS,
UNIVERSAL MUSIC GROUP,
COMBS GLOBAL ENTERPRISES,
JOHN and JANE DOES 1-10 and
ABC CORPORATIONS.  1-10
           Defendants.

Case Number: 24-1457

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

So ordered. The Clerk of Court is directed to terminate the below-named defendant from this case.

March 26, 2024

_____
J. PAUL OETKEN
United States District Judge

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Rodney Jones hereby gives notice that the above-captioned action is voluntarily dismissed, <u>with prejudice</u>, against Defendant Ethiopia Habtemariam only.

Dated: March 23, 2024
Brooklyn, New York

                        T. A. BLACKBURN LAW, PLLC.

                        By: *Tyrone A. Blackburn, Esq.*
                        Tyrone A. Blackburn, Esq.

5