UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>               *Plaintiff*,<br><br>-against-<br><br>SEAN COMBS, JUSTIN DIOR COMBS, ETHIOPIA HABTEMARIAM, LUCIAN CHARLES GRAINGE, KRISTINA KHORRAM, CHALICE RECORDING STUDIOS, LOVE RECORDS, MOTOWN RECORDS, UNIVERSAL MUSIC GROUP, COMBS GLOBAL ENTERPRISES, JOHN and JANE DOES 1-10 and ABC CORPORATIONS. 1-10,<br><br>               *Defendants*. | Case No.: 24-cv-01457<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants UMG Recordings, Inc. ("UMG") (incorrectly identified in the Amended Complaint as Universal Music Group, which is not a juridical entity but merely a short-hand reference to various companies within UMG) and Motown Records (which is not a corporate entity but a record label that is a division of UMG) hereby certify that UMG is a wholly owned indirect subsidiary of Universal Music Group N.V., a Netherlands public limited company. No other publicly held company owns 10% or more of the stock of UMG. Compagnie de Cornouaille SAS and PS VII Master, L.P. own more than 10% of Universal Music Group N.V.'s stock. No other company owns 10% or more of Universal Music Group N.V.'s stock.

**Dated**: New York, New York
         March 27, 2024

                                                  **PRYOR CASHMAN LLP**

                                                  */s/ Donald S. Zakarin*
                                                  Donald S. Zakarin
                                                  James A. Janowitz
                                                  William L. Charron

Nicholas G. Saady
Alina Jamil Mian
7 Times Square, New York, NY 10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for Defendants UMG and Motown*

2