UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODNEY JONES,

        *Plaintiff*,

  -against-

SEAN COMBS, JUSTIN DIOR COMBS, ETHIOPIA HABTEMARIAM, LUCIAN CHARLES GRAINGE, KRISTINA KHORRAM, CHALICE RECORDING STUDIOS, LOVE RECORDS, MOTOWN RECORDS, UNIVERSAL MUSIC GROUP, COMBS GLOBAL ENTERPRISES, JOHN and JANE DOES 1-10 and ABC CORPORATIONS. 1-10,

        *Defendants*.

Case No.: 24-cv-01457

**WAIVER OF SERVICE OF SUMMONS BY MOTOWN RECORDS**

---

**TO:** Tyrone A. Blackburn, Esq. (counsel for Plaintiff, Mr. Rodney Jones)

**PLEASE TAKE NOTICE THAT:**

Notwithstanding the failure by Plaintiff in the above-captioned action either to attempt service of process or to request waiver of service of process pursuant to Fed. R. Civ. P. 4(d), Defendant Motown Records ("Motown") and its counsel, Pryor Cashman LLP, hereby agree to waive service of process in this Action to save the time and expense of requiring the Plaintiff to serve a summons and complaint in this Action in accordance with Rule 4(d) of the Federal Rules of Civil Procedure.

Accordingly, Motown waives any objections to the absence of the issuance of a summons or service of the summons and complaint, but hereby expressly reserves and does not waive any and all defenses and objections at law or in equity, other than as to service of process, including without limitation as to the lawsuit, the Court's jurisdiction, and the venue of this Action.

1

Motown understands that it must file and serve an answer or a motion under Rule 12 within the applicable timeframe provided for in Rule 4(d)(3) and intends to respond to the First Amended Complaint in this Action promptly.

Dated: New York, New York
       March 27, 2024

**PRYOR CASHMAN LLP**

By: _____
   Donald S. Zakarin
   James A. Janowitz
   William L. Charron
   Nicholas G. Saady
   Alina Jamil Mian
7 Times Square
New York, New York  10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for Motown*

2