# EXHIBIT 5

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

[Allowable Characters](#)

| | |
|---|---|
| **HOME** | Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4663711 | Incorporation Date / Formation Date: | 1/7/2021 (mm/dd/yyyy) |
| Entity Name: | LOVE RECORDS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | ERESIDENTAGENT, INC. | | |
| Address: | 1013 CENTRE ROAD SUITE 403S | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19805 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov