# EXHIBIT 6

 

# Sean 'Diddy' Combs Launches Love Label, Inks Album Deal With Motown Records

'Diddy's' next album will be the inaugural Love Records release.

Published on May 10, 2022

By Will Schube

![Sean 'Diddy' Combs]

Sean 'Diddy' Combs - Photo: Paras Griffin/Getty Images

**Sean "Diddy" Combs** has announced the launch of his new R&B record label Love Records, while simultaneously signing a one time album deal with Motown Records.

The new label will be dedicated to R&B music and will release singles and collaborative projects from a collective of world-class artists, producers, and songwriters. The announcement marks Combs' official return to music.

Diddy's album is the first project under the Love Records imprint. The project is set to be released this summer in partnership with Motown Records, uniting the three-time

GRAMMY Award-winning executive with Motown for the first time in his decorated 30-year career.

- **Big Sean Shares New Single And Video, 'Precision'**

- **Tierra Whack Shares Stirring New Video For 'Two Night'**

- **Leaders In The Mix: Pioneering Female Music Producers To Know**

"Music has always been my first love, Love Records is the next chapter is about getting back to the love and making the best music of my life," said Diddy. "For the label I'm focused on creating timeless R&B music with the next generation of artists and producers. Motown is the perfect partner for my album and I'm excited to add to its legacy."

Motown Records C.E.O. and Chairwoman Ethiopia Habtemariam stated, "This is a major moment for Motown, as Diddy is one of this century's most important voices in music and culture; to be a part of his next evolution and album is nothing short of monumental."

Not only is Diddy one of the highest-selling artists in history, he is also one of the most accomplished music producers of all time. Love Records represents Combs' triumphant return to R&B as an executive producer, curator, and A&R for his forthcoming album. Combs will continue oversight on his successful Bad Boy Entertainment label.

In addition to his catalog of hit records, Diddy has produced and creatively shaped the sound for superstars Mary J. Blige, The Notorious B.I.G., Mariah Carey, Jennifer Lopez, Boyz II Men, Britney Spears, and many more.

Stay tuned for the release of new music coming and tune in to the 2022 Billboard Music Awards on May 15 as Combs will serve as host and Executive Producer.

**Explore the best of Motown in the 21st Century.**

| HIP-HOP | LOVE RECORDS | MOTOWN RECORDS | R&B | SEAN DIDDY COMBS | URBAN LEGENDS |