# EXHIBIT 7



# OUR LABELS & BRANDS

Home  >  Our Labels & Brands

## OUR LABELS & BRANDS

Universal Music Group is home to the most iconic and influential labels & brands in music.



🌐 GLOBAL LABELS





















NEWS





































   

    

    

    

      

    

    

   

NEWS








NEWS

























UMG
*about us*

Our Labels & Brands

Social Responsibility

For UMG Artists

Careers

U-Discover
*explore our music*

© Copyright 2024 Universal Music Group N.V. All rights reserved.

Terms of Service /
Privacy Policy /
Do Not Sell My Personal Information /




