# **EXHIBIT 8**

**billboard**

**billboard**

R&B/HIP-HOP                                                                05/10/2022

# Sean 'Diddy' Combs Partners With Motown Records for First Album from His R&B Label Love Records

Sean "Diddy" Combs launches label Love Records with album release via Motown Records.

By Gail Mitchell



Sean "Diddy" Combs and Motown Records' Ethiopia Habtemariam
Gio Bandero for Combs Enterprises

As he prepares for his debut as host and executive producer of the upcoming **2022 Billboard Music Awards (https://www.billboard.com/music/awards/sean-diddy-combs-host-executive-producer-2022-billboard-music-awards-1235062358/#:~:text=Legendary%20music%20mogul%2Fproducer%2Frapper,platinum%20No°** (May 15), **Sean "Diddy" Combs (https://www.billboard.com/artist/puff-daddy/)**— aka Love — is announcing news on another front. He is formally launching his Love Records in tandem with signing a one-time album deal with **Motown (https://www.billboard.com/t/motown/)** Records.



**+ EXPLORE**
SEE LATEST VIDEOS, CHARTS AND NEWS

Mary J. Blige (/artist/mary-j-blige) (/artist/mary-j-blige)

Sean "Diddy" Combs (/artist/sean-diddy-combs) (/artist/sean-diddy-combs)

The forthcoming album will be the first project under the imprint, which will focus solely on R&B through the release of singles and collaborative projects with artists, producers and songwriters.

On marking his official return to music, Combs said in a statement, "Music has always been my first love; Love Records is the next chapter about getting back to the love and making the best music of my life. For the label, I'm focused on creating timeless R&B music with the next generation of artists and producers. Motown is the perfect partner for my album, and I'm excited to add to its legacy."

Motown Records CEO/chairwoman **Ethiopia Habtemariam (https://www.billboard.com/t/ethiopia-habtemariam/)** stated, "This is a major moment for Motown, as Diddy is one of this century's most important voices in music and culture. To be a part of his next evolution and album is nothing short of monumental."

Combs serves as executive producer, curator and A&R of Love Records' first album, due this summer. In addition, he will continue to oversee his successful label predecessor, Bad Boy Entertainment. During his 30-year career as a producer, songwriter, rapper, label executive and head of Combs Enterprises, Combs is a three-time Grammy Award winner who has collaborated with a host of hitmakers, including Mary J. Blige, The Notorious B.I.G., Mariah Carey, Jennifer Lopez, Boyz II Men, Britney Spears and Kanye West, among others.

Combs is managed by SAL&CO where he is represented by **Wassim "Sal" Slaiby**. Together with Slaiby, **Kenneth Meiselas** at Grubman Shire Meiselas & Sacks negotiated the deal with Motown.

**billboard**

Get weekly rundowns straight to your inbox

**SIGN UP**

**WANT TO KNOW WHAT EVERYONE IN THE MUSIC BUSINESS IS TALKING ABOUT?**

**REVOLT**



Gio Bandero for Combs Enterprises

NEWS

# Sean "Diddy" Combs launches R&B label Love Records and inks exclusive album deal with Motown

In a major announcement, Diddy has revealed he's launching his very own record label, Love Records, which will exclusively cater to R&B music. The mogul has partnered with the legendary Motown Records for this deal.

BY ANGEL SAUNDERS / 5.10.2022

Today (May 10), music mogul, artist and producer Sean "Diddy" Combs made some serious boss moves by announcing his new R&B label, Love Records. The legendary

news didn't stop there though — Combs has also inked an exclusive deal with Motown Records.

"Music has always been my first love, Love Records is the next chapter is about getting back to the love and making the best music of my life," Combs said in a statement. He added, "For the Label, I'm focused on creating timeless R&B music with the next generation of artists and producers. Motown is the perfect partner for my album and I'm excited to add to its legacy."

Love Records will cater exclusively to R&B music and all projects released through the label will be made by world-class artists, producers and songwriters.

The first project set to be released under the label will come from none other than Mr. Combs himself. This entire move marks Diddy's official return to music. The three-time Grammy winner has been in the business for 30 years, but this partnership will be the mogul's first time working with the iconic Motown Records.

Since its inception, Motown Records has launched careers for the biggest names in the music industry, including The Supremes, The Temptations and The Jackson 5. In more recent years, groups like the Migos have worked with the label.

Motown Records CEO and Chairwoman Ethiopia Habtemariam added, "This is a major moment for Motown, as Diddy is one of this century's most important voices in music and culture; To be a part of his next evolution and album is nothing short of monumental."

Diddy's venture with Love Records will be a full-circle career moment for the A&R, executive producer and curator. The cultural icon is credited with shaping the sounds of artists like Mary J. Blige, The Notorious B.I.G., Mariah Carey, Boyz II Men, Kanye West and more.

While the new label will no doubt keep the "Hello Good Morning" hitmaker busy, he will continue running his successful Bad Boy Entertainment label.

This announcement comes just weeks after news dropped that the "Can't Nobody Hold Me Down" rapper would not only be hosting but executive producing the 2022 Billboard Music Awards in Las Vegas as well.

Yesterday (May 9), Diddy announced he'd be adding Travis Scott to the list of performers. "I'm uncanceling the canceled," Combs said in support of the "Sicko Mode" rapper.

The show airs live Sunday, May 15 at 8 p.m. ET / 5 p.m. PT from the MGM Grand Garden Arena. Catch it on NBC or streaming on Peacock.

TAGS IN THIS ARTICLE:

| TAGS | SEAN "DIDDY" COMBS |

## YOU MIGHT ALSO LIKE



Usher reveals that he, JAY-Z, Diddy, and Pharrell "were supposed to be a group"

BY JON POWELL / 02.01.2024



Diddy's attorney issues statement about Cassie lawsuit settlement

BY ISHA THORPE / 11.18.2023