# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CASANDRA VENTURA                                    :
                                                                      :       Civil Case No.:  23-cv-10098
                                    Plaintiff,         :
                                                                      :
                  v.                                             :
                                                                      :       **COMPLAINT**
SEAN COMBS, BAD BOY ENTERTAINMENT,   :
BAD BOY RECORDS, EPIC RECORDS, COMBS   :       **JURY TRIAL DEMAND**
ENTERPRISES, LLC, and DOE CORPS. 1-10,      :
                                                                      :
                                    Defendants.   :
-----------------------------------------------------------------X

<div style="border:2px solid black; text-align:center">

**TRIGGER WARNING:**
**THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A**
**SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**

</div>

Plaintiff Casandra Ventura ("Ms. Ventura") hereby alleges, as and for her Complaint against Defendant Sean Combs ("Mr. Combs"), Bad Boy Entertainment, Bad Boy Records, Epic Records, Combs Enterprises, LLC, and Doe Corporations 1-10 (together, "Defendant Corporations," and together with Mr. Combs, "Defendants") as follows:

**PRELIMINARY STATEMENT**

1.        Defendant Sean Combs is a rapper and record executive popularly known by his stage names Puff Daddy, P. Diddy, or Diddy.  Mr. Combs came to fame in the early 1990s with his record label Bad Boy Records.  He rose to prominence in the music and entertainment industry over the decades and is regularly referred to as a hip-hop mogul.

2.        In 2022, Mr. Combs received the Lifetime Achievement Award at the BET Awards.  During his acceptance speech, Mr. Combs stated, "I have to give a special shoutout, thank you, love, to the people that was really there for me."  He named a number of people, before adding, "[a]nd also Cassie, for holding me down in the dark times, love."

1