

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806                     pryorcashman.com

April 4, 2024

Hon. J. Paul Oetken
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

  **Re:**  <u>*Jones v. Combs*, et. al, **Case No. 24-1457**</u>

Dear Judge Oetken:

  We are counsel to defendants UMG Recordings, Inc. (erroneously sued as "Universal Music Group"), Motown Records and Sir Lucian Grainge (collectively, the "UMG Defendants") in the above-referenced Action.

  In connection with the telephonic hearing Your Honor has scheduled for April 9, 2024, we write to bring to Your Honor's attention an Opinion and Order issued by Judge Cote yesterday, April 3, 2024, in the case of *Zunzurovski v. Fisher* et. al., No. 23-CV-10881 (the "Order"), a copy of which is attached hereto. In the Order, Judge Cote referred Mr. Blackburn to the Grievance Committee of the Southern District of New York to address what she found to be a pattern of failing to comply with his Rule 11 obligations.

  In an observation particularly relevant to the offensively false and salacious accusations Mr. Blackburn leveled at our clients (only to abandon the accusations after having attracted press attention, swapping them out for equally false accusations), Judge Cote specifically stated:

> A reasonable inference from Blackburn's pattern of behavior is that he improperly files cases in federal court to garner media attention, embarrass defendants with salacious allegations, and pressure defendants to settle quickly. Indeed, his submissions to this Court have been rife with disturbing allegations against the defendants and defense counsel.

  So, too, here are Mr. Blackburn's pleadings "rife with disturbing allegations" against the UMG Defendants.

  As the Order states, Judge Cote issued a prior Order on February 15, 2024 requiring Mr. Blackburn to show cause why Rule 11 sanctions should not be imposed in the case before her. Yet a mere 11 days later, Mr. Blackburn filed the original complaint in this action (February 26, 2024), followed days later by the First Amended Complaint (March 4, 2024), and then his several unauthorized attempts to file a Second Amended Complaint. In every one of these filings or attempted filings, in patent violation of Rule 11, Mr. Blackburn larded his pleadings with offensively and knowingly false accusations against the UMG Defendants. And it is clear that he knew they were false, as evidenced by his having jettisoned in his proposed Second Amended



Hon. J. Paul Oetken
April 4, 2024
Page 2

Complaint every single foundational accusation he made in the original and First Amended Complaints.

      In my April 1, 2024 letter to Your Honor opposing Mr. Blackburn's letter motion to amend, I specifically noted some examples of the bad faith of Plaintiff and Mr. Blackburn, using an unauthorized SAC to garner publicity and only then seeking leave to amend. While I was aware of a pending Rule 11 sanctions motion against Mr. Blackburn in the Eastern District of New York, and a motion for a "gag order" against him brought by the Fox Rothschild firm, I was not aware of the matter pending before Judge Cote nor of the other cases referred to by Judge Cote in the Order.

      It is painfully obvious that Mr. Blackburn believes he is free to flagrantly violate Rule 11 in furtherance of trying to garner press attention for himself without regard for the truth and without regard for the human consequences of his conduct. We have served Mr. Blackburn with a Rule 11 motion (as I had said we would). But this Court has the inherent power to address Mr. Blackburn's conduct, and we believe that Judge Cote's Opinion and the facts set forth therein are relevant for this Court's consideration.

      Respectfully submitted

      **PRYOR CASHMAN LLP**

      Donald Zakarin

Attachment