# EXHIBIT 7

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, March 25, 2024 5:13 PM
**To:** Jonathan Davis <jdd@jddavispc.com>
**Cc:** Shawn Holley <SHolley@khiks.com>; Bobbi Sternheim <bcsternheim@mac.com>
**Subject:** Re: Jones v. Combs, et al.; 1:24-cv-01457

Hi Counsels,

Something tells me that you three are pretty busy right now, but when you get a chance please advise if you are willing to waive service of process on behalf of your clients Justin and Sean Combs pursuant to Rule 4 of the FRCP. If not, I understand, Ill contact DHS to find their locations.

😂😂😂

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

1