## **DEFENDANT LIST**

**Sean Combs**
200 South Mapleton Dr.
Beverly Hills, California 90024

~and~

2 West Star Island Drive
Miami Beach, FL 33139

1 West Star Island Drive
Miami Beach, FL 33139

**Justin Dior Combs**
1550 N El Centro Ave.
Los Angeles, CA 90028

**Cuba Gooding, Jr.**
60 Collister Street, Apt. #2B
New York, NY 10013

**Lucian Charles Grainge**
53551 Ross Ave Unit 34A
La Quinta, CA 92253

~and~

668 Chautauqua Blvd
Pacific Palisades, CA 90272

**Kristina Khorram**
10445 Wilshire Blvd Apt 501
Los Angeles, CA 90024

**Love Records**
6255 Sunset Boulevard Suite 713.
Los Angeles, CA, 90028

**Motown Records**
1750 Vine Street
Los Angeles, CA, 90028

**Universal Music Group**
2220 Colorado Avenue
Santa Monica, CA, 90404

~and~

1755 Broadway # 6
New York, NY 10019

**Combs Global Enterprises**
1 West Star Island Drive
Miami Beach, FL 33139