AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RODNEY JONES | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 24-1457 |
| Sean Combs, et. al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    See attached Defendants List Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Tyrone A. Blackburn, Esq.
    T. A. Blackburn Law, PLLC
    1242 E. 80th Street, 3rd Floor
    Brooklyn, NY 11236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                       *CLERK OF COURT*

Date: 04/26/2024                                                        /s/ J. Gonzalez
                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-1457

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## **DEFENDANT LIST**

**Sean Combs**
200 South Mapleton Dr.
Beverly Hills, California 90024

~and~

2 West Star Island Drive
Miami Beach, FL 33139

1 West Star Island Drive
Miami Beach, FL 33139

**Justin Dior Combs**
1550 N El Centro Ave.
Los Angeles, CA 90028

**Cuba Gooding, Jr.**
60 Collister Street, Apt. #2B
New York, NY 10013

**Lucian Charles Grainge**
53551 Ross Ave Unit 34A
La Quinta, CA 92253

~and~

668 Chautauqua Blvd
Pacific Palisades, CA 90272

**Kristina Khorram**
10445 Wilshire Blvd Apt 501
Los Angeles, CA 90024

**Love Records**
6255 Sunset Boulevard Suite 713.
Los Angeles, CA, 90028

**Motown Records**
1750 Vine Street
Los Angeles, CA, 90028

**Universal Music Group**
2220 Colorado Avenue
Santa Monica, CA, 90404

~and~

1755 Broadway # 6
New York, NY 10019

**Combs Global Enterprises**
1 West Star Island Drive
Miami Beach, FL 33139