AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-1457

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristina Khorram

was received by me on *(date)* 04/29/2024

☐ I personally served the summons on the individual at *(place)* ____ on *(date)* ____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* JOHN DOE (Refused to provide name), Receptionist, a person of suitable age and discretion who resides there, on *(date)* 05/07/2024, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____, who is designated by law to accept service of process on behalf of *(name of organization)* ____ on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05/08/2024

*Server's signature*

Jose Diaz, Process Server
*Printed name and title*

754 Highland Pl.,
San Dimas, CA 91773
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:

Service on: Kristina Khorram
10445 Wilshire Blvd, Apt 501, Los Angeles, CA 90024

Served to: JOHN DOE (Refused to provide name), Receptionist
(Male, 35, Middle Eastern, black hair, 5'8", 185 lbs, brown eyes)
05/07/2024 at 4:46 PM

Documents served: SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT CIVIL ACTION, EXHIBIT(S)

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES,             Plaintiff(s) – Petitioner(s)

V.             CASE NO.: 1:24-cv-01457-JPO

SEAN COMBS, et al.,             Defendant(s) – Respondent(s)

STATE OF NEW JERSEY
COUNTY OF ESSEX      ss.:

**Emily Schwartz**, the undersigned, being duly affirmed, deposes, and says, I am over 18 years of age, not a party to this action, and reside in the State of New York.

On **05/08/2024** at **12:35 PM**, I deposited in the United States mail another true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed upon **KRISTINA KHORRAM** at **10445 WILSHIRE BLVD, APT 501, LOS ANGELES, CA 90024** This Affidavit is in furtherance and in addition to service effectuated on May 7, 2024, by suitable person and discretion.

**Mailing**
**05/08/2024**
Deponent completed service by depositing a true copy of each properly sealed affixed with first class postage and addressed to the Defendant in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] **The envelope was marked "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from and attorney or concerns an action against the person to be served.**

Sent on **05/08/2024** at **12:35 PM** via First-Class Mail.

This Affidavit is in furtherance and in addition to service effectuated on May 7, 2024, by suitable person and discretion.

I affirm on _____May 8_____, 20_24_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Emily Schwartz*
Emily Schwartz
P.O. Box 25066
Newark, NJ 07102
800-637-1805