

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY, DC & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

May 13, 2024

VIA PACER:
Hon. J. Paul Oetken
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Re: Jones v. Combs, et al.; Case No. 24-1457

Dear Judge Oetken,

This firm represents Rodney Jones ("Plaintiff") in the above-referenced case. This letter is to update the Court on the status of service of the Summons and Complaint of Defendants Sean Combs, Justin Dior Combs, Love Records, and Combs Global Enterprises (collectively, "Combs Defendants"), and Cuba Gooding Jr. Counsel for the Combs Defendants, Mr. Jonathan Davis reached out to this writer. They requested time to file an answer and/or move regarding the plaintiff's Second Amended Complaint. The plaintiff consented to an extension and will provide the stipulation to the Court in the coming days.

Counsel for the Combs Defendants informed me that he is only representing the Combs Defendants and not Defendant Kristina Khorram or Cuba Gooding, Jr. According to the affidavit from the process server, which was uploaded to the docket, Defendant Khorram was served on or about April 29, 2024.

Unfortunately, Defendant Cuba Gooding, Jr. has dodged the process server who has attempted to serve him in New York and Florida. He is aware of this lawsuit, as evidenced by an interview he did on the Patrick Bet-David Podcast titled "Cuba Gooding Jr: Diddy, Assault Allegations & The Dark Side of Hollywood | PBD Podcast | Ep. 407."

The Court can access the Podcast from the following link:
https://youtu.be/djuUGTfzPJY?si=kftq4ZmPBJnAQeo8

The plaintiff may need an extension of time to serve Mr. Gooding, Jr.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF

📞 347-342-7432   ✉ tblackburn@tablackburnlaw.com   🌐 TABlackburnlaw.com