

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY, DC & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

May 20, 2024

VIA PACER:
Hon. J. Paul Oetken
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Jones v. Combs, et al.; Case No. 24-1457</u>

Dear Judge Oetken,

This firm represents Rodney Jones ("Plaintiff") in the above-referenced case.  This letter is to update the Court on the status of service of the Summons and Complaint of Defendant Kristina Khorram.  This writer met and conferred with the counsel for Defendant Khorram, and we agreed to a 90-day extension
of time for Defendant Khorram to either answer or otherwise respond to the Second Amended Complaint.  Defendant Khorrams' time to answer or respond is August 26, 2024.

The parties have executed the attached stipulation, which reflects this agreement.

I thank the Court for its time and consideration.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF

 347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com