# EXHIBIT # 2

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>                Plaintiff,<br><br>v.<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS<br>CUBA GOODING JR.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10<br><br>                Defendants. | Case Number: 24-1457<br><br>**Voluntary Dismissal** |

**PLAINTIFFS VOLUNTARY DISMISS OF LUCIAN CHARLES GRAINGE, MOTOWN RECORDS, AND UNIVERSAL MUSIC GROUP ("UNIVERSAL DEFENDANTS") FOR ALL CLAIMS REFERENCED IN THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff requests that the Court enter an order dismissing the Universal Defendants from all claims they are referenced in the Second Amended Complaint With Prejudice.

PLEASE TAKE NOTICE that the Universal Defendants consent to this request, as evidenced by the signature below:

| | |
|---|---|
| T. A. BLACKBURN LAW, PLLC.<br>By:<br>Tyrone A. Blackburn, Esq.<br>Attorney for Plaintiff | PRYOR CASHMAN, LLP<br>By:<br>Donald S. Zakarin, Esq.<br>Attorney for Universal Defendants |