# EXHIBIT # 3

**From:** Tyrone Blackburn tblackburn@tablackburnlaw.com
**Subject:** Re: Jones v. Combs et. al. 24 Civ. 1457
**Date:** May 13, 2024 at 11:21 AM
**To:** Donald S. Zakarin DZakarin@pryorcashman.com

No problem.  I will work off of what you send back.  If I need to do a declaration, I will put one together.  I did not think it was necessary.  It would basically say the parties met and conferred, and Plaintiff has decided to dismiss the UMG Defendants with prejudice.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

> On May 13, 2024, at 11:06 AM, Zakarin, Donald S. <DZakarin@pryorcashman.com> wrote:
>
> I do.  As we discussed last week, what I expected was a notice of motion and a short declaration from you.  I expressly said we were not stipulating to a dismissal but, assuming your motion was satisfactory, we would file in response our agreement with the dismissal and its terms.  I am going to modify what you sent me as it is not acceptable.
>
> Donald S. Zakarin
> Pryor Cashman, LLP
> 7 Times Square
> New York, NY 10036
> 212-326-0108 (P)
> 212-798-6306 (F)
> 347-820-0793 (C)
> dzakarin@pryorcashman.com
>
> **From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
> **Sent:** Monday, May 13, 2024 11:03 AM
> **To:** Zakarin, Donald S. <DZakarin@pryorcashman.com>
> **Subject:** Re: Jones v. Combs et. al. 24 Civ. 1457
>
> I figured you did not want to work in the weekend. I apologize.
>
> Regards,
>
> Tyrone A. Blackburn, Esq.
> T. A. Blackburn Law, PLLC
> TABlackburnlaw.com
>
>> On May 13, 2024, at 10:59 AM, Zakarin, Donald S. <DZakarin@pryorcashman.com> wrote:
>>
>> Mr. Blackburn:

Mr. Blackburn:

I will look at and get back to you. I had expected, as you had said last week, that I would receive this on Saturday morning.

Donald S. Zakarin
Pryor Cashman, LLP
7 Times Square
New York, NY 10036
212-326-0108 (P)
212-798-6306 (F)
347-820-0793 (C)
dzakarin@pryorcashman.com

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, May 13, 2024 10:42 AM
**To:** Zakarin, Donald S. <DZakarin@pryorcashman.com>
**Subject:** Re: Jones v. Combs et. al. 24 Civ. 1457

Donald,

See attached the proposed notice of motion. It is simple and straightforward and does not require any filing by you. Let me know your thoughts.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.