# EXHIBIT # 5.2

# EXHIBIT B

**Eye Catching Media, Inc.**
5530 Elaine Ave SE
Auburn, WA 98092

| Invoice #: | 1611 |
|---|---|
| Page: | 1 |
| Date: | 6/27/2022 |

Client: Capitol Records
Contact: Brittany O'Garro
Address: 1750 Vine Street
          Los Angeles, CA 90028
Campaign:  uMusic (Digital Mobile Billboards)
**Truck 1 (Diddy)**

**Please Remit Payment To:**

Eye Catching Media, Inc.
5530 Elaine Ave SE
Auburn, WA 98092

Start Date: 6/24/2022                    End Date: 6/26/2022

**Digital Mobile Billboard:**

Truck 1 (Diddy):

1 Digital MB @ $1,400/day x 3 days                $4,200

**Payment Terms:**

Payments are due upon receipt.

**Thanks for your business!**

| | **TOTAL DUE:** | **$4,200.00** |
|---|---|---|



Alex Bushtaber | President
Tel: 1.877.728.9631
alex@mvsmediagroup.com

1800 S. Ocean Drive, Suite# 4003 Hallandale, Florida, USA 33009 | www.mvsmediagroup.com

# INVOICE

| | Invoice No. | 11713 |
|---|---|---|

**Customer**

| Name | Motown records, Attn: John Kozak |
| Address | 1750 Vine Street |
| City | Los Angeles    State CA    ZIP 90028 |
| Phone | |

**Misc**

| Date | 7/20/2022 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | MIA LED Truck Rental for Rolling Loud July 22-24, 2022  8 hours per day | $  3,600.00 | $     3,600.00 |
| | | | |
| | | | |
| | PO# USP0660700 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SubTotal | | $3,600.00 |
| | Paid | | $0.00 |

**Payment**    Check

Comments:

CHK #:

Expires:

Tax Rate(s)

**TOTAL OWED**    $3,600.00

Office Use Only

*Please make all checks payable to:  MVS MEDIA GROUP, LLC*

*Thank you for your business*

20220831001433686F

From: John.Kozak@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: PLEASE PROCESS: MVS MEDIA GROUP_DUKE DEUCE_USP0660700

Sent Date: Tuesday, August 30, 2022 11:50:43 PM
Received Date: Tuesday, August 30, 2022 11:51:48 PM
Email Unique ID: 43e13d43-295e-4a53-80a9-d358afda25ef
This email is from an external source. Review carefully before clicking links or attachments.
Thanks!

John Kozak
Capitol Music Group
Hollywood. California
John.kozak@umusic.com<mailto:John.kozak@umusic.com>

**Lex Promotions & Marketing**
20533 Biscayne Blvd Suite 4523
Aventura, FL  33180 US
accounting@lexpromotions.com

# Invoice



PO# USP0653040

BILL TO

John Kozak
Capitol Records
1750 Vine Street
Ca
Los Angeles, CA  90028

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1975 | 07/11/2022 | $4,000.00 | 07/11/2022 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Mobile Billboard Marketing | 7/1/2022-7/3/2022 | 1 | 4,000.00 | 4,000.00 |

Diddy Essence festival

Company admin fee of 10% of total invoice amount will be paid if invoice is not paid in within 30 days of invoice fee.

**BALANCE DUE**

# $4,000.00

20220727001424087F

From: John.Kozak@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: PLEASE PROCESS: LEX PROMOTIONS_DIDDY_USP0653040

Sent Date: Wednesday, July 27, 2022 5:07:51 PM
Received Date: Wednesday, July 27, 2022 5:08:32 PM
Email Unique ID: 9c495bad-96ac-42f3-b142-a30e843e7ae5
This email is from an external source. Review carefully before clicking links or attachments.
Thanks!

John Kozak
Capitol Music Group
Hollywood. California
John.kozak@umusic.com<mailto:John.kozak@umusic.com>



DeWitt Stern

Insurance / Risk Advisory Since 1899

A RISK STRATEGIES COMPANY

DeWitt Stern
500 N. Brand Blvd., Ste. 1600
Glendale, CA 91203
T 818.623.5400
www.dewittstern.com
License #0F06675

# INVOICE

Love
**ATTN:** Leslie Taylor
**C/O Motown Records**
1750 N. Vine Street

Hollywood , CA 90028           USA

**Invoice Date: 6/17/2022**
**Invoice No. : 157712-1**
**Bill To Code:** Universal Music Group
**P/O: USP0646440**

**Job ID:** Gotta Move On                     **Amount Due:** $17,194.46

| Policy Effective | Carrier | Policy No. | Policy | Amounts |
|---|---|---|---|---|
| 10/31/2021 | Allianz Global Risk US Ins. Co. | UST020974210 | Entertainment Package | $11,836.16 |
| | Allianz Global Risk US Ins. Co. | UST016102211 | Commercial Umbrella | $809.13 |
| | Chubb | 9908 65 31 | Group Travel Accident | $0.00 |
| | Hiscox | USUUA263266921 | Error and Omissions | $2,031.67 |
| | Allianz Global Risk US Ins. Co. | UST020973210 | Comm. General Liability | $1,104.17 |
| | Allianz Global Risk US Ins. Co. | UST020973210 | Comm. Auto Liability | $1,413.33 |

**Job ID: Gotta Move On**                     **Amount Due:** $17,194.46

**Comments:**

**Please Make Check Payable and return top portion to:**
**RSC Insurance Brokerage Inc**
**dba Risk Strategies Company**
**PO Box 970069**
**Boston, MA 02297**

Should you wish to wire the payment, the wire information is: First Republic BK, A DIV ML B&T CO, 160 Federal Street, Boston, MA 02110
ABA No.: 321081669, Insured's Pmnt: RSC Insurance Brokerage, Inc., Premium Trust Acct. Account #
Swift Code

DeWitt Stern is compensated through fees and/or commissions for services provided to clients to identify, value, mitigate, transfer, and administer their risks. In addition to this compensation, DeWitt Stern has agreements with many of its insurance markets through which it is compensated for insurance placed in these insurance markets. These payments are based upon such factors as the overall volume, growth, and profitability of the total premium placed with each insurer. DeWitt Stern provides additional information about its compensation practices at the request of a client.

