# EXHIBIT # 7

ARTISTS   RELEASES   STORE   CULTURE   VIDEOS   NEWS   MOTOWN CLASSIC   BLACK FORUM



# WELCOME DIDDY TO MOTOWN

## DIDDY AND MOTOWN PARTNER UP

Diddy is back – but let's be honest, did he ever leave? He's worn many hats and bore different names, but the man born Sean Combs has been a key fixture in music, business, and culture at large for decades. He's launched successful careers, established landmark brands, and he's even been known to release some music from time to time.

That's where Motown comes in.

Cookie Consent

That's where Motown comes in.



Pictured here alongside Motown CEO Ethiopia Habtemariam, Diddy will be dropping his latest album on our label later this summer. On top of that, we're helping establish his latest and most exciting venture yet: Love Records. The label, which borrows the name from his most recent moniker, will focus on R&B projects through collaboration with performers, producers, and songwriters.

The very first release from Love Records comes from none other than the man himself. Listen to Diddy's "Gotta Move On," featuring Bryson Tiller.



**DIDDY - GOTTA MOVE ON (FEAT. BRYSON TILLER) [OFFICIAL VISUALIZER]**

The song is Diddy at his best, and it represents the latest chapter in both his storied career as well as our own legacy as the preeminent source for Black culture. Stay tuned for more music, more updates, and more milestones.

> **THIS IS A MAJOR MOMENT FOR MOTOWN, AS DIDDY IS ONE OF THIS CENTURY'S MOST IMPORTANT VOICES IN MUSIC AND CULTURE. TO BE A PART OF HIS NEXT EVOLUTION AND ALBUM IS NOTHING SHORT OF MONUMENTAL.**
>
> ETHIOPIA HABTEMARIAM
>
> **MUSIC HAS ALWAYS BEEN MY FIRST LOVE; LOVE RECORDS IS THE NEXT CHAPTER ABOUT GETTING BACK TO THE LOVE AND MAKING THE BEST MUSIC OF MY LIFE. FOR THE LABEL, I'M FOCUSED ON CREATING TIMELESS R&B MUSIC WITH THE NEXT GENERATION OF ARTISTS AND PRODUCERS. MOTOWN IS THE PERFECT PARTNER FOR MY ALBUM, AND I'M EXCITED TO ADD TO ITS LEGACY.**
>
> SEAN 'DIDDY' COMBS

The song is Diddy at his best, and it represents the latest chapter in both his storied career as well as our own legacy as the preeminent source for Black culture. Stay tuned for more music, more updates, and more milestones.

> **THIS IS A MAJOR MOMENT FOR MOTOWN, AS DIDDY IS ONE OF THIS CENTURY'S MOST IMPORTANT VOICES IN MUSIC AND CULTURE. TO BE A PART OF HIS NEXT EVOLUTION AND ALBUM IS NOTHING SHORT OF MONUMENTAL.**
>
> ETHIOPIA HABTEMARIAM
>
> **MUSIC HAS ALWAYS BEEN MY FIRST LOVE; LOVE RECORDS IS THE NEXT CHAPTER ABOUT GETTING BACK TO THE LOVE AND MAKING THE BEST MUSIC OF MY LIFE. FOR THE LABEL, I'M FOCUSED ON CREATING TIMELESS R&B MUSIC WITH THE NEXT GENERATION OF ARTISTS AND PRODUCERS. MOTOWN IS THE PERFECT PARTNER FOR MY ALBUM, AND I'M EXCITED TO ADD TO ITS LEGACY.**
>
> SEAN 'DIDDY' COMBS



---

SHARE THIS STORY           BACK TO CULTURE

← Post

**Motown Records**
@motown

Love Records 🤝 Motown Records
@Diddy's new album will be the first release from Love Records in partnership with Motown. Welcome to the Motown family 🏆



 LOVE and 2 others

9:19 AM · May 10, 2022

💬 18        ↻ 99        ♡ 210        🔖 5        ↗

Post your reply                                    Reply

---

**Relevant people**

 **Motown Records**  @motown    [Follow]
The Official Motown Records Twitter Account | #MotownDiditFirst

 **LOVE** ✓  @Diddy    [Follow]
THE LOVE ALBUM : OFF THE GRID out now!

 **ETHIOPIA**  @habersmasher    [Follow]
My thoughts are my own. Always have been, always will be.

**What's happening**

Hawks at Knicks
NBA · Starts at 7:30 PM

Music · Trending
**Chris Brown**
17K posts

Entertainment · Trending
**Luke Skywalker**

Trending in United States
**Air Drop**
1.09M posts

Boxing · Trending
**Ryan Garcia**
Trending with Bohemian Grove

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.










2:40



# billboard



Ad — Tango - Live Stream, Go Live ★★★★★ Download now!
Top Place To Meet New People!

**R&B/HIP-HOP**

# Sean 'Diddy' Combs Partners With Motown Records for First Album from His R&B Label Love Records

**Gail Mitchell**
5/10/2022



Gio Bandero for Combs Enterprises

**Trending on Billboard**



🔒 billboard.com

2:40

Gio Bandero for Combs Enterprises

## Trending on Billboard



As he prepares for his debut as host and executive producer of the upcoming **2022 Billboard Music Awards** (May 15), **Sean "Diddy" Combs**— aka Love — is announcing news on another front. He is formally launching his Love Records in tandem with signing a one-time album deal with **Motown** Records.

**+ EXPLORE**
SEE LATEST VIDEOS, CHARTS AND NEWS







**Mary J. Blige**  **Sean "Diddy" Combs**

The forthcoming album will be the first project under the imprint, which will focus solely on R&B through the release of singles and collaborative projects with artists, producers and songwriters.

➕ **RELATED**

**Usher to Receive Lifetime Achievement Award at 2024 BET Awards**

05/30/2024

On marking his official return to music, Combs said in a statement, "Music has always been my first love; Love Records is the next chapter about getting back to the love and making the best music of my life. For the label, I'm focused on creating timeless R&B music with the next generation of artists and producers. Motown is the perfect partner for my album, and I'm excited to add to its legacy."

Motown Records CEO/chairwoman **Ethiopia Habtemariam** stated, "This is a major moment for Motown, as Diddy is one of this century's most important voices in music and culture. To be a part of his next evolution and album is nothing short of monumental."



🔒 billboard.com



Combs serves as executive producer, curator and A&R of Love Records' first album, due this summer. In addition, he will continue to oversee his successful label predecessor, Bad Boy Entertainment. During his 30-year career as a producer, songwriter, rapper, label executive and head of Combs Enterprises, Combs is a three-time Grammy Award winner who has collaborated with a host of hitmakers, including Mary J. Blige, The Notorious B.I.G., Mariah Carey, Jennifer Lopez, Boyz II Men, Britney Spears and Kanye West, among others.

Combs is managed by SAL&CO where he is represented by **Wassim "Sal" Slaiby**. Together with Slaiby, **Kenneth Meiselas** at Grubman Shire Meiselas & Sacks negotiated the deal with Motown.





🔒 billboard.com