# EXHIBIT # 8





**10,000 human remains found on serial killer's farm —...**



**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**



**Family's $15K Carnival Cruise vacation canceled...**

**US NEWS**

# Who is Brendan Paul? Diddy's alleged 'drug mule' arrested at Miami airport has music, sports background

By **Steve Helling**, **Selim Algar** and **Alyssa Guzman**

Published March 26, 2024, 7:00 p.m. ET



Sean 'Diddy' Combs' alleged 'drug mule' arrested as feds intercept rap mogul's private jet in Miami

Next Up

00:39 / 00:42

The man arrested on drug charges at a Miami

nypost.com



    

  

The man arrested on drug charges at a Miami airport as he attempted to board a private jet with Diddy is a 25-year-old basketball player from Ohio.

Brendan Paul is an amateur music producer and graduate of Fairmont State University in West Virginia — but he has also been accused of being a "drug mule" for Diddy, his employer, in a federal lawsuit filed against the rap mogul.



ADVERTISEMENT

🔒 nypost.com



2:02



# NEW YORK POST

     



**10,000 human remains found on serial killer's farm —...**



**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**



**Family's $15K Carnival Cruise vacation canceled...**

Paul was taken into custody Monday at Opa Locka Airport after federal agents intercepted Diddy's plane, which he was about to board.

He was booked on once count of possession of suspected cocaine and suspected marijuana candy according to an arrest report obtained by The Post. Both charges are felonies in Florida.



    

🔒 nypost.com

Case 1:24-cv-01457-JPO  Document 58-12  Filed 06/03/24  Page 5 of 20














Brendan Paul has been accused of being a "drug mule" for Diddy, his employer, according to a lawsuit filed against him.

Facebook/Curt Paul



Hyundai City of Bay Ridge

ADVERTISEMENT







nypost.com




He is also an amateur music producer, who worked with Diddy



    


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

He is also an amateur music producer, who worked with Diddy on his The Love Album.

Facebook/Brendan Paul

The six-foot Ohioan has been bailed out of jail, the report stated. The drugs found in his bag Monday have not been linked to Diddy, nor was he arrested.



ADVERTISEMENT

Paul is originally from Shaker Heights, Ohio, and still resides in the state according to the police report,

    

🔒 nypost.com





    

  



ADVERTISEMENT

Paul is originally from Shaker Heights, Ohio, and still resides in the state according to the police report, which lists his current address in Chagrin Falls near Cleveland.

He lives with his parents, Curt and Mary Jo inside their $829,000 four-bed, six-bath home.

Paul attended a private boarding school in New England, Brewster Academy, for the first three years of high school, before transferring to Hawken High, a private day school in Ohio for his senior year.



    

🔒 nypost.com



2:03

 NEW YORK POST

- 10,000 human remains found on serial killer's farm — ...
- Tulsi Gabbard's aunt stabbed to death, beaten with hamme...
- Family's $15K Carnival Cruise vacation canceled...

nypost.com





Paul played basketball Syracuse University from 2018 to 2020 (pictured). He then transferred to Fairmont State University, where he also played.

Getty Images

Paul went on to attend Syracuse University in New York for his freshmen and sophomore years, before transferring to Fairmont State University for his final two years.

He played Division I school basketball from 2018 to 2020 before transferring to the Division II team in 2020, playing an average of under 10 minutes per game.





2:03

 

    



**10,000 human remains found on serial killer's farm —...**



**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**



**Family's $15K Carnival Cruise vacation canceled...**

# Here's what we know about the allegations against Sean "Diddy" Combs

- Sean "Diddy" Combs' homes in Los Angeles and Miami were raided by Homeland Security amid a possible connection with an ongoing sex-trafficking investigation.

- Authorities targeted the rapper's homes to seize phones and computers, sources told The Post.

- At least four Jane Does and one John Doe have been interviewed by New York prosecutors in connection to sex-trafficking allegations and a RICO case, sources told Rolling Stone.

- Combs' ex-girlfriend Cassie (Cassandra Ventura) filed a lawsuit against him in November 2023 on several allegations, including rape and physical abuse for over a decade.

- Combs and Cassie settled the lawsuit one day after she filed it.

