# EXHIBIT # 10



 Page Six  LOG IN

**CELEBRITY NEWS**

     

# Diddy arrested for attacking son's coach with a kettlebell

By Joe Tacopino

Published June 22, 2015, 7:07 p.m. ET



Sean "Diddy" Combs

Splash News

Diddy is one angry daddy — and it's gotten him arrest



 
  

Sean "Diddy" Combs

Splash News

Diddy is one angry daddy — and it's gotten him arrested.

Rap impresario Sean "Diddy" Combs allegedly tried to bash a UCLA football coach with a heavy metal weight for yelling at his son during practice, and was busted on suspicion of felony assault at the campus Monday. He was released after posting $160,000 bail, a report said.

Combs tangled with Bruins strength and conditioning coach Sal Alosi — who used to work for the Jets — at the university's training complex around 12:30 p.m., according to TMZ.



Sean "Diddy" Combs with his son Justin

Getty

EXPLORE MORE



QUALITY CUISINE

pagesix.com



The rapper allegedly brandished a weight called a kettlebell as he tried to hit the coach, who was reportedly riding Combs' son Justin, 21, a defensive back on the team.

Diddy, 45, allegedly stormed onto the campus a day after Alosi yelled at the younger Combs, cornering him in his office.

The coach had been working his son to the bone and had instructed Justin not to come back until the end of the summer, TMZ said.



pagesix.com



UCLA coach Sal Alosi, formerly of the Jets.
AP

When Diddy confronted the coach, he was told to "hang on." After he was ignored, the rapper snatched the heavy kettlebell and allegedly swung it at the former linebacker.

The training equipment "narrowly missed" the coach, a source told TMZ, adding that it "could have killed him" if it had connected.

ADVERTISEMENT



4-Day, 4-Park Magic Ticket from

$99 per day + tax

Total price: from $396 + tax. One admission per Theme Park. One Theme Park r day.

WALT DISNEY World
©Disney

Offer Details



CULTURAL TREASURES


Diddy, who has been referred to as a "helicopter dad" by school staff, insisted on Monday that Alosi, 38, was the real aggressor in the incident.

Sources close to Diddy told the website that he just wanted to chat with Alosi about an "issue" with his son.

But Alosi snapped and Combs grabbed the kettlebell in a "defensive position," they said.

UCLA head football coach Jim Mora said, "I'm thankful that our staff showed the level of professionalism that they did in handling this situation. This is an unfortunate incident for all parties involved."

The incident isn't the first bit of trouble for either man.




Diddy




SCOPRI DI PIÙ

pagesix.com

Diddy in the back of a police car Monday.

Splash News

Alosi gained infamy in 2010 when, while on the Jets sideline, he tripped a Miami Dolphins player who was running down the field to cover a punt.

ADVERTISEMENT



A Lon



pagesix.com

A Long Island native, Alosi was also arrested for allegedly assaulting three students while attending Hofstra University in 1999. He pleaded down to harassment.

Diddy was acquitted of weapons-related charges in connection with a 1999 shooting at a posh Manhattan club.

He was also arrested in 1999 for his involvement in the beating of a former record executive. The charges were reduced after he apologized.



Raw: Sean 'Diddy' Combs Arrested…

**FILED UNDER**  **CELEBRITY ARRESTS,**  **SEAN COMBS,**  **6/22/15**

**READ NEXT**  Alison Mosshart bummed over grounded chopper flight

pagesix.com