# EXHIBIT # 11

3:02

  MORE STORIES

# Sean 'Diddy' Combs' ex Gina Huynh accused him of 'stomping' her stomach and punching her in the head in resurfaced interview… after his ex Cassie sued him for rape and abuse

By Brian Marks For Dailymail.com
15:20 17 Nov 2023, updated 16:32 17 Nov 2023



Share or comment on this article:

    

**94**
shares

45 comments

- Huynh claimed in 2019 that she was repeatedly physically assaulted by Diddy

AA    Reader Available    ✕

- **Huynh claimed in 2019 that she was repeatedly physically assaulted by Diddy**

- **The model also claimed he offered her $50,000 to get an abortion**

- **The claims resurfaced after his ex Cassie sued him for rape and physical abuse**

Another ex-girlfriend of the rapper-turned-music mogul Diddy has accused him of abusing her.

Gina Huynh, who says she dated the 54-year-old music executive for five years, described in a newly resurfaced interview from 2019 a time at which he allegedly became violent with her.

ADVERTISEMENT



The model told the controversial blogger Tasha K that he allegedly 'stomped' on her stomach and repeatedly punched her in the head during one disturbing encounter.



dailymail.co.uk

3:02

The model told the controversial blogger Tasha K that he allegedly 'stomped' on her stomach and repeatedly punched her in the head during one disturbing encounter.

AD



DailyMail.com has reached out for comment to a representative for Diddy.

Huynh's earlier claim of abuse is making the rounds again after another ex of the rapper, the singer Cassie, 37, accused him of rape and physical abuse in a federal lawsuit filed Thursday.



3:02





**Serious claims:** Diddy's ex-girlfriend Gina Huynh claimed he physically assaulted her multiple times in a resurfaced interview from 2019



dailymail.co.uk



© Gina Huynh / Instagram

**On and off:** Diddy and Gina (pictured) dated for five years until 2019. They were reportedly together when he and Cassie, who is suing him for rape and abuse, were on and off

**RELATED ARTICLES**

 At least the ceremony went without a hitch! Groom thrown in Majorcan jail with his best man and six other guests after booze-fueled beach punch-up puts on...

 Mallorcan families fill beaches in protest against tourists in latest efforts to drive out holidaymakers

 Labour Party is accused of 'plotting to raid pensions' in repeat of Gordon

 dailymail.co.uk



her boyfriend Drew Michael, 40, at Mighty Hoopla festival

Gina's relationship with Diddy reportedly began during a period in which he and Cassie (real name: Casandra Ventura) were on and off.

'He stomped on my stomach really hard — like, took the wind out of my breath,' Gina said in her interview, via Page Six.

'I couldn't breathe. He kept hitting me. I was pleading to him, "Can you just stop? I can't breathe,"' she added.

According to her, Diddy then began to pull at her hair and punch her repeatedly in the back of her head.

She added that she began fighting back after she had 'enough of his s***.'

Elsewhere, she claimed that Diddy had punched her in the head at other times, as her hair would cover signs of her injuries.

'He was mentally, emotionally and physically abusing me,' she also claimed. 'He would always compare me to Cassie and tell me that I'm the bad one, she's a good one.'

Huynh also claimed that 'everyone' in Diddy's circle 'allowed' him to allegedly abuse her multiple times.



 Trusted by 160,000+ home service pros   TRY JOBBER

dailymail.co.uk

3:02

Huynh also claimed that 'everyone' in Diddy's circle 'allowed' him to allegedly abuse her multiple times.



VIRGINIA V | I WAS IN AN ABUSIVE RELATIONSHIP WITH DIDDY FOR 5 YEARS
© Unwine with Tasha K/YouTube

Shocking: 'He stomped on my stomach really hard ¿ like, took the wind out of my breath,' Gina said. 'I couldn't breathe'



VIRGINIA V | I WAS IN AN ABUSIVE RELATIONSHIP WITH DIDDY FOR 5 YEARS
© Unwine with Tasha K/YouTube

Violent: According to her, Diddy then began to pull at her hair and punch her repeatedly in the back of her head



Trusted by 160,000+ home service pros — TRY JOBBER

dailymail.co.uk

3:03 

violent: According to her, Diddy then began to pull at her hair and punch her repeatedly in the back of her head



© Gina Huynh / Instagram

Covering his tracks? She claimed that Diddy hit her in the head multiple times during their relationship because her hair could cover the injuries

**RELATED ARTICLES**



 dailymail.co.uk 

3:03

 shelves - as younger generations spur...

 **A very merry Christmas! Singer Sydnie WINS Britain's Got Talent, a coveted place at the Royal Variety Performance and £250,000 after beating magician...**

 **Rob Burrow's best friend Kevin Sinfield who memorably carried him over a marathon finishing line says he was 'the toughest and bravest man I have ever...**

 **Queen Mary and King Frederik make controversial decision that sends a 'clear signal' to Danes about their reign: 'They will undoubtedly be upset'**

She claimed in a later portion of the interview that after she got pregnant with Diddy's child, he paid her $50,000 to get an abortion, though she says she refused the payment.

ADVERTISEMENT



🔒 dailymail.co.uk

3:03



'I turned [the money] down because I just loved him. I wanted to … I was, like, trying to prove that,' she claimed.

'I wasn't the girl that wanted him for money. I just cared about him. I just wanted him to be nice to me. That's it,' she added.

Huynh claimed to have also had a second abortion from her relationship with Diddy.

Tasha K, the blogger interviewing Huynh, was previously sued for defamation by Cardi B, who won.

The blogger also recently aired claims from an anonymous source referred to as Brother Bilal who claimed that he had walked in on Will Smith and actor Duane Martin having sex.

Representatives for the actor have denied the claim, and his wife Jada Pinkett Smith threatened to sue over the interview.

The I'll Be Missing You rapper doesn't appear to have previously responded to Huynh's claims.

However, he has vehemently denied all of the 'offensive and outrageous allegations' contained in his ex Cassie's lawsuit.

The singer has accused him of controlling and abusing her for over a decade, and she says during that time he beat her, forced her to do drugs and ordered her to have sex with multiple male prostitutes — while he watched and recorded the encounters.


🔒 dailymail.co.uk

3:03

her for over a decade, and she says during that time he beat her, forced her to do drugs and ordered her to have sex with multiple male prostitutes — while he watched and recorded the encounters.



**Accusations piling up:** The interview resurfaced after Diddy's ex Cassie (seen with him in 2017) filed a federal lawsuit accusing him of rape and physical abuse



dailymail.co.uk



Denial: Cassie said in her suit that Diddy would ply her with drugs and forced her to have sex with male prostitutes while he masturbated and filmed. He has vehemently denied her claims; seen in 2018 in NYC




Diddy happily rides around New York City and promotes new album

3:03

0:00 / 0:54

The pair met in 2005 when she was 19, and they split for good in 2018.

In her suit, she claims that Diddy forcibly entered her apartment and raped her in the final days of their relationship, after the two had dined together in Malibu, California.

ADVERTISEMENT



'After years in silence and darkness. I am finally ready to tell my story, and to speak up on behalf of myself and for the benefit of other women who face violence and abuse in their relationships,' she said in her suit.

Douglas Wigdor, her attorney, claimed that the mogul had offered 'eight figures to silence her and prevent the filing of this lawsuit,' but he said his client had turned h



🔒 dailymail.co.uk

3:03



'After years in silence and darkness. I am finally ready to tell my story, and to speak up on behalf of myself and for the benefit of other women who face violence and abuse in their relationships,' she said in her suit.

Douglas Wigdor, her attorney, claimed that the mogul had offered 'eight figures to silence her and prevent the filing of this lawsuit,' but he said his client had turned him down in order to 'give a voice to all women who suffer in silence.'

Diddy

**Share or comment on this article: Sean 'Diddy' Combs' ex Gina Huynh accused him of 'stomping' her stomach and punching her in the head in resurfaced interview... after his ex Cassie sued him for rape and abuse**



94 shares

 45 comments

Recommended by **outbrain**



 

🔒 dailymail.co.uk