

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY, DC & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

June 3, 2024

VIA ECF:
Hon. J. Paul Oetken
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Jones v. Combs, et al.; Case No. 24-1457</u>

Dear Judge Oetken,

This firm represents Rodney Jones ("Plaintiff") in the above-referenced case. I am writing this letter to inform the Court that due to the unexpected events detailed in the May 22, 2024, and May 23, 2024, letters emailed to chambers, this writer has had to deal with serious obstacles over the last week that I did not anticipate. In addition to my devices, I learned that several of my clients, including the plaintiff, were also impacted.

I understand the opposition to the motion for sanctions was due on May 31, 2024. Considering the circumstances above, I ask the Court to excuse the three-day delay. In the interest of fairness, I will consent to the defendants having an extra three days to file their reply.

I thank the Court for its time and consideration.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via email

 347-342-7432    ✉ tblackburn@tablackburnlaw.com     TABlackburnlaw.com