# EXHIBIT C

# Zakarin, Donald S.

| | |
|---|---|
| **From:** | Zakarin, Donald S. |
| **Sent:** | Monday, May 13, 2024 12:44 PM |
| **To:** | Tyrone Blackburn |
| **Cc:** | Janowitz, James A.; Charron, William |
| **Subject:** | dismissing SAC |
| **Attachments:** | declaration for dismissal.docx; Voluntary Dismissal_.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Blackburn:

Attached is a short draft declaration for you, consistent with our discussions and a notice of motion. We would, upon your filing it, submit our agreement to the dismissal. I would think if it is filed today, the Judge will likely issue an order today.

*Donald S. Zakarin*
Pryor Cashman, LLP
7 Times Square
New York, NY 10036
212-326-0108 (P)
212-798-6306 (F)
347-820-0793 (C)
dzakarin@pryorcashman.com

1

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>   Plaintiff,<br><br>v.<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS<br>CUBA GOODING JR.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10<br><br>   Defendants. | Case Number: 24-1457<br><br>**Declaration of Tyrone A. Blackburn In Support of Plaintiff's Motion For Dismissal Of All Claims and Allegations Against Lucian Charles Grainge, Motown Records and UMG Recordings, Inc. (Incorrectly named as Universal Music Group** |

I, Tyrone A. Blackburn, declare as follows:

  1.  I am the principal of Tyrone A. Blackburn Law, PLLC. I am counsel in this case for the Plaintiff, Rodney Jones. I have personal knowledge of the facts set forth in this Declaration and if called and sworn as a witness, I could and would competently testify thereto.

  2.  I submit this declaration in support of the Plaintiff's motion, pursuant to Rules 15, 21 and 41 of the Federal Rules of Civil Procedure, for the dismissal with prejudice of all claims made in the Second Amended Complaint against Lucian Charles Grainge, Motown Records and Universal Music Group (which I am advised was incorrectly named in the Second Amended Complaint and is properly named as UMG Recordings, Inc.), to amend the Second Amended Complaint solely to the extent of deleting therefrom all references to and allegations made

against Mr. Grainge, Motown Records and Universal Music Group/UMG Recordings, Inc. (collectively the "UMG Defendants") and amending the caption to remove them therefrom.

      3.      The UMG Defendants have made two motions to dismiss, first directed against the First Amended Complaint and then against the Second Amended Complaint. Based on my examination of all of the papers submitted in support of both motions to dismiss, I have concluded that there is no legal or factual basis for the claims and allegations that were made against the UMG Defendants by Mr. Jones. As such, I have determined that the proper course of action is for all of the claims and all of the allegations to be withdrawn immediately and the Second Amended Complaint as against the UMG Defendants be dismissed with prejudice. And to accomplish the striking of all references to the UMG Defendants in the Second Amended Complaint, I respectfully request that the Second Amended Complaint be deemed amended to delete therefrom any and all references to the UMG Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated May 13, 2024

                                                                 Tyrone A. Blackburn

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES,

      Plaintiff,

v.

SEAN COMBS,
JUSTIN DIOR COMBS
CUBA GOODING JR.,
LUCIAN CHARLES GRAINGE,
KRISTINA KHORRAM,
LOVE RECORDS,
MOTOWN RECORDS,
UNIVERSAL MUSIC GROUP,
COMBS GLOBAL ENTERPRISES,
JOHN and JANE DOES 1-10 and
ABC CORPORATIONS. 1-10

      Defendants.

Case Number: 24-1457

Notice Of Motion For ~~Voluntary~~ **Dismissal** Of All Claims and Allegations Against Lucian Charles Grainge, Motown Records and UMG Recordings, Inc. (Incorrectly named as Universal Music Group)

~~PLAINTIFFS VOLUNTARY DISMISS OF LUCIAN CHARLES GRAINGE, MOTOWN RECORDS, AND UNIVERSAL MUSIC GROUP ("UNIVERSAL DEFENDANTS") FOR ALL CLAIMS REFERENCED IN THE SECOND AMENDED COMPLAINT~~

> *Formatted: Indent: First line: 0.5", Line spacing: Exactly 26.2 pt, Font Alignment: Baseline*

~~PLEASE TAKE NOTICE~~ that, upon the supporting Declaration of Tyrone A. Blackburn dated May 13, 2024, and all prior proceedings heretofore had and all papers filed herein, Plaintiff Rodney Jones will move this Court, at a date and time to be determined by the Court, for an Order, pursuant to Rules 15, 21 and 41 of the Federal Rules of Civil Procedure, dismissing all claims and striking all allegations made against Lucian Charles Grainge, Motown Records, UMG Recordings, Inc. (incorrectly named as Universal Music Group) in the Second Amended Complaint with prejudice and removing Lucian Charles Grainge, Motown Records, UMG Recordings, Inc. (incorrectly named as Universal Music Group) from the caption of this action. ~~PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff requests that the Court enter an order dismissing the~~

~~Universal Defendants from all claims they are referenced in the Second Amended Complaint With Prejudice.~~

> **Formatted:** Font: Bold, Font color: Black, Complex Script Font: 11 pt, Condensed by 0.2 pt

~~PLEASE TAKE NOTICE that the Universal Defendants consent to this request, as evidenced by the signature below:~~

T. A. BLACKBURN LAW, PLLC.
By:
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff

~~PRYOR CASHMAN, LLP~~
~~By:~~
~~Donald S. Zakarin, Esq.~~
~~Attorney for Universal Defendants~~

2