# EXHIBIT E

**From:** Pamela Gurley <pgurley@GISPC.COM>
**Date:** Wednesday, April 13, 2022 at 6:36 AM
**To:** Berkowitz, Carla <Carla.Berkowitz@umusic.com>
**Cc:** Braithwaite, Martha <Martha.Braithwaite@umusic.com>, Kenneth Meiselas <KMeiselas@GISPC.COM>, Megan O'Brien <mobrien@gispc.com>
**Subject:** Motown w Combs

Hi Carla – Partially-executed attached. Please send fully-executed agreement. Thanks.


<Love Records (The Love Album) - Recording Agreement.EXECUTION.pdf>
<Love Records (The Love Album) - Recording Agreement.EXECUTION.pdf>
<Love Records (The Love Album) - Recording Agreement.EXECUTION.pdf>