# **EXHIBIT F**

Docusign eSignature is an electronic signature solution trusted by hundreds of millions of users. It's easy to use and it's free for the signer. In this post, we'll answer some frequently asked questions about how Docusign eSignature works.

## How do electronic signatures work?

Electronic signatures are an easy, secure way to sign electronic contracts. Whether you are using a pre-formatted signature generated by Docusign, drawing your own signature with your mouse or trackpad, or uploading a photo of your signature, the electronic signature process is the same.

## How does Docusign eSignature work?

To sign a document using Docusign eSignature, first you'll receive an email request from the person sending the document. While the process may vary based on which options the sender has selected, most likely you'll go through the following steps:

1. Click to review the document
2. Read the disclosure statement and click to agree to use electronic signature
3. Complete any required fields, like your address, your initials or the date
4. Adopt the signature style you want to use or draw your own signature
5. Click to apply your signature to the required places in the document(s)

Your electronically signed document is then emailed back to the sender. You'll also have the option to download a copy for your records or create a Docusign account in which you can store and access your previously signed documents.



**Do I need a Docusign account to sign a document?**

No. If you've received a request from someone else to electronically sign using Docusign eSignature, you don't need an account with Docusign to complete it. You can sign in a few easy steps from your desktop, tablet or smartphone. Signing with Docusign eSignature is always free.

After signing, you can create a free account to store and access any documents you've signed.

**How do I send a document using Docusign eSignature?**

To send a document for electronic signature, first create a Docusign account. You can start by signing up for a 30-day free trial.

- Upload the document you need signed, such as a Word document or a PDF file
- Add the names and email addresses of people who need to sign
- Drag and drop tags onto the places in your document that require initials, signatures, phone numbers or other information
- Click send to send the file via Docusign to your designated recipients

Here's what the sending process will look like, with step-by-step screenshots:

Once you are logged into your Docusign account, click New and choose the option to Send an Envelope.

**New**

- Send an Envelope
- Sign a Document
- Use a Template
- Create a PowerForm

Next, you'll upload your documents (Docusign supports most common document, image, presentation and spreadsheet files), specify the recipients, and customize the email with your chosen subject line and message.

From there, you'll add the fields needed to capture the required information and signatures using Docusign's drag and drop standard fields.



Once you've reviewed your document and ensured its accuracy, click to send to your recipients.

Docusign will notify you when it's been completed by each of the involved parties.

## Can I upload a signature in Docusign?

Yes. If you want to use your handwritten signature and initials in eSignature, upload a scanned image of them. You can also create a signature and initials in eSignature using a stylus or your finger on a touchscreen device.

Manage Signatures

DocuSigned by: [signature]

DS: [signature]

Add New    Edit    Delete