UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES,
                    Plaintiff,

        -v-

SEAN COMBS, *et al.*,
                    Defendants.

24-CV-1457 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties are directed to appear for a hearing on the UMG Defendants' Motion for Sanctions (ECF No. 52) on October 16, 2024, at 10:00 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: July 15, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge