AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Rodney Jones | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Civ. 1457(JPO) |
| Sean Combs, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristina Khorram                                                                                           .

Date:   08/26/2024

*avraham moskowitz*
*Attorney's signature*

Avraham C. Moskowitz, NYS 1720317
*Printed name and bar number*
Moskowitz Colson Ginsberg & Schulman, LLP
80 Broad Street Suite 1900
New York, N.Y. 10004

*Address*

amoskowitz@mcgsllp.com
*E-mail address*

(347) 262-9875
*Telephone number*

(212) 257-6453
*FAX number*