AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Rodney Jones | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Civ. 1457 (JPO) |
| Sean Combs, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristina Khorram          .

Date: 08/26/2024

*Deborah Colson*
Attorney's signature

Deborah Colson, NYS 2773273
*Printed name and bar number*

Moskowitz Coslon Ginsberg & Schulman, LLP
80 Broad Street, Suite 1900
New York, NY 10004
*Address*

dcolson@mcgsllp.com
*E-mail address*

(212) 257-6455
*Telephone number*

(212) 257-6453
*FAX number*