**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RODNEY JONES,                            :
                                       :

               Plaintiff,      :
                                       :

                v.           :     Case No. 24-cv-01457 (JPO)
                                     :

SEAN COMBS, JUSTIN DIOR COMBS, CUBA   :    **NOTICE OF APPEARANCE**
GOODING, JR., LUCIAN CHARLES GRAINGE, :
KRISTINA KHORRAM, LOVE RECORDS,     :
MOTOWN RECORDS, UNIVERSAL MUSIC    :
GROUP, COMBS GLOBAL ENTERPRISES,    :
JOHN and JANE DOES 1-10; and ABC       :
CORPORATIONS 1-10,               :
                                     :

             Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned, Erica A. Wolff of the firm Sher

Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Love Records, Inc.

(incorrectly sued herein as Love Records.) and CEOpCo, LLC (t/a Combs Global) f/k/a Combs

Enterprises, LLC (incorrectly sued herein as Combs Global Enterprises) (collectively,  the

"Combs Defendants") in connection with the above-captioned action.

Dated: New York, New York
       August 26, 2024

                       **SHER TREMONTE LLP**

                       By:  /s/ *Erica A. Wolff*
                            Erica A. Wolff
                       90 Broad Street, 23rd Floor
                       New York, New York 10004
                       Tel: 212.202.2600
                       Email: EWolff@shertremonte.com

                       *Attorney for Defendants Sean Combs,*
                       *Love Records, Inc., and CEOpCo, LLC*
                       *(t/a Combs Global) f/k/a Combs Enterprises, LLC*