UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| RODNEY JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 24-cv-01457 (JPO) |
| | : |
| SEAN COMBS, JUSTIN DIOR COMBS, CUBA GOODING, JR., LUCIAN CHARLES GRAINGE, KRISTINA KHORRAM, LOVE RECORDS, MOTOWN RECORDS, UNIVERSAL MUSIC GROUP, COMBS GLOBAL ENTERPRISES, JOHN and JANE DOES 1-10; and ABC CORPORATIONS 1-10, | : NOTICE OF APPEARANCE |
| | : |
| Defendants. | : |

**PLEASE TAKE NOTICE** that the undersigned, Mark Cuccaro of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Love Records, Inc. (incorrectly sued herein as Love Records.) and CEOpCo, LLC (t/a Combs Global) f/k/a Combs Enterprises, LLC (incorrectly sued herein as Combs Global Enterprises) (collectively, the "Combs Defendants") in connection with the above-captioned action.

Dated: New York, New York
       August 26, 2024

**SHER TREMONTE LLP**

By: /s/ *Mark Cuccaro*
       Mark Cuccaro
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: MCuccaro@shertremonte.com

*Attorney for Defendants Sean Combs,*
*Love Records, Inc., and CEOpCo, LLC*
*(t/a Combs Global) f/k/a Combs Enterprises, LLC*
.