**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RODNEY JONES,                                      :
                                                   :
                    Plaintiff,                     :
                                                   :
          v.                                       :      Case No. 24-cv-01457 (JPO)
                                                   :
SEAN COMBS, JUSTIN DIOR COMBS, CUBA                :      **RULE 7.1 STATEMENT**
GOODING, JR., LUCIAN CHARLES GRAINGE,              :
KRISTINA KHORRAM, LOVE RECORDS,                    :
MOTOWN RECORDS, UNIVERSAL MUSIC                    :
GROUP, COMBS GLOBAL ENTERPRISES,                   :
JOHN and JANE DOES 1-10; and ABC                   :
CORPORATIONS 1-10,                                 :
                                                   :
                    Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

Love Records, Inc.  (incorrectly sued herein as Love Records) certifies that there is no parent

corporation or publicly held corporation owning ten percent (10%) or more of its membership

interest. The undersigned counsel further certifies that Love Records, Inc. is a citizen of

Delaware and Florida.

Dated: New York, New York
      August 26, 2024

**SHER TREMONTE LLP**

By:    _/s/ Erica A. Wolff_

Erica A. Wolff
Michael Tremonte
Mark Cuccaro
Katie Renzler
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: (212) 202-2600
ewolff@shertremonte.com
Mtremonte@shertremonte.com

*Attorneys for Defendants Sean
Combs, Love Records, Inc., and
CEOpCo, LLC (t/a Combs Global)
f/k/a Combs Enterprises, LLC*