UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RODNEY JONES,                                    :
                                                 :
        Plaintiff,                              :
                                                 :
        v.                                      : Case No. 24-cv-01457 (JPO)
                                                 :
SEAN COMBS, JUSTIN DIOR COMBS, CUBA               : **RULE 7.1 STATEMENT**
GOODING, JR., LUCIAN CHARLES GRAINGE,             :
KRISTINA KHORRAM, LOVE RECORDS,                   :
MOTOWN RECORDS, UNIVERSAL MUSIC                   :
GROUP, COMBS GLOBAL ENTERPRISES,                  :
JOHN and JANE DOES 1-10; and ABC                  :
CORPORATIONS 1-10,                               :
                                                 :
        Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant CEOPCO, LLC d/b/a Combs Global (incorrectly sued herein as Combs Global Enterprises) ("Combs Global") certifies that it is wholly owned by 1169 Group Holdings LLC.  1169 Corp holds more than a ten percent (10%) interest in 1169 Group Holdings LLC.  No other parent corporation or publicly held corporation owns or has a membership interest that is more than 10% of 1169 Corp. Combs Global is a citizen of Delaware.

|  |  |
|---|---|
| Dated: New York, New York<br>August 26, 2024 | **SHER TREMONTE LLP**<br><br>By:　*/s/ Erica A. Wolff*<br><br>Erica A. Wolff<br>Michael Tremonte<br>Mark Cuccaro<br>Katie Renzler<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel: (212) 202-2600<br>ewolff@shertremonte.com<br>Mtremonte@shertremonte.com<br><br>*Attorneys for Defendants Sean Combs, Love Records, Inc., and CEOpCo, LLC (t/a Combs Global) f/k/a Combs Enterprises, LLC* |