# ATTACHMENT # A

