# ATTACHMENT # B

| | |
|---|---|
| **From:** Tyrone Blackburn tblackburn@tablackburnlaw.com  | TB |
| **Subject:** Jones v. Combs, et al.; 1:24-cv-01457 | |
| **Date:** May 20, 2024 at 1:54 PM | |
| **To:** Jonathan Davis jdd@jddavispc.com, Alyssa Pronley amp@jddavispc.com, Anthony LoMonaco acl@jddavispc.com | |

Hi Jonathan,

See attached the second amended complaint and the completed Rule 4 Waivers of Service for Combs Global Enterprises, Sean Combs, Justin Dior Combs, and Love Records.

I know we discussed and agreed to a 90-day extension; with your consent, I will write a letter to the court informing them of our agreement. Kristina Khorrams, counsel, has accepted a 90-day extension as well.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com



FIled Complaint and Attachments.pdf
5.5 MB

COMBS GLOBAL ENTERPRISES Waiver of Service.pdf
280 KB

Justin Dior Combs- Waiver of Service.pdf
275 KB

Love Records Waiver of Service.pdf
275 KB

Sean Combs Waiver Of Service.pdf
275 KB

