# ATTACHMENT # C

