UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br>    *Plaintiff*,<br>-against-<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>CUBA GOODING JR.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10,<br>    *Defendants*. | Case No.: 24-cv-01457<br><br>**DECLARATION OF<br>TYRONE BLACKBURN<br>IN OPPOSITION TO COMBS<br>DEFENDANTS (minus Justin Combs)<br>MOTION TO DISMISS AND REQUEST<br>TO TAKE JUDICIAL NOTICE OF<br>COMBS FEDERAL INDICTMENT** |

I, Tyrone A. Blackburn, Esq., declare according to 28 U.S.C. §1746 as follows:

1. I am over eighteen years old and am Counsel to Rodney Jones ("Plaintiff") in this action. I make this declaration in opposition to combs defendants (minus Justin Combs) motion to dismiss and request to take judicial notice of combs federal indictment.

2. See attached **Exhibit 1**, a true and correct copy of the unsealed criminal indictment captioned: *USA v. Combs*; 24-cr-542.

3. See attached **Exhibit 2**, a true and correct copy of:
    a. in the matter of *Graves v. Combs et al.,* United States District Court, Southern District of New York, Case No 1:24-cv-07201-AT;
    b. in the matter of *English v. Combs et al.,* United States District Court, Southern District of New York, Case 1:24-cv-05090-AT;
    c. in the matter of *Jane Doe v. Combs et al.,* United States District Court, Southern District of New York, Case 1:23-cv-10628-JGLC;
    d. in the matter of *USA v. Combs et al.,* United States District Court, Southern District of New York, Case 1:24-cr-00542-ALC;
    e. in the matter of *McKinney v. Combs et al.,* United States District Court, Southern District of New York, Case 1:24-cv-03931-NRB; and
    f. in the matter of *Richard v. Combs et al.,* United States District Court, Southern District of New York, Case 1:24-cv-06848-KPF.

Under penalty of perjury under the laws of the United States of America, I declare that the preceding is true and correct. I understand that if I intentionally lie, I will be punished.

Dated: September 30, 2024

 /s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: 347-342-7432
TBlackburn@TABlackburnlaw.com
