# SHER TREMONTE LLP

October 1, 2024

**BY ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:** *Jones v. Combs et al., Case No. 24-cv-01457*

Dear Judge Oetken:

   We write on behalf of our clients, Sean Combs, Love Records, Inc. (incorrectly sued as Love Records), and CEOPCO, LLC d/b/a Combs Global (sued incorrectly as Combs Global Enterprises) (together, the "Combs Defendants" or "Defendants") in the above-referenced case. Pursuant to Rule 3C of the Court's Individual Rules and Practices, the undersigned respectfully requests an 11-day extension of time to reply to Plaintiff's Opposition to the Combs Defendants' Motion to Dismiss (ECF Nos. 78-79).

   On September 16, 2024, Plaintiff sought and thereafter obtained leave to file his Opposition to the Combs' Defendants' Motion to Dismiss (ECF Nos. 66-67) on September 30, 2024 (the original deadline had been September 9, 2024). *See* ECF Nos. 75-76. Consequently, Defendants' deadline to file their Reply brief is presently October 7, 2024. In light of scheduling conflicts, the Combs Defendants respectfully request that the deadline be adjourned 11 days, from October 7, 2024, to October 18, 2024. This is the Combs Defendants' first request for an extension of time to file a reply brief on their Motion to Dismiss. Plaintiff consents to this request.

         Respectfully submitted,

         */s/ Erica A. Wolff*
         Erica A. Wolff
         Michael Tremonte

Cc: All Counsel of Record via ECF