AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Rodney Jones | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-1457 (JPO) |
| Sean Combs, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kristina Khorram.

Date: 04/04/2025

/s/ Reuven L. Cohen
*Attorney's signature*

Reuven L, Cohen
*Printed name and bar number*

Cohen Williams LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

*Address*

rcohen@cohen-williams.com
*E-mail address*

(213) 232-5160
*Telephone number*

(213) 232-5167
*FAX number*