UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br>              *Plaintiff*,<br>-against-<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>CUBA GOODING JR.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10,<br>              *Defendants*. | Case No.: 24-cv-01457<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER AUTHORIZING SERVICE BY PUBLICATION**

Upon consideration of Plaintiff's motion and supporting papers, the Court hereby ORDERS:

1. Plaintiff's request for leave to serve Defendants Cuba Gooding Jr. and Justin Dior Combs by publication is GRANTED.

2. Service shall be made by publishing the summons and a brief notice of this action once per week for four consecutive weeks in both the *New York Times* and the *Los Angeles Times*.

3. Service shall be deemed complete 28 days after the first publication.

4. The Plaintiff is directed to file proof of publication upon completion of the service.

5. The deadline for Plaintiff to effect service is extended accordingly.

SO ORDERED.

Dated: _____, 2025
New York, NY

                                                         _____
                                                               Hon. J. Paul Oetken
                                                       United States District Judge