April 13, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:    ***Jones v. Combs et al.*, 24-CV-01457 (JPO)**

Dear Judge Oetken:

We write jointly on behalf of Defendant Sean Combs, Defendant Kristina Khorram (together, "Defendants"), and Plaintiff Rodney Jones pursuant to the Civil Case Management Plan and Scheduling Order, ECF No. 102 (the "CMO") and this Court's Individual Rules to request an adjournment of the fact discovery deadline. All parties consent to this request. *See* Exhibit A.

Pursuant to Paragraph 7(a) of the CMO, discovery was to be completed by April 15, 2026.[1]  However, for the following reasons, discovery has only just begun. The parties served initial requests for production and interrogatories on November 18, 2025. On December 16, 2025, counsel for Defendant Combs wrote to Plaintiff's counsel noting that "Plaintiff's First Set of Interrogatories are improper on their face because (among other things) they exceed the number of interrogatories permitted by the Federal Rules of Civil Procedure" and that Mr. Combs intended to "object to them on that ground (among others)." Exhibit A. The parties subsequently agreed that Plaintiff's counsel would advise Defendants by December 23, 2025 if Plaintiff intended to stand on the interrogatories and that, if Plaintiff did not, Plaintiff would advise defendants how much time was needed to revise them and that the parties would meet and confer concerning revised deadlines for responses to the initial interrogatories and requests for production. *Id.* Defendants did not hear back from Plaintiff.

On March 13, 2026, after not hearing from Plaintiff's counsel, counsel for Defendant Combs reached out to Plaintiff's counsel to follow up. Counsel for Mr. Combs explained that, in light of the delay, it was unclear whether Plaintiff intended to pursue his claims and sought to meet and confer regarding the discovery schedule in the event that Plaintiff intended to pursue his claims. *Id.* Counsel for Defendant Combs also informed Plaintiff's counsel that Mr. Combs was contemplating seeking leave to amend his answer to assert counterclaims against Mr. Jones arising from recent conduct and facts that have emerged as a result of such conduct. *Id.*

Plaintiff's counsel responded today, at which point he consented to an adjournment of the fact discovery deadline as well as to Mr. Combs amending his answer to assert counterclaims.

---

[1]    Paragraph 7(a) of the CMO states that "[a]ll fact discovery shall be completed no later than 180 days from the start of fact discovery." Fact discovery commenced "14 days after Mr. Combs's sentencing" which took place on October 3, 2025. CMO ¶7. Therefore, fact discovery began on October 17, 2025. 180 days from October 17, 2025 is April 15, 2026.

Hon. J. Paul Oetken
Page 2 of 3
April 13, 2026

*See id.* Thereafter, the parties met and conferred by email regarding proposed revised discovery deadlines.

The parties request that the Court adopt the following changes to the deadlines set forth in the CMO and that deadlines not revised remain as they appear in the CMO:

- Deadline for Plaintiff to serve a revised first set of interrogatories: **April 15, 2026**.[2]
- Deadline for Plaintiff to provide HIPAA-compliant medical records release authorizations for the Defendants: **April 24, 2026**.[3]
- Deadline for Defendant Combs to file an amended answer to assert counterclaims pursuant to Fed. R. Civ. P. 15(a)(2): **June 30, 2026**.[4]
- Fact discovery deadline: **December 18, 2026**.[5]
- Deposition deadline: **December 18, 2026**.[6]

No prior request for the above relief has been made.

Respectfully submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
ewolff@shertremonte.com
*Counsel for Defendant Sean Combs*

*/s/ Neil Jahss*
Neil Jahss
COHEN WILLIAMS LLP
724 South Spring St., 9th Floor
Los Angeles, California 90014
T: 213.232.5171
njahss@cohen-williams.com
*Counsel for Defendant Kristina Khorram*

---

[2]    The previous deadline for Plaintiff's first set of interrogatories was November 17, 2025.
[3]    The previous HIPAA-compliant medical records release authorization deadline was November 17, 2025.
[4]    Under the CMO, the deadline for a motion for leave to amend was September 1, 2025.
[5]    The previous fact discovery deadline was April 15, 2026.
[6]    The previous deposition deadline was April 15, 2026.

Hon. J. Paul Oetken
Page 3 of 3
April 13, 2026

/s/ Tyrone Blackburn
Tyrone Blackburn
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
T: 347-342-7432
tblackburn@tablackburnlaw.com
*Counsel for Plaintiff Rodney Jones*

Cc:    All counsel of record (by ECF)