20220617001414652F

From: emoreno@risk-strategies.com

To: umg.invoice.usa@umusic.com;

Subject: UMG - Motown Records - Love - Gotta Move On - June 16-17 - Invoice 157712

Sent Date: Friday, June 17, 2022 4:35:22 PM
Received Date: Friday, June 17, 2022 4:36:07 PM
Email Unique ID: e79e42df-72dd-47fa-8380-d1faf7536c97
This email is from an external source. Review carefully before clicking links or attachments.
To whom it may concern,

Please scan the attached invoice into Uniport under the following account:
Jennifer.Hawkins@umusic.com<mailto:Jennifer.Hawkins@umusic.com>

Regards,


Elizabeth?        Moreno  |    Account Manager
p 818-623-5407<tel:818-623-5407>        |      emoreno@risk-strategies.com<mailto:emoreno@risk-strategies.com>
From: Hawkins, Jennifer <Jennifer.Hawkins@umusic.com>
Sent: Thursday, June 16, 2022 12:31 PM
To: Moreno, Elizabeth <emoreno@risk-strategies.com>
Cc: Taylor, Leslie <Leslie.Taylor@umusic.com>
Subject: [EXT] RE: UMG - Motown Records - Love - Gotta Move On - June 16-17 - P.O. Request -
157712

CAUTION: This email originated outside of the Company network. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

_____

Hello

Please note PO # USP0646440

Thank you
J



# STURDY.

HTTP://WWW.STURDY.CO —A CREATIVE COMPANY—
DIRECTION, VISUAL DESIGN, SCENOGRAPHY EST.2018.
BASED IN LOS ANGELES, CA

**MAKE PAYMENT TO**

**STURDY.PRODUCTIONS LLC**
156 N LARCHMONT BLVD
LOS ANGELES, CA 90004

**BILL TO**

**MOTOWN RECORDS**
1750 N VINE ST
HOLLYWOOD, CA 90028
ATTN: JENNIFER HAWKINS

**PROJECT**

| | | |
|---|---|---|
| **INVOICE** | LOVE - GOTTA MOVE ON MUSIC VIDEO BUDGET | $89,625.00 |
| STURDY-CMG3 | 25% DEPOSIT (AFTER SHOOT COMPLETION) | |
| | | |
| **DATE** | **TOTAL** | $89,625.00 |
| 06/16/22 | | |

**PAYMENT DUE**

UPON RECEIPT

**BANKING INFORMATION**

**CITY NATIONAL BANK**
STURDY.PRODUCTIONS LLC CHECKING ACCOUNT
16133 VENTURA BLVD.
SUITE 100
ENCINO, CA 91436

**CHECKING ACCT**
**WIRE ROUTNG #**



**CLIENT**
UMG

1 (760) 989-0840
CONTACT@STURDY.CO



# STURDY.

HTTP://WWW.STURDY.CO  —A CREATIVE COMPANY—
DIRECTION, VISUAL DESIGN, SCENOGRAPHY EST 2018.
BASED IN LOS ANGELES, CA

**MAKE PAYMENT TO**

**STURDY.PRODUCTIONS LLC**
156 N LARCHMONT BLVD
LOS ANGELES, CA 90004

**BILL TO**

**MOTOWN RECORDS**
1750 N VINE ST
HOLLYWOOD, CA 90028
ATTN: JENNIFER HAWKINS

**PROJECT**

| | |
|---|---|
| LOVE - GOTTA MOVE ON MUSIC VIDEO BUDGET | $179,250.00 |
| 50% DEPOSIT | |

**INVOICE**

STURDY-CMG1

**DATE**

06/15/22

**TOTAL**                                             $179,250.00

**PAYMENT DUE**

UPON RECEIPT

**BANKING INFORMATION**

**CITY NATIONAL BANK**
STURDY.PRODUCTIONS LLC CHECKING ACCOUNT
16133 VENTURA BLVD.
SUITE 100
ENCINO, CA 91436

**CHECKING ACCT** 
**WIRE ROUTNG #**



**CLIENT**
UMG

1 (760) 989-0840
CONTACT@STURDY.CO

# EXHIBIT C



# INVOICE

**Day At Nite LLC**
4114 S Halldale Ave
LOS ANGELES, California 90062
United States

Phone: (530) 218 5441
Mobile: (407) 637 6372
dayatnite.com

BILL TO
**Motown Records**
1750 Vine Street
Los Angeles, California 90028
United States

**Invoice Number:** 7290

**Invoice Date:** December 21, 2022

**Payment Due:** December 21, 2022

**Amount Due (USD):** **$5,000.00**

| Services | Price | Amount |
|---|---|---|
| Kaito - photo shoot/ single artwork ONE OF ME | $5,000.00 | $5,000.00 |
| | **Total:** | $5,000.00 |
| | **Amount Due (USD):** | **$5,000.00** |

# Nicholas Guinan - DBA Nick Bane Music Services

3333 W 2ND St. Apt. 55-312
Los Angeles, CA, 90004
aisonickbane@gmail.com
(646)549-4410

| Date: | 10.31.22 |
|---|---|
| Invoice #: | 1 |
| PO#: | USP0675/025 |

**Bill To:**
Motown
UMG

Zelle: 6465494410 / aisonickbane@gmail.com

Cashapp: $NBNBMoney

**Wire Transfer Information:**
Bank Name: --- Citi Bank
Bank ABA: ---
Bank Location: --- Los Angeles, CA
Name of Beneficiary:
Account Number

| DESCRIPTION - ARTIST | SERVICE | Studio | Date | RATE | Hours Overtime | Overtime Rate | AMOUNT |
|---|---|---|---|---|---|---|---|
| Engineer - Axl / Nova / Wifey / Duke | Recording / Edits | Chalice - Camp Love | 9.5.22 | $300 per 12 hours | 3 | $30 per hour | $390 |
| Engineer - Haitian / Mike City / Jeremih / Bongo / DA / Mahon | Recording / Edits | Chalice - Camp Love | 9.10.22 | $300 per 12 hours | 3 | $30 per hour | $390 |
| Engineer - Duke / Davion / Xania / Jeremih / Kaia/F-Fi | Recording / Edits | Chalice - Camp Love | 9.11.22 | $300 per 12 hours | 2 | $30 per hour | $360 |
| Engineer - Jay Uncut / Will G / Eazy / P2J | Recording / Edits | Chalice - Camp Love | 9.12.22 | $300 per 12 hours | | | $300 |
| Engineer - Will G / Skylar G / StereoTypes | Recording / Edits | Chalice - Camp Love | 9.13.22 | $300 per 12 hours | 3 | $30 per hour | $390 |
| Engineer - James Fauntleroy | Recording / Edits | Chalice - Camp Love | 9.14.22 | $300 per 12 hours | 2 | $30 per hour | $360 |
| | | | | | | | |
| TOTAL: | | | | | | | $2,190 |

From: Steve.Cook@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: Inv_14_from_HitBoy_Music_Inc._7944.pdf

Sent Date: Wednesday, October 12, 2022 5:01:45 AM
Received Date: Wednesday, October 12, 2022 5:02:26 AM
Email Unique ID: 25f86bd2-6480-4986-9771-298bffd41ea1
This email is from an external source. Review carefully before clicking links or attachments.
For immediate processing

# Chalice Recording Studio

845 N. Highland Avenue
Los Angeles, CA 90038

Chalice

# Invoice

(323) 957-7100
www.chalicerecording.com

**Bill To:**

Liz Isik
Capitol Music Group
1750 N. Vine Street, 11th fl.
Los Angeles, CA  90028

| | |
|---|---|
| Inv # | **8365** |
| Inv Date | 9/27/22 |
| Invoiced by | Sandra |
| Project # | 10966 |
| Client PO# | USP0662243 |
| Client | 8698 |

### Project: Puff x Love Records

| Date | Item | Description | Qty | Time | | Unit Price | Tax/Disc | | Line Total |
|---|---|---|---|---|---|---|---|---|---|
| **Rooms** | | | | | | | | | |
| 9/9/22 | Studio G | 4:00PM - 4:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/9/22 | Studio G | 4:00AM - 11:30AM - OVERTIME | 1 | 7.5 | $ | 250.00 | T | $ | 1,875.00 |
| 9/10/22 | Studio G | 1:00PM - 1:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/10/22 | Studio G | 1:00AM - 4:30AM - OVERTIME | 1 | 3.5 | $ | 250.00 | T | $ | 875.00 |
| 9/11/22 | Studio G | 2:00PM - 2:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/11/22 | Studio G | 2:00AM - 6:00AM - OVERTIME | 1 | 4 | $ | 250.00 | T | $ | 1,000.00 |
| 9/12/22 | Studio G | 4:00PM - 4:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/12/22 | Studio G | 4:00AM - 6:00AM - OVERTIME | 1 | 2 | $ | 250.00 | T | $ | 500.00 |
| 9/13/22 | Studio G | 3:00PM - 3:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/13/22 | Studio G | 3:00AM - 4:30AM - OVERTIME | 1 | 1.5 | $ | 250.00 | T | $ | 375.00 |
| 9/14/22 | Studio G | 1:00PM - 1:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/14/22 | Studio G | 1:00AM - 5:30AM - OVERTIME | 1 | 4.5 | $ | 250.00 | T | $ | 1,125.00 |
| 9/15/22 | Studio G | 4:00PM - 4:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,100.00 | T | $ | 2,100.00 |
| 9/15/22 | Studio G | 4:00AM - 4:30AM - OVERTIME | 1 | .5 | $ | 250.00 | T | $ | 125.00 |
| 9/16/22 | Studio G | 4:00PM - 4:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,000.00 | T | $ | 2,000.00 |
| 9/16/22 | Studio G | 4:00AM - 5:30AM - OVERTIME | 1 | 1.5 | $ | 250.00 | T | $ | 375.00 |
| 9/17/22 | Studio G | 4:00PM - 4:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,000.00 | T | $ | 2,000.00 |
| 9/17/22 | Studio G | 4:00AM - 6:00AM - OVERTIME | 1 | 2 | $ | 250.00 | T | $ | 500.00 |
| 9/18/22 | Studio G | 10:00PM - 7:00AM - DISCOUNTED 12 HOUR LOCKOUT | 1 | 1 | $ | 2,000.00 | T | $ | 2,000.00 |
| | | | | | | **Rooms Total** | $ | | **27,450.00** |
| **Rentals** | | | | | | | | | |
| 9/9/22 | Roland Juno | 50% OFF RENTAL FEE X 10 DAYS | 1 | 10 | $ | 100.00 | | $ | 1,000.00 |
| 9/9/22 | Sony C-800G | CHALICE COMP X 10 DAYS | 0 | 10 | $ | 150.00 | | $ | |
| 9/9/22 | Akai MPK49 | CHALICE COMP X 10 DAYS | 0 | 10 | $ | 75.00 | | $ | |
| 9/9/22 | M-Audio Axiom | CHALICE COMP X 10 DAYS | 0 | 10 | $ | 75.00 | | $ | |
| 9/9/22 | Midi Controller | CHALICE COMP X 9 DAYS | 0 | 9 | $ | 75.00 | | $ | |
| 9/13/22 | Avalon 737 | CHALICE COMP X 6 DAYS | 0 | 6 | $ | 125.00 | | $ | |

Printed By Studio Suite                    9/30/2022                    01:52pm

20221207001457512E

# Chalice Recording Studio



# Invoice

845 N. Highland Avenue
Los Angeles, CA 90038

(323) 957-7100
www.chalicerecording.com

Bill To:

Liz Isik
Capitol Music Group
1750 N. Vine Street, 11th fl.
Los Angeles, CA  90028

| | |
|---|---|
| Inv # | **8365** |
| Inv Date | 9/27/22 |
| Invoiced by | Sandra |
| Project # | 10966 |
| Client PO# | USP0662243 |
| Client | 8698 |

## Project: Puff x Love Records

| Date | Item | Description | Qty | Time | | Unit Price | Tax/Disc | Line Total |
|---|---|---|---|---|---|---|---|---|
| 9/15/22 | M-Audio | CHALICE COMP X 3 DAYS | 0 | 3 | $ | 75.00 | $ | |
| 9/15/22 | Presonus | CHALICE COMP X 3 DAYS | 0 | 3 | $ | 75.00 | $ | |
| 9/15/22 | Neumann U-87 | CHALICE COMP X 3 DAYS | 0 | 3 | $ | 150.00 | $ | |

| | | |
|---|---|---|
| Rentals Total $ | | 1,000.00 |

Comments

*PUFF WRITING CAMP FOR LOVE RECORDS WITH VARIOUS WRITERS AND
PRODUCERS
SETUPS IN CONTROL ROOM, LIVE ROOM & LOUNGE
SESSION DETAILS LISTED ON ATTACHED WORK ORDERS*

| | |
|---|---|
| Subtotal $ | 28,450.00 |
| Total Tax $ | |
| Total w/Tax $ | 28,450.00 |
| Payments $ | |

Balance Due <u>15 days</u> From Inv Date   **Balance $**   28,450.00

USD

Bank Wire Info:   CHALICE RECORDING STUDIO          BANK OF AMERICA   (323) 730-9140
                  ACCOUNT #                          SUNSET-OGDEN BRANCH 0324
                  ROUTING #                          7800 SUNSET BLVD.
                  SWIFT CODE                          HOLLYWOOD, CA 90046, USA

*Please make check payable to Chalice Recording Studio.
**If a legal dispute arises regarding this invoice, actual attorney fees and costs incurred by
Chalice Recording Studio shall be added to any amounts due or any judgment obtained.

Stay Royal Productions

1414 e 23rd st Los Angeles California, 90011

# INVOICE
# 2

Vendor #563707

Bill To: Motown Records 345 N Maple Dr
UMG        Beverly Hills, CA 90210
Shawnbarron@gmail.com
Deforrest.taylor@icloud.com
fsantella@combsenterprises.com
Umg.invoice.usa@umusic.com

Su-rmi.givens@umusic.com

| Date: | Nov 1, 2022 |
|---|---|
| **Balance Due:** | **$500.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Love Records Writers Experience - Engineering Services - 10.27.22 | 1 | $500.00 | $500.00 |

| | |
|---|---|
| Subtotal: | $500.00 |
| Tax (0%): | $0.00 |
| Total: | $500.00 |

20221110001451640E

From: umg.invoiceexceptions.usa@umusic.com

To: Su-rmi.Givens@umusic.com;Vanessa.Cordoba@umusic.com;umg.invoice.usa@umusic.com;

Subject: RE: EX-VMF Doc# 8001306922, Multiple vendor names, PPI V# 563707 - Stay Royal Productions

Sent Date: Thursday, November 10, 2022 8:05:28 PM
Received Date: Thursday, November 10, 2022 8:06:20 PM
Email Unique ID: a39e7b98-2749-46c2-a0d6-3797f859d452
This email is from an external source. Review carefully before clicking links or attachments
Adding scanning center.

Regards,


[cid:image002.jpg@01D8F56D.DD53D9D0]

Ganesh Uttekar | Universal Music Group


PTP Accountant (US)




Level 5, Tower VIII, Wing A & B, Magarpatta Township Development and Construction Co. Ltd,
Magarpatta City Village Hadapsar, Taluka Haveli, Pune, Maharashtra, 411014.



Calls: 1-855-856-5808 X 2 (8:00 am to 6:30 pm PST)
Emails: Uniport.Helpdesk.US@umusic.com<mailto:Uniport.Helpdesk.US@umusic.com>
Global Finance Community
site<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsecure-
web.cisco.com%2F1AbTEZHY0piUmrjokkUc_8v1NWwt9wb0-G3h1SX4SvM6dk1XaQhsJSkdFdV1G-
Y7sNWn3KxP5c9LKEFDQspf9O079lljhGdEkqry0A9gB89h9IV3QfEPRPrEFIM4apWwovGlhdfoGqntyeuU
mL4t1_-Oh4-
xpcpx9k5lBHvQkc3gOcTLUISBE9z3M7I67IWRtEOKeJAoUnEQ6FO6IMhI9bvxYtQf13PVUzjZWXKS8ZIA

_xGkGMVV6SnO0sz82RMOYXAboFWGmaxFB2ZQngWuAjd8VjPE89STHocGFTys5BSCOJBYjyv9eVt5
vkRXJk9o4%

781 WHEELER ST NW STUDIO 8
ATLANTA, GA  30318 US
(404)827-8503
info@singmastering.com
https://www.singmastering.com

PO# USP0677574

**S I N G**
MASTERING

**BILL TO**
Capitol Music Group
Attn:  Liz Isik
1750 N. Vine Street, 11th floor
Hollywood, CA  90028

**INVOICE 10698**

**DATE** 10/03/2022   **TERMS** Due on receipt

**DUE DATE** 10/03/2022

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Audio Mastering<br>Audio Mastering for DIDDY "GOTTA MOVE ON"<br>RMX (RECALL 10.2.22-3) Single.  Mastered by<br>Colin Leonard at SING Mastering, Atlanta, GA.<br>MAIN | 1 | 475.00 | 475.00 |
| Audio Mastering:Add'l Mixes<br>Additional Mixes (Each) CLN, INST, ACA, | 3 | 100.00 | 300.00 |
| Audio Mastering<br>Audio Mastering for DIDDY "GOTTA MOVE ON"<br>RMX (RECALL 10.5.22) Single.  Mastered by<br>Colin Leonard at SING Mastering, Atlanta, GA.<br>MAIN | 1 | 475.00 | 475.00 |
| Audio Mastering:Add'l Mixes<br>Additional Mixes (Each) CLN, INST, ACA | 1 | 100.00 | 100.00 |

| TOTAL DUE | **$1,350.00** |
|---|---|

20221117001453077E

From: Su-rmi.Givens@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: Sing Mastering Invoice 10698

Sent Date: Thursday, November 17, 2022 3:40:22 AM
Received Date: Thursday, November 17, 2022 3:40:41 AM
Email Unique ID: b1c2bafe-12f3-4f78-9ca7-a6e7fa56d80d
This email is from an external source. Review carefully before clicking links or attachments.
For immediate processing

Su-Rmi Givens
Capitol Music Group + Motown Records

# INVOICE



**GETEM LLC**

Luis Cofre

11136 chandler blvd, 303, North Hollywood, CA 91601, UNITED
STATES

getemlouie@gmail.com

Invoice No#: 187

Invoice Date: Sep 19, 2022

## $2,700.00

AMOUNT DUE

**BILL TO**　　　　　　　　　PO# USP0068256

MOTOWN

345 N MAPLE DR, BEVERLY HILLS, CA 90210, UNITED STATES

essence.carson@umusic.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---------------------|---------|-------|-----------|
| 1 | CAMP LOVE @CHALICE ENGINEERINC W GETELOUIE 9.9.22–9.18.22 | 9 | $300.00 | $2,700.00 |
| | | Subtotal | | $2,700.00 |

**TOTAL**　　　$2,700.00 USD

20221004001441851E

From: Su-rmi.Givens@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: GetEm LLC Invoice 187

Sent Date: Tuesday, October 4, 2022 1:09:54 AM
Received Date: Tuesday, October 4, 2022 1:10:36 AM
Email Unique ID: bf43cc51-4f03-4a29-a209-b06af768c393
This email is from an external source. Review carefully before clicking links or attachments
For immediate processing

Su-Rmi Givens
Capitol Music Group
212 331-2227

**Daniel Lewis Garcia**
4829 Cartwright Ave.
North Hollywood, CA 91601



# INVOICE
# 444

Bill To:
**Motown Records**
USP0669831

| | |
|---|---|
| Date: | Sep 2, 2022 |
| Payment Terms: | Check or DP |
| Due Date: | Oct 5, 2022 |
| **Balance Due:** | **$3,500.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Audio Engineer Services for Diddy - 09/11-17/22**<br>Diddy/Love Records Writing Experience, Day 3-9 | 7 | $500.00 | $3,500.00 |
| **Payment Info**<br>Bank: Wells Fargo<br>Account Numbe :<br>Routing Number: (Direct Deposit)<br>BIC/Swift Code: WFBIUS6S | 0 | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal: | $3,500.00 |
| Tax (0%): | $0.00 |
| Total: | $3,500.00 |

Notes:

Recording sessions for Diddy/Love Records writing camp at Chalice Recording Studios in Hollywood, CA from September 11-17, 2022.

Terms

PASSED DUE - TO BE PAID IMMEDIATELY

INVOICE #301

September 19, 2022

# Alexander Brandon Miranda

6720 Hillpark Drive, Unit 203
Los Angeles, CA 90068
(949) 307-5896

## BILL TO

UMG RECORDINGS, INC.
PO BOX 25104
LEHIGH VALLLY , PA
18002-5104
USA

## FOR

**Diddy writing camp 9/9-9/17**

Recording Engineering
File Management
Operations oversight

## PURCHASE ORDER:USP0668106

| DESCRIPTION | Date | AMOUNT Unit Price |
|---|---|---|
| Day Rate | 9/9/22 | $500.00 |
| Day Rate | 9/10/22 | $500.00 |
| Day Rate | 9/11/22 | $500.00 |
| Day Rate | 9/12/22 | $500.00 |
| Day Rate | 9/13/22 | $500.00 |
| Day Rate | 9/14/22 | $500.00 |
| Day Rate | 9/15/22 | $500.00 |
| Day Rate | 9/16/22 | $500.00 |
| Day Rate | 9/17/22 | $500.00 |

| | |
|---|---|
| SUBTOTAL | $4,500.00 |
| TAX RATE | 0.00% |
| TOTAL | $4,500.00 |

Make all checks payable to Alexander B. Miranda

INVOICE

# Kieran Lasker

5519 Bevis Ave
Sherman Oaks, CA 91411
Cell: 512-920-9213
Email: kailaskermix@gmail.com

**BILL TO:**
**Motown Records**
**345 N. Maple Dr**
**Beverly Hills, CA 90210**

PROJECT TITLE: The Love Writing Experience
PROJECT DESCRIPTION: Vocal Engineering
P.O. NUMBER: -----
INVOICE NUMBER: 1
DATE: September 28, 2022

| Description | Quantity | Rate | Cost |
|---|---|---|---|
| Vocal Engineering - | | | |
| Recording - Sean Combs - 9/9 - 9/17 (Day Rate) | 9 | $ 500.00 | $ 4,500.00 |
| | | Subtotal | $ 4,500.00 |
| | | **Total** | **$ 4,500.00** |

**Thank you!**

**Kieran Lasker**

Wells Fargo
Account
Electronic Routing
Wire Routing #
Swift Code:

20221003001441757E

From: Su-rmi.Givens@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: Kieran Lasker Invoice #1

Sent Date: Monday, October 3, 2022 9:08:24 PM
Received Date: Monday, October 3, 2022 9:09:07 PM
Email Unique ID: 560263bc-4026-4ccd-9ef8-a509a630bee9
This email is from an external source. Review carefully before clicking links or attachments.
For immediate processing

Su-Rmi Givens
Capitol Music Group
212 331-2227

# Daheala & Co, LLC

c/o Gelfand, Rennert & Feldman, LLC
1880 Century Park East #1600
Los Angeles, CA 90067

USP0653654

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/25/2022 | 072522 |

**Bill To:**

Motown Records
345 N Maple Drive
Beverly Hills, CA 90210

| | | Due Date |
|--|--|----------|
| | | Upon Receipt |

| Item | Description | Amount |
|------|-------------|--------|
| | Daheala – Vocal Producer Fee for "One of Me"<br>Daheala – Producer Advance for "One of Me" | $ 5,000.00<br>$ 10,000.00 |

| **Total Due (USD)** | **$15,000.00** |
|---------------------|----------------|

Wire Information
Account Name:        Daheala & Co, LLC
Account Number:
Routing Number;
SWIFT Code:
Bank Name:           City National Bank
Bank Address:        400 N Roxbury Dr, Beverly Hills, CA 90210

20220815001430421E

From: Su-rmi.Givens@umusic.com

To: umg.invoice.usa@umusic.com;

Subject: Daheala Invoice 072522

Sent Date: Monday, August 15, 2022 5:53:05 PM
Received Date: Monday, August 15, 2022 5:53:30 PM
Email Unique ID: 5a0af743-ec1d-4699-8475-0d538f47faf7
This email is from an external source. Review carefully before clicking links or attachments.
For immediate processing

Su-Rmi Givens
Capitol Music Group
212 331-2227

# Madeline St John                                     **Invoice**

518 Glenwood rd #201
Glendale, CA 91202
518-588-1038

| **Bill To** | **Payable to** | **Invoice No.** | **Date** |
|---|---|---|---|
| Motown | Madeline St John | 20 | 9/19/2022 |
| 345 N. Maple Dr | | | |
| Beverly Hills, CA 90210 | | | |

| **Description** | **Days** | **Day Rate** | **Amount** |
|---|---|---|---|
| Recording Engineer | 5 | $300.00 | $1,500.00 |
| September 9th. 10th, 15h, 16th, and 17th | | | $0.00 |
| | 5 | Subtotal | $1,500.00 |
| | | **Balance Due** | **$1,500.00** |

20221206001457061E

From: maddistjawn@gmail.com

To: UMG.Invoice.USA@umusic.com;Su-rmi.Givens@umusic.com;

Subject: Love Record Writing Experience Invoice

Sent Date: Tuesday, December 6, 2022 4:18:51 AM
Received Date: Tuesday, December 6, 2022 4:19:27 AM
Email Unique ID: 44eca5c6-99d9-49f5-bcd6-c0ae790f2644
This email is from an external source. Review carefully before clicking links or attachments.

Hello,

I'm trying to resubmit my invoice because it still hasn't been processed or paid.

Thank you!

--
Maddi St John
518-588-1038
maddistjawn@gmail.com<mailto:maddistjawn@gmail.com>

Songwriter | Vocal Producer | Singer
Audio Engineer | Tour Manager

HitBoy Music, Inc.

15233 Ventura Blvd.
Suite 1210
Sherman Oaks, CA 91403

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2022 | 14 |

| Bill To |
|---------|
| Motown Records<br>345 N Maple Dr.<br>Beverly Hills, CA 90210 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| USP0669984 | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 7 | Studio back writing room - Daily rate per agreement | 1,300.00 | 9,100.00 |
| | Please submit electronic payment to: | | |
| | HitBoy Music, Inc.<br>Routing<br>Account | | |
| | JP Morgan Chase<br>15100 Ventura Blvd,<br>Sherman Oaks, CA 91403 | | |

| | **Total** | **$9,100.00** |
|--|-----------|---------------|

2022101200144  3877E

Stay Royal Productions

1414 e 23rd st Los Angeles California, 90011

Vendor #563707

# INVOICE
# 2

Bill To: Motown Records 345 N Maple Dr
UMG      Beverly Hills, CA 90210
Shawnbarron@gmail.com
Deforrest.taylor@icloud.com
fsantella@combsenterprises.com
Umg.invoice.usa@umusic.com

Su-rmi.givens@umusic.com

| | Date: | Nov 1, 2022 |
|---|---|---|
| | **Balance Due:** | **$500.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Love Records Writers Experience - Engineering Services - 10.27.22 | 1 | $500.00 | $500.00 |

| | | |
|---|---|---|
| | Subtotal: | $500.00 |
| | Tax (0%) | $0.00 |
| | Total | $500.00 |

2022111000014 51640E

From: umg.invoiceexceptions.usa@umusic.com

To: Su-rmi.Givens@umusic.com;Vanessa.Cordoba@umusic.com;umg.invoice.usa@umusic.com;

Subject: RE: EX-VMF Doc# 8001306922, Multiple vendor names, PPI V# 563707 - Stay Royal Productions

Sent Date: Thursday, November 10, 2022 8:05:28 PM
Received Date: Thursday, November 10, 2022 8:06:20 PM
Email Unique ID: a39e7b98-2749-46c2-a0d6-3797f859d452
This email is from an external source. Review carefully before clicking links or attachments.
Adding scanning center.

Regards,


[cid:image002.jpg@01D8F56D.DD53D9D0]

Ganesh Uttekar | Universal Music Group



PTP Accountant (US)




Level 5, Tower VIII, Wing A & B, Magarpatta Township Development and Construction Co. Ltd, Magarpatta City Village Hadapsar, Taluka Haveli, Pune, Maharashtra, 411014.



Calls: 1-855-856-5808 X 2 (8:00 am to 6:30 pm PST)
Emails: Uniport.Helpdesk.US@umusic.com<mailto:Uniport.Helpdesk.US@umusic.com>
Global Finance Community
site<https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsecure-
web.cisco.com%2F1AbTEZHY0piUmrjokkUc_8v1NWwt9wb0-G3h1SX4SvM6dk1XaQhsJSkdFdV1G-
Y7sNWn3KxP5c9LKEFDQspf9O079IijhGdEkqry0A9gB89h9IV3QfEPRPrEFIM4apWwovGIhdfoGqntyeuU
mL4t1_-Oh4-
xpcpx9k5lBHvQkc3gOcTLUISBE9z3M7I67IWRtEOKeJAoUnEQ6FO6lMhl9bvxYtQf13PVUzjZWXKS8ZIA

_xGkGMVV6SnO0sz82RMOYXAboFWGmaxFB2ZQngWuAjd8VjPE89STHocGFTys5BSCOJBYjyv9eVt5
vkRXJk9o4%

# Eucalipto Music LLC

| | |
|---:|:---|
| **Invoice ID**: | 091922 |
| **Date of Invoice**: | 09.19.22 |
| **Payment Due**: | Upon Receipt |
| **P.O. #**: | USP0668363 |

**Bill To**:
Motown Records
345 N Maple Dr
Beverly Hills, CA
90210 United States

**Payable To**:
Eucalipto Music LLC
1505 Langston Ave SW
Atlanta GA 30310
Attention: Roark Bailey

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 9 | Love Records Camp Day Rate | 750 | $6750.00 |
| | | **TOTAL** | **$6750.00** |

**Notes:**

Engineering Day Rate For Roark Bailey
Date: 9/9/22 - 9/17/22

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>CUBA GOODING, Jr.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>CHALICE RECORDING STUDIOS,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10; and<br>ABC CORPORATIONS 1-10,<br><br>Defendants. | CASE NO.: 24-1457<br><br><br><br>**DECLARATION OF ETHIOPIA HABTEMARIAM IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS UNIVERSAL MUSIC GROUP, MOTOWN RECORDS AND SIR LUCIAN GRAINGE** |

I, Ethiopia Habtemariam, declare as follows:

1.      I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto.

2.      I began my employment with the Universal Music companies in January 2003, becoming employed on the music publishing side of the business by Universal Music Publishing Group ("UMPG"). In or around February 2014, I was promoted to President of Urban Music/Co-Head of Creative at UMPG.

3. In or around February 2014, I moved over to the recorded music side of the business and became the President of Motown Records and Executive Vice President of Capitol Music

1

DocuSign Envelope ID: 58C82DB3-E87D-4B64-93D1-7715E650E340

Group.  Motown Records is not an independent company but a record label that is a division of

UMG Recordings, Inc. ("UMG Recordings").

4.      In or around March 2021, I became the Chairperson and Chief Executive Officer

of Motown Records.  I left Motown Records and UMG Recordings at the end of November 2022.

### A. The False Allegations Regarding My Presence At Combs' Homes Where There Were Allegedly Drugs, Underage Girls and Sex Workers

5.      Contrary to the allegations of the First Amended Complaint regarding my alleged

presence at Mr. Combs' homes in Miami and New York at alleged "parties" at which underage

girls and sex workers were present and being drugged (¶¶ 171-176), I have never visited either of

those homes, and I have never attended any "party" at any of Mr. Combs' homes (other than a

single black-tie event in Los Angeles on June 26, 2022 celebrating his "lifetime achievement"

award from BET).   The only property of Mr. Combs that I ever visited was in Los Angeles, and,

as discussed below, all of my visits preceded Plaintiff's alleged commencement of his work for

Mr. Combs and Love Records, Inc. in September 2022.  I understand that Plaintiff has now

abandoned his claims that either I or Mr. Grainge ever visited Combs' homes.

6.      I have been in the music industry for nearly 20 years, and in my experience, it is

not uncommon for some of the most successful people in the music industry to hold business

meetings at their homes.  It is also very common for successful artists to have recording studios at

their homes, where they work on records and conduct related business.  Mr. Combs' Los Angeles

property included a home studio in a separate building on the property, and this is where, to my

knowledge, Mr. Combs conducted most of his work and his business meetings while in Los

Angeles.

7.      I visited Mr. Combs' property a total of four times, and each time was for business

purposes.  Three of the times I visited Mr. Combs' property in Los Angeles were all business

DocuSign Envelope ID: 58C82DB3-E87D-4B64-93D1-7715E650E340

meetings in connection with the license agreement between Motown Records and Love Records, Inc. and all took place either in the home studio or an outdoor patio. I also visited his property for the party in Mr. Combs' backyard celebrating his lifetime achievement award from BET.

8.      My first visit was in the Spring of 2022, preceding the license agreement. The purpose of the meeting was to listen, in Mr. Combs' home studio, to the recordings he had already made for his album that Love Records, Inc. intended to release. There was no party involved.

9.      My second visit to Mr. Combs' home was within a few weeks after the license agreement was signed (May 4, 2022). This meeting was an introduction meeting between Motown staff and the Love Records Inc./Combs Enterprise team over lunch on the outdoor patio. It was purely business: I was there with my team and we met with Mr. Combs and his team. Again, by his own admission, Plaintiff could not have been there (and there were no underage girls or sex workers).

10.     My third visit, as I mentioned above, was for a formal, black-tie event held outdoors at Mr. Combs' property, celebrating the lifetime achievement award from BET that he had received at the BET awards show earlier that day. There were many people in attendance at this event, including high-profile artists and producers. However, Plaintiff would not have been there as it was in late June 2022 and I can state without any hesitation, I observed no underage girls, sex workers or drug use at the party.

11.     My final visit to Mr. Combs' home in Los Angeles occurred in the July/August 2022 timeframe. The purpose of the visit was to discuss the delivery and release schedule for the Love Records, Inc. album and to have a face to face conversation with Mr. Combs to make sure we met our release schedule deadlines. Again, this meeting preceded Plaintiff's own claimed start

2868064

of his work for Mr. Combs and Love Records, Inc. and I observed no underage girls, sex workers or drug use there.

12.     I have no recollection of ever having met Rodney Jones, the Plaintiff in this action. As far as I know, he was never present any of the four (4) times I visited Mr. Combs' property in Los Angeles. Indeed, according to the Plaintiff's own timeline in his Amended Complaint, it would have been physically impossible for me to have ever met him at Mr. Combs' house in Los Angeles because my visits there all preceded the commencement of his alleged work for Mr. Combs in September 2022 (¶ 24).

### B. Motown Enters Into A License Agreement With Love Records, Inc.

13.     I am aware that the First Amended Complaint claims that Motown Records was the parent company of Love Records, Inc. (and that the new proposed complaint claims that Motown Records or UMG Recordings was in a "general partnership" with Love Records, Inc.) As of the time I left Motown Records in November 2022, both of those assertions are completely false. To my knowledge and understanding, Love Records, Inc. was a company owned by Mr. Combs (whether directly or through one of his companies, I do not know). Instead, as I will explain below, Motown Records entered into a license agreement to distribute a single album featuring the performance of Mr. Combs that was to be (or had been) recorded by Love Records, Inc. This is a commonplace agreement in the music industry.

14.     At some point in the spring of 2022, I entered into discussions with Sean Combs and his counsel, Kenny Meiselas, about Motown Records potentially entering into a license agreement with Mr. Combs' company, Love Records, Inc. for the right to obtain or distribute a new album featuring Mr. Combs as an artist. To my knowledge, as of that time, Mr. Combs had not recorded as an artist for many years, and this would be his first album on Love Records, Inc.

2868064

DocuSign Envelope ID: 58C82DB3-E87D-4B64-93D1-7715E650E340

15.     I visited Mr. Combs' home studio at or around the time the license agreement was being negotiated (as I recall, Martha Braithwaite, an attorney within UMG Recordings, negotiated the agreement with Mr. Meiselas) to listen to the recordings that Mr. Combs had already recorded. It was originally contemplated, when Motown Records entered into the license agreement with Love Records, Inc., that Motown Records was going to be licensing, for distribution, a nearly completed album and the "advance" payment (some amount of royalties or profit shares are commonly advanced and recouped from the income generated by recordings) would actually serve to reimburse Love Records, Inc. for the recording costs it had incurred in producing the album.

16.     On or about May 4, 2022, Motown Records and Love Records, Inc. entered into a license agreement whereby Motown Records obtained the right to distribute, for defined period of time, a single album that was tentatively entitled *The Love Album.* I understand that a redacted copy of the license agreement is attached to the accompanying declaration of Ms. Braithwaite as Exhibit A thereto.

17.     In public statements announcing the license agreement, I am aware that both Motown Records and Love Records, Inc. (and Mr. Combs) expressed their excitement at "partnering" with respect to Mr. Combs' forthcoming album. This was a colloquial use of the term "partner" or "partnering." Motown Records and Love Records, Inc. were not "partners" in any legal sense but we were going to be working together with respect to the production and distribution of the album under the license agreement. To my knowledge, any assertion that Motown Records or UMG Recordings was in a "general partnership" with Love Records, Inc. is false.

2868064

18.     While, as I have stated, the original contemplation of the license agreement was

that Love Records, Inc. would be delivering an album that was substantially completed, at some

point thereafter, Mr. Combs decided that he wanted to create and record additional tracks.

## C. While I Was Chairperson and CEO, Motown Records Did Not Financially Sponsor Or Provide Security For The Writers' Camps Or Listening Sessions.

19.     The Amended Complaint makes allegations about the supposed obligation of

Motown Records and/or UMG Recordings to provide security at writers camps and/or listening

sessions at Mr. Combs' homes and claims that Motown Records or UMG Recordings

"sponsored" the camps and/or listening sessions. While I was chairperson and CEO of Motown

Records, to my knowledge, Motown Records never financially sponsored any so-called "writer

camps" or listening sessions and did not provide or pay for security for Love Records, Inc. I expect

that if there were any security, that would have been the obligation of Love Records, Inc., which

was running the "writers' camp" and any listening sessions.

20.     My understanding is consistent with what is stated in the accompanying

declaration of Ms. Braithwaite: Love Records, Inc., not Motown Records or UMG Recordings,

was responsible for security at any Love Recordings' writers' camp or listening sessions.

21.     Moreover, as I have said, the only "listening" session I ever attended at Mr. Combs'

Los Angeles property (the only one I ever visited) was before the license agreement was entered

into in order to listen to the recordings he had already made in his home studio. I do not know if

there was any security at Mr. Combs' home but if there were, my understanding is that he or one

of his companies would have been responsible for it, not Motown Records.

22.     With respect to the "writers' camp" at Chalice Studios in September 2021, I did

briefly visit the studio to hear some of the new tracks that had been recorded (or were in the process

of being recorded). I have no recollection of meeting the Plaintiff at Chalice Studios (there were

6

a number of different rooms there and it may be that Plaintiff was in a different area than I was in, if he was there at all).

23.     Regardless, at the time that I was at Chalice Studios, there was no shooting inside or nearby.

### D.  I Did Not Make And Am Not Aware Of Any "Cash" Payments Being Made To Love Records, Inc. or Mr. Combs By Motown Records Or UMG Recordings

24.     In addition to accusing me of engaging in a criminal racketeering enterprise (which is categorically untrue), the First Amended Complaint accused me, Lucian Grainge, Motown Records and UMG Recordings of having participated in, aided and abetted and helped to conceal alleged sex trafficking by Mr. Combs and his colleagues.  These are vile and deeply upsetting accusations, and are completely untrue.

25.     As I understand it, the foundational bases for these claims in the First Amended Complaint (and they have no basis in fact) are the false assertions that Motown Records was the parent company of Love Records, Inc. and that Lucian Grainge and I both attended "listening parties" at various of Mr. Combs' homes at which such alleged sex trafficking occurred.  I never attended any such listening party and Motown Records was not the parent company of Love Records, Inc.  I am not aware of Lucian Grainge ever visiting any of Mr. Combs' homes.  I understand that in a proposed new complaint, Plaintiff has now abandoned every one of these allegations.

26.     As I understand the allegations of the First Amended Complaint, it also claims that I, Lucian Grainge, Motown Records and/or UMG Recordings delivered "cash" to Mr. Combs, allegedly "millions of dollars" and concealed this alleged delivery of "cash" by failing to file required tax forms.  Again, I understand that this allegation has also been abandoned in the new proposed complaint.

2868064

27.     I never gave any cash to Mr. Combs or Love Records, Inc. and I am not aware of
any cash ever being provided to Mr. Combs or Love Records, Inc. (or anyone else associated with
Mr. Combs) by Lucian Grainge, Motown Records or UMG Recordings while I was employed by
Motown Records. Rather, to my knowledge, under the license agreement, there was provision for
the payment or reimbursement of certain recording costs and other legitimate expenses of Love
Records, Inc. that were invoiced. I have no reason to believe that Mr. Combs could or did misuse
any of the monies Motown Records was required to pay Love Records, Inc. under the license
agreement.

### E.  Mr. Blackburn's Proffer To Let Me Out Of This Case If I Gave Him A Declaration Presenting A False Narrative

28.     Being falsely accused of criminal conduct is deeply upsetting to me. I did no wrong.
I never saw or participated in any alleged racketeering enterprise, and I never saw, aided or abetted
or tried to conceal any sex trafficking activity. I did not distribute cash to Mr. Combs or anyone
else. In short, there is no basis for any of the claims asserted against me and I should never have
been named as a defendant in this lawsuit.

29.     After the filing of the Amended Complaint, Mr. Jones's counsel, Tyrone Blackburn,
approached me and proposed to dismiss me from this case if I would provide a declaration. He
sent over a proposed declaration to my personal counsel, but the declaration he presented was
materially false, and I would not and could not sign it.

30.     My counsel provided a revised declaration that addressed the topics that Mr.
Blackburn addressed and corrected his false narrative. I am aware that Mr. Blackburn found my
truthful version to be unsatisfactory to him and he presented yet another version that again
presented a false narrative.

8

DocuSign Envelope ID: 58C82DB3-E87D-4B64-93D1-7715E650E340

31.     My counsel again provided Mr. Blackburn with a revised version of the declaration, which again tried to correct his false narrative.

32.     As can be seen from the declaration itself, which is less than two pages, it summarizes my employment history with UMG Recordings and Motown Records, it notes Motown's license agreement with Love Records, Inc., and goes on to confirm that I have no knowledge supporting Jones's claims that (i) Motown or UMG sponsored listening parties or writers' camps, or (ii) Motown or UMG made cash payments to Mr. Combs or Love Records. I provided the declaration (though my personal counsel) to Mr. Blackburn. Shortly thereafter, Jones filed a dismissal of the case, as against me as a defendant.

33.     I am informed and believe that Mr. Blackburn has falsely represented to various social media sites and other media outlets that I agreed to "testify against" Mr. Combs. This is completely untrue. I have no personal knowledge of any alleged wrongdoing by Mr. Combs and there is nothing I could testify to that would be against his interest. I have never indicated, in the declaration or otherwise, that I have any intention of testifying "against" Mr. Combs or otherwise testifying on behalf of Plaintiff.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 27, 2024

DocuSigned by:

Ethiopia Habtemariam

9                                                                                      2868064

# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES, <br><br>                Plaintiff, <br><br>     v. <br><br> SEAN COMBS, <br> JUSTIN DIOR COMBS, CUBA GOODING, <br> Jr., LUCIAN CHARLES GRAINGE, <br> KRISTINA KHORRAM, <br> LOVE RECORDS, <br> MOTOWN RECORDS, <br> UNIVERSAL MUSIC GROUP, <br> COMBS GLOBAL ENTERPRISES, <br> JOHN and JANE DOES 1-10; and <br> ABC CORPORATIONS 1-10, <br><br>               Defendants. | CASE NO.:  24-1457 <br><br><br><br> **DECLARATION OF DONALD S.** <br> **ZAKARIN IN SUPPORT OF** <br> **DEFENDANTS' UNIVERSAL MUSIC** <br> **GROUP, MOTOWN RECORDS AND SIR** <br> **LUCIAN GRAINGE MOTION TO** <br> **DISMISS THE SECOND AMENDED** <br> **COMPLAINT** |

I, Donald S. Zakarin, declare as follows:

    1.    I am a member of Pryor Cashman LLP, counsel for Defendants Sir Lucian

Grainge CBE, and Motown Records (a division of UMG Recordings, Inc.). Plaintiff has also

named Universal Music Group as a defendant but there is no such juridical entity. Universal

Music Group is an umbrella name commonly used to refer to all of the various companies and

record labels that are encompassed within UMG Recordings, Inc. I therefore assume that

Plaintiff has misnamed Universal Music Group, intending to actually name UMG Recordings,

Inc., and I will refer to Universal Music Group herein as UMG Recordings, Inc. ("UMG

Recordings"). I have personal knowledge of the facts set forth in this Declaration and if called

and sworn as a witness, I could and would competently testify thereto.

    2.    I submit this declaration in support of the motion of Defendants Sir Lucian

Grainge (CBE), Motown Records and UMG Recordings (sometimes collectively referred to

herein as the "UMG Defendants") to dismiss the Second Amended Complaint ("SAC") on the following bases: (i) under Federal Rule 12(b)(2) for lack of personal jurisdiction; (ii) under Federal Rule 12(b)(3) for improper venue; (iii) under Federal Rule 8(a)(2) and (d)(1) for failure to plead in simple and concise statements; and (iv) under Federal Rule 12(b)(6) for failure to state a claim.  In addition, I submit this declaration in support of the motion of the UMG Defendants pursuant to Federal Rule 12(f) to strike impertinent and scandalous material from the SAC.

        3.      I am mindful that the Court wants us to focus this motion to dismiss on the legal insufficiency of the SAC.  And in furtherance of that, we have narrowly focused the Memorandum of Law on the legal insufficiency to show that, even without regard for the lack of any factual basis for the allegations made against the UMG Defendants in the SAC, the SAC fails to state any claim against the UMG Defendants.

        4.      Also, consistent with the approach of the Memorandum of Law, the first portion of this declaration will be focused solely on the undisputed facts and documents that are integrally related to the SAC, establishing that there is no factual or legal basis for any of the claims against the UMG Defendants and that the claims against them should be dismissed with prejudice.

        5.      However, because the Plaintiff and Mr. Blackburn have now knowingly filed three complaints filled with offensively false criminal accusations, simply seeking and obtaining the dismissal of the SAC for legal insufficiency does not and cannot fully address the harm that Plaintiff and Mr. Blackburn have visited on my clients.  Accordingly, while I fully understand that, in order to dismiss this case with prejudice against the UMG Defendants, this Court may neither need nor want to examine all of the falsehoods that permeate the SAC and Mr.

2

Blackburn's highly improper conduct, I think it important for this declaration to document the extent to which Plaintiff and Mr. Blackburn have filled the SAC not merely with baseless conclusions but with allegations that they know are completely false. Documenting the falsity of the SAC (and Mr. Blackburn's outright misrepresentations to this Court) will be deferred to the second portion of this declaration.

### A. The Roadmap Through the Accompanying Declarations In Support Of The Motion To Dismiss the SAC

6.      The primary purpose of this declaration is to assist the Court by summarizing the undisputed facts set forth in the declarations of Sir Lucian Grainge, Martha Braithwaite and Ms. Habtemariam. Those declarations conclusively show the factual and legal baselessness of the SAC and the UMG Defendants' entitlement to its dismissal. A copy of Sir Lucian Grainge's declaration is attached hereto as Exhibit 1. A copy of Ms. Braithwaite's declaration is attached hereto as Exhibit 2. A copy of Ms. Habtemariam's declaration is attached hereto as Exhibit 3.

### B.      Pursuant to FRCP Rule 12(b)(2), There Is No Personal Jurisdiction Over Sir Lucian Grainge

7.      As set forth in the accompanying declaration of Sir Lucian Grainge, there is no basis for personal jurisdiction over him in this Court. The SAC, a copy of which is attached hereto as Exhibit 4, admits that Mr. Grainge lives in Los Angeles. While the FAC falsely alleged contacts between Mr. Grainge and New York, those allegations have been abandoned in the SAC (instead, attributing the supposed "mail" and "wire" communications to Mr. Combs). As this Court already knows, Mr. Blackburn has been referred by Judge Cote to the Southern District Grievance Committee for his persistent failure, in multiple cases, to properly investigate personal jurisdiction issues.

8.      Moreover, every other defendant (with the exception of a "Combs Enterprises"
and the newly added Cuba Gooding, Jr.) is also alleged to be based in Los Angeles, and the
activities complained of took place in California or Florida.  Based on my review of online
sources, it appears that Combs Enterprises (which has changed its name) is a limited liability
company organized under Delaware law and owned by Mr. Combs.  I am informed as well that it
is headquartered in Florida.

9.      I understand that a proper RICO claim can support personal jurisdiction over
foreign defendants, assuming a sufficient nexus with the forum.  However, because the RICO
claims against the UMG Defendants are factually and legally baseless, the objection to personal
jurisdiction is being preserved here.

### C. The SAC Violates FRCP Rule 8

10.     Rule 8 of the Federal Rules requires that Complaints contain short and plain
statements and be simple and concise.  The SAC is anything but.  Just by way of example, the
RICO claim (the SAC First Cause of Action, ¶¶ 201-276) frequently refers generally to
"defendants" without any specificity as to who did what and when.  To the extent it attempts to
connect the UMG Defendants to the alleged RICO "conspiracy" or "enterprise," it does so solely
with conclusory allegations about a supposed "general business partnership" between Motown
Records and/or UMG Recordings with Love Records, Inc. and/or Mr. Combs and the supposed
failure of the UMG Defendants to supervise and control how Mr Combs allegedly spent monies
payable by Motown Records under the license agreement (attached as Exhibit A to the
Braithwaite declaration).

11.     As set forth in the accompanying declaration of Ms. Habtemariam, there never a
"partnership" between Motown Records and/or UMG Recordings and Love Records, Inc. and/or