- In November 2023, the rapper was accused of

 

    

AA   🔒 nypost.com   ↻

  


2:03

   

    


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

abuse for over a decade.

- **Combs and Cassie settled the lawsuit** one day after she filed it.

- In November 2023, the rapper was accused of **drugging, filming and sexually assaulting a woman** on a date in 1991.

- The lawsuit describes how Combs drove the alleged victim to a music studio "where she could not get out of the car" before taking her "to a place he was staying to sexually assault her."

- A third woman filed a lawsuit against the celebrity in November 2023, **claiming that he and singer-songwriter Aaron Hall** took turns sexually assaulting her and a friend in the early 1990s.

- In December 2023, Combs was hit with a fourth sexual assault lawsuit that accused him and others of **sexually assaulting a 17-year-old girl at his NYC recording studio** after drugging her and supplying her with alcohol.

As his basketball career didn't take off, he became an amateur music producer during the pandemic. He "started making beats from my laptop," **according to a 2020 Facebook post.**

    

🔒 nypost.com


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

As his basketball career didn't take off, he became an amateur music producer during the pandemic. He "started making beats from my laptop," according to a 2020 Facebook post.

He eventually began to produce for Diddy on The Love Album, which was released in September.



Plaza Honda





    


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**



Paul started producing music during the pandemic and worked on Diddy's latest album, which was released in September 2023.

Brendan Paul/Facebook

nypost.com

2:03



    


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

Brendan Paul/Facebook



6

Paul was named as a mule in Rodney Jones' complaint agains

nypost.com

2:03

 

    


**10,000 human remains found on serial killer's farm — ...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

Paul was named as a mule in Rodney Jones' complaint against Diddy, whose real name is Sean Combs. Jones alleges that Paul "handles, acquires and distributes" Diddy's guns and drugs, according to the lawsuit.

Brendan Paul/Facebook

The young producer posted a photo of him and Diddy in the studio while working on the album to commemorate the achievement on Facebook.



**YOURDAILYLAMA**

**Barron's Car Shocks The Whole World, The Proof In...**

ADVERTISEMENT

He also posted photos of the album release party,

    

🔒 nypost.com

 

    

  

He also posted photos of the album release party, which featured romantic red rose pedals on the table and "love-inspired" drinks.

Paul also posted of a photo of Combs' private all-black G550 Gulfstream jet to his social media in October, calling his time with the artist "visceral."



    

nypost.com



Paul also posted of a photo of Combs' private all-black jet to his social media in October, calling his time with the artist "visceral."

Facebook/Brendan Paul





     


**10,000 human remains found on serial killer's farm —...**


**Tulsi Gabbard's aunt stabbed to death, beaten with hamme...**


**Family's $15K Carnival Cruise vacation canceled...**

ADVERTISEMENT

Following Paul's arrest, Diddy was seen stressfully pacing outside the Opa Locka airport Miami airport Monday afternoon.

Diddy — who has an estimated net worth of $1 billion — had his Beverly Hills and Miami homes raided by Homeland Security agents on Monday, with computer equipment and other evidence confiscated from the houses.

What do you think? **Post a comment.**



🔒 nypost.com


2:03


# NEW YORK POST

     

| | | |
|---|---|---|
| 10,000 human remains found on serial killer's farm —… | Tulsi Gabbard's aunt stabbed to death, beaten with hamme… | Family's $15K Carnival Cruise vacation canceled… |

ADVERTISEMENT

The raid is part of a federal sex-trafficking investigation, according to law enforcement.

Diddy has denied all allegations against him, with a lawyer for him on Tuesday calling it a "witch hunt".

"Yesterday, there was a gross overuse of military-level force as search warrants were executed at Mr. Combs' residences. There is no excuse for the excessive show of force and hostility exhibited by authorities or the way his children and employees were treated," attorney Aaron Dyer said in a statement.

**FILED UNDER**   **ARRESTS** ,   **COLLLEGE BASKETBALL** ,   **DRUGS** ,
**MIAMI** ,   **PUFF DADDY** ,   **SEAN COMBS** ,   **3/26/24**

Sponsored

 Capella University

    

🔒 nypost.com