# EXHIBIT 1

| | |
|---|---|
| **From:** | Erica Wolff |
| **Sent:** | Tuesday, June 2, 2026 12:02 PM |
| **To:** | Tyrone Blackburn |
| **Cc:** | Rodney S. Diggs; Tyrine S. Aman; Alice D. Williams; Le Chaune Metoyer; Alexandria K. Feather; Michael Tremonte; Katie Renzler; Mark Cuccaro; mwilliams@cohen-williams.com; jpacitti@cohen-williams.com; Michael Fisher; Benjamin J. Shack Sackler; Neil Jahss |
| **Subject:** | RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests |
| **Attachments:** | RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests |

Tyrone,

Please get back to us about your availability for a telephone meet and confer.

Also, Plaintiff's responses to Mr. Combs's Second Set of Interrogatories were due yesterday. We did not receive any responses, nor did we receive revised HIPAA releases correcting the issues identified in our April 30, 2026 email (a copy of which I attach here for convenience). If you believe responses to these interrogatories were served and/or corrected HIPAA release provided, please advise.

Thank you,
Erica



### Erica A. Wolff
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004
ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156
www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Erica Wolff
**Sent:** Monday, June 1, 2026 8:53 PM
**To:** 'Neil Jahss' <njahss@cohen-williams.com>; Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; mwilliams@cohen-williams.com; jpacitti@cohen-williams.com; Michael Fisher <mfisher@cohen-williams.com>
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Tyrone,

The Friday and Monday times we proposed to meet and confer have passed. Please let us know as soon as possible your availability to meet and confer by phone tomorrow. Our availability has changed since we first proposed times, but please let us know some windows that work for you and we will do our best to find a mutually convenient time.

1

Thank you,
Erica



**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156
www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Neil Jahss <njahss@cohen-williams.com>
**Sent:** Thursday, May 28, 2026 8:05 PM
**To:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Erica Wolff <EWolff@shertremonte.com>
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; mwilliams@cohen-williams.com; jpacitti@cohen-williams.com; Michael Fisher <mfisher@cohen-williams.com>
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Tyrone,

We have reviewed Ms. Wolff's May 28, 2026 letter (transmitted by Mr. Sackler) concerning Plaintiff's RFAs and revised First Set of Interrogatories directed to Mr. Combs.  Plaintiff's First Sets of Interrogatories and RFAs directed to Ms. Khorram – served on May 13, 2026 – share many of the same procedural and substantive deficiencies identified in Ms. Wolff's letter.  Ms. Khorram joins in the positions asserted therein to the extent applicable to the discovery directed to her.  We likewise request that Plaintiff withdraw the interrogatories and RFAs directed to Ms. Khorram and serve revised discovery that complies with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

Like counsel for Mr. Combs, we are willing to engage in a good faith meet-and-confer process to resolve these issues without Court intervention.  To avoid unnecessary duplication of effort and expense, we are available to participate in a single consolidated meet-and-confer concerning the discovery directed to both Mr. Combs and Ms. Khorram this Friday between 5:30-6:00 pm EST, Monday between 2:00-5:00 pm EST, and Tuesday any time after 12:00 pm EST.

If helpful in advance of the meet-and-confer, we are prepared to identify representative examples of the deficiencies in the interrogatories and RFAs directed to Ms. Khorram similar to those enumerated in Ms. Wolff's letter.

Thank you.

Regards,

Neil

Neil S. Jahss

**COHEN** WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5171
Cell: 310-714-6451
Fax: 213-232-5167
njahss@cohen-williams.com
www.cohen-williams.com

---

**From:** "Benjamin J. Shack Sackler" <bshacksackler@shertremonte.com>
**Date:** Thursday, May 28, 2026 at 3:28 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>, Erica Wolff <EWolff@shertremonte.com>
**Cc:** Neil Jahss <njahss@cohen-williams.com>, "Rodney S. Diggs" <RDiggs@imwlaw.com>, "Tyrine S. Aman" <TAman@imwlaw.com>, "Alice D. Williams" <AWilliams@imwlaw.com>, Le Chaune Metoyer <LMetoyer@imwlaw.com>, "Alexandria K. Feather" <afeather@imwlaw.com>, Michael Tremonte <MTremonte@shertremonte.com>, Katie Renzler <KRenzler@shertremonte.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, "mwilliams@cohen-williams.com" <mwilliams@cohen-williams.com>, "rcohen@cohen-williams.com" <rcohen@cohen-williams.com>, Jenna Pacitti <jpacitti@cohen-williams.com>
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Tyrone,

Please see the attached correspondence.  We are available to meet and confer during the following windows:

Friday 5/29:  4-6pm EST
Monday 6/1: 9am-12pm, 2-5pm EST
Tuesday 6/2: anytime

Please let us know a time within these windows that works for you and we will circulate an invite.

Sincerely,
Ben



**Benjamin J. Shack Sackler**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004
bshacksackler@shertremonte.com   |   tel: 646.795.0527   |   fax: 212.202.4156
www.shertremonte.com

3



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Wednesday, May 13, 2026 12:56 PM
**To:** Erica Wolff <EWolff@shertremonte.com>
**Cc:** Neil Jahss <njahss@cohen-williams.com>; Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

See attached Plaintiffs' First Set of Request for Production, Request for Admission, and Request for Interrogatories.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is

(or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Wed, May 13, 2026 at 12:16 AM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

> See attached, Plaintiffs' response to Defendants' first set of interrogatories and document demands.
>
> Regards,
>
> *Tyrone A. Blackburn, Esq.*
> T. A. Blackburn Law, PLLC
> 1242 East 80th Street, 3rd Floor
> Brooklyn, NY 11236
> P: 347-342-7432
> E: info@tablackburnlaw.com
>
> _____
>
> _____
> Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
> CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
> CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.
>
> On Thu, Apr 30, 2026 at 12:23 PM Erica Wolff <EWolff@shertremonte.com> wrote:

Tyrone,

The HIPAA releases you sent are deficient in numerous ways.  First, Mr. Jones failed to include an accurate and complete social security number as required.  Second, Mr. Jones failed to place his initials next to the "Mental Health Information" and "Alcohol / Drug Treatment" boxes in Section 9(a) of the release forms to authorize the release of such records (which he must do because he has squarely put his mental health and drug use at issue in this litigation).  Third, Mr. Jones should sign forms that specifically list in Section 9(b) of the form each firm representing Defendants in this matter – it is improper to ask us to alter the form after Mr. Jones has signed it.  Please promptly correct these issues and send revised HIPAA release forms to Defendants.

In addition, it is not clear to us on what basis Plaintiff has determined to limit his releases to Dr. Angela K. Kenzslowe and Marilyn Price.  Even if these were the only two providers that Plaintiff may use to support his claims (and no such representation has been made; indeed, neither Dr. Angela K. Kenzslowe nor Marilyn Price were identified in Plaintiff's initial disclosures), because Plaintiff has put in issue his drug use and his physical and mental health, including by claiming "physical, psychological, emotional, financial, and reputational harm" (*see, e.g.,* Second Amended Complaint ¶ 308), Defendants are entitled to discovery from *all* of Plaintiff's medical and mental health providers in the period preceding and following the alleged conduct complained of in the complaint. *See, e.g., Grueling v. Breakey*, 56 A.D.2d 540, 542 (1st Dep't 1977) ("By commencing the action plaintiff put in controversy her physical condition; she cannot  now limit that controversy to the medical records she wishes disclosed.").  Accordingly, Plaintiff must provide HIPAA releases for all his healthcare providers during the period leading up to, during, and following the conduct complained of.  While this information should be provided without further process, we are attaching here Mr. Combs's Second Set of Interrogatories consisting of a single interrogatory (Interrogatory No. 9) seeking the identity of all medical and mental health providers who treated Mr. Jones from 2017 to present.  Please provide HIPAA releases for any identified medical or mental health professionals contemporaneously with your response to Interrogatory No. 9, which is due by June 1, 2026.

Regards,
Erica



**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, April 24, 2026 10:44 PM
**To:** Neil Jahss <njahss@cohen-williams.com>
**Cc:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Erica Wolff <EWolff@shertremonte.com>; Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

See attached, Rodney Jones signed HIPAA Forms.  Please add the names of your firms in the appropriate spaces.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

7

On Mon, Apr 13, 2026 at 8:47 PM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

I consent
*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Apr 13, 2026 at 8:46 PM Neil Jahss <njahss@cohen-williams.com> wrote:

On behalf of Ms. Khorram, we are comfortable with the letter. You can add my electronic signature to the joint communication to the Court.

Thank you for drafting.

Neil S. Jahss
**COHEN** WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5171
Cell: 310-714-6451

8

Fax: 213-232-5167
njahss@cohen-williams.com
www.cohen-williams.com

**From:** "Benjamin J. Shack Sackler" <bshacksackler@shertremonte.com>
**Date:** Monday, April 13, 2026 at 5:37 PM
**To:** Erica Wolff <EWolff@shertremonte.com>, Tyrone Blackburn
<tblackburn@tablackburnlaw.com>
**Cc:** "Rodney S. Diggs" <RDiggs@imwlaw.com>, "Tyrine S. Aman" <TAman@imwlaw.com>,
"Alice D. Williams" <AWilliams@imwlaw.com>, Le Chaune Metoyer
<LMetoyer@imwlaw.com>, "Alexandria K. Feather" <afeather@imwlaw.com>, Michael
Tremonte <MTremonte@shertremonte.com>, Katie Renzler <KRenzler@shertremonte.com>,
Mark Cuccaro <MCuccaro@shertremonte.com>, "njahss@cohen-williams.com"
<njahss@cohen-williams.com>, "mwilliams@cohen-williams.com" <mwilliams@cohen-
williams.com>, "rcohen@cohen-williams.com" <rcohen@cohen-williams.com>, Jenna Pacitti
<jpacitti@cohen-williams.com>
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Tyrone, Neil,

Attached is a draft letter to the court requesting the revised schedule discussed
below.  Please confirm this is acceptable and we will get this on file.

Thanks,
Ben



**Benjamin J. Shack Sackler**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

bshacksackler@shertremonte.com   |   tel: 646.795.0527   |   fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Erica Wolff <EWolff@shertremonte.com>
**Sent:** Monday, April 13, 2026 8:05 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Rodney S. Diggs
<RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams
<AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather
<afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler
<KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-
williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-

williams.com

**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

That's fine with us. Will circulate a joint letter shortly for sign off.



**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, April 13, 2026 8:03 PM
**To:** Erica Wolff <EWolff@shertremonte.com>
**Cc:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Yes, I agree. I would like to push the HIPAA release back to 4/24/26.  I will not be able to get a wet signature release from Plaintiff by the 17th.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are

10

now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you. CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Apr 13, 2026 at 7:57 PM Erica Wolff <EWolff@shertremonte.com> wrote:

Tyrone,

We propose asking the Court to amend the CMO deadlines as follows:

- Deadline for Plaintiff to serve a revised first set of interrogatories: **April 15, 2026**.
- Deadline for Plaintiff to provide HIPAA-compliant medical records release authorizations for the Defendants: **April 17, 2026**.
- Deadline for Defendant Combs to file an amended answer to assert counterclaims pursuant to Fed. R. Civ. P. 15(a)(2):  **June 30, 2026**.
- Fact discovery deadline: **December 18, 2026**.
- Deposition deadline: **December 18, 2026**

Please confirm.

Thanks,
Erica



**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, April 13, 2026 3:12 PM
**To:** Erica Wolff <EWolff@shertremonte.com>
**Cc:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

I can send you the revised request by Wednesday. I will also provide the Plaintiffs' answers to your demands by Wednesday as well.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this

firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Apr 13, 2026 at 3:08 PM Erica Wolff <EWolff@shertremonte.com> wrote:

Tyrone,

We will give some thought to new dates given where things stand now and circulate a proposed revised schedule for review later today so that we can file with the Court before the end of the day. In the meantime, please let us know Plaintiff's position on the question of whether he intends to stand on the interrogatories previously served notwithstanding the deficiencies we raised, and if not, how much time Plaintiff wants to revise them.

-Erica



**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com   |   tel: 212.202.2679   |   fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, April 13, 2026 10:24 AM
**To:** Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Erica Wolff <EWolff@shertremonte.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Good morning all,

We consent to the adjournment of the fact discovery deadline. It is unclear what claims your client intends to file against Mr. Jones, but if you want to file a cross-complaint, then so be it. If you would like to meet to discuss a proposed new timeline, please let me know. I am pretty free today. Erica, if you have time after the 2 pm Gardner v. Combs status conference, we can jump on a call to discuss.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Fri, Mar 13, 2026 at 1:19 PM Ben Shack Sackler <bshacksackler@shertremonte.com> wrote:

> Hi Rodney,
>
> In December we agreed that you would advise us by December 23, 2025 if you intended to stand on the interrogatories you previously served notwithstanding the deficiencies we raised, that if you did not, you would advise us how much time you wanted to revise them, and that we would then meet and confer concerning revised deadlines for responses to the initial discovery demands (interrogatories + document demands). We never heard back from you and it is accordingly unclear to us whether Jones intends to pursue his claims. If he does, we need to meet and confer about scheduling going forward, and most

14

immediately, to stipulate to adjourn the March 16, 2026 deadlines for contention interrogatories, requests for admission, and meeting and conferring on expert disclosures – which obviously doesn't work considering where things stand with preliminary discovery.

We would also need to seek leave from the Court to adjourn the April 15, 2026 fact discovery deadline. If Mr. Jones is pursuing his claims, we would seek to adjourn the discovery schedule by 8 months to provide the parties sufficient time to start and complete discovery, taking into consideration that we expect to soon file a motion for leave to amend our answer to assert counterclaims against Mr. Jones arising from recent conduct and facts that have emerged as a result of such conduct.

Please confirm today that we are stipulating to adjourn the March 16, 2026 deadlines (with an adjourn date to be determined once we have met and conferred). And please let us know by next week (1) whether Mr. Jones intends to pursue his claims; (2) if so, whether you agree to jointly move the court to extend the April 15 fact discovery deadline; and (3) whether you consent to us amending our answer which will include counterclaims.

Thanks,
Ben



**Benjamin J. Shack Sackler**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

bshacksackler@shertremonte.com  |  tel: 646.795.0527  |  fax: 212.202.4156

www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Rodney S. Diggs <RDiggs@imwlaw.com>
**Sent:** Thursday, December 18, 2025 4:31 AM
**To:** Erica Wolff <EWolff@shertremonte.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Hi Erica

The latter is what I was proposing.  My apologies for any confusion.



**Rodney S. Diggs | Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

> On Dec 17, 2025, at 1:42 PM, Erica Wolff <EWolff@shertremonte.com> wrote:
>
>
> Rodney,
>
> Rodney, I am not entirely sure I understand your proposal. Per our earlier stipulation, if you decide to stand on your interrogatories, then responses and objections to them would be due December 29. And if you decide to withdraw, then we agreed to meet and confer about the service and response dates for the new interrogatories.
>
> Are you proposing that responses and objections to document demands be due on the same day as responses and objections to interrogatories (i.e. on Dec. 29 if you stand on your interrogatories, and if you instead

16

decided to withdraw, then on a later date to be agreed upon by the parties)? If so, that makes sense to us.

For avoidance of doubt, I am proposing that the foregoing would apply to all parties so we would have consistent schedules.

Thanks,
Erica

**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com | tel: 212.202.2679 | fax: 212.202.4156

www.shertremonte.com

<image002.png> <image003.png> <image004.png>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Rodney S. Diggs <RDiggs@imwlaw.com>
**Sent:** Wednesday, December 17, 2025 2:27 PM
**To:** Erica Wolff <EWolff@shertremonte.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Erica –

Here is what makes sense to me, if we stay the document demand until we meet and confer next week. However, in the event we do withdraw the interrogatories then the clock starts ticking on the production of documents. Alternatively, if we believe the interrogatories stand, then we will agree on a date that both interrogatories and document demands are due. Does that work?

<image005.png>
**Rodney S. Diggs** | **Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**

17

444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**

This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**

Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

---

**From:** Erica Wolff <EWolff@shertremonte.com>
**Sent:** Wednesday, December 17, 2025 11:21 AM
**To:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Thanks, Rodney. Can we likewise stipulate to adjourn the service of written responses and objection to document demands consistent with the adjournment of interrogatory responses and objections agreed to below?  I have not yet had a chance to review the proposed edits on the protective order you sent yesterday, but I hope to review and revert shortly on that.

&lt;image001.png&gt;    **Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156

www.shertremonte.com

<image002.png> <image003.png> <image004.png>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

<image006.jpg>

**From:** Rodney S. Diggs <RDiggs@imwlaw.com>
**Sent:** Tuesday, December 16, 2025 6:09 PM
**To:** Erica Wolff <EWolff@shertremonte.com>; Tyrone Blackburn
<tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams
<AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>;
Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte
<MTremonte@shertremonte.com>; Katie Renzler
<KRenzler@shertremonte.com>; Mark Cuccaro
<MCuccaro@shertremonte.com>; njahss@cohen-williams.com;
mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-
williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

That works for me.


<image005.png>
**Rodney S. Diggs** | **Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

19

**SERVICE NOTICE**
Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

---

**From:** Erica Wolff <EWolff@shertremonte.com>
**Sent:** Tuesday, December 16, 2025 2:23 PM
**To:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Rodney,

Thanks for your prompt response. We are fine with your getting back to us by December 23 provided we stipulate (by email is fine) that Defendants' time to respond to the Plaintiff's First Set of Interrogatories is extended accordingly. Also, because members of our team will be out of the office much of next week with the Holidays and school breaks, I would ask that should you decide on December 23 to stand on the current interrogatories then we would have until December 29 to respond. And if you decide to withdraw and revise Plaintiff's interrogatories, we can meet and confer by email concerning how much time you would like to complete revisions. Does that work for everyone?

Thanks,
Erica

<image001.png>

**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004
ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156
www.shertremonte.com

<image002.png> <image003.png> <image004.png>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Rodney S. Diggs <RDiggs@imwlaw.com>
**Sent:** Tuesday, December 16, 2025 4:14 PM
**To:** Erica Wolff <EWolff@shertremonte.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Hi Erica –

Thank you for reaching out and for taking the time to meet and confer on Plaintiff's First Set of Interrogatories. I appreciate your concerns regarding Rule 33(a)(1)'s limitations and will carefully review the interrogatories to assess whether any subparts constitute "discrete subparts" as opposed to logically and factually related components of a single interrogatory.

That said, I do want to note that your characterization of certain interrogatories appears to misconstrue the well-established distinction between permissible related subparts and impermissible discrete subparts. By way of example, your objection to Interrogatory No. 1 lacks merit. Courts routinely hold that requests for basic identifying information—including a party's name, aliases, addresses, telephone numbers, and email addresses—constitute a single interrogatory because these subparts are logically and factually interrelated to the singular subject of identifying and contacting the responding party. Your attempt to fragment routine identification requests into four separate interrogatories—(1) full name and aliases; (2) current residence address; (3) all residence addresses during the Period; and (4) all telephone numbers and email addresses used during the Period—is inconsistent with both the text and purpose of Rule 33.

However, I will review the interrogatories propounded. Could I get back to you by no later than Tuesday, December 23rd to review and let you know whether will withdraw? Please let me know if that is acceptable.

Best,
Rodney

<image005.png>
**Rodney S. Diggs** | **Director**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552

21

RDiggs@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**

This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**

Rodney S. Diggs and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

---

**From:** Erica Wolff <EWolff@shertremonte.com>
**Sent:** Tuesday, December 16, 2025 12:22 PM
**To:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

Rodney, Tyrone,

I'm writing to meet and confer on Plaintiff's First Set of Interrogatories to Defendant Sean Combs which you served by email on November 18, 2025 ("Plaintiff's First Set of Interrogatories").

Without waiver of, and while expressly preserving all other objections as to the form, content, and scope of Plaintiff's First Set of Interrogatories, we note that Plaintiff's First Set of Interrogatories are improper on their face because (among other things) they exceed the number of interrogatories permitted by the Federal Rules of Civil Procedure and the Combs Defendants intend to object to them on that ground (among others).

22

Federal Rule of Civil Procedure 33 provides that: "Unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, ***including all discrete subparts***." Fed. R. Civ. P. 33(a)(1) (emphasis added). "Parties cannot evade [the interrogatory number] limitation through the device of joining as 'subparts' questions that seek information about discrete separate subjects." Fed. R. Civ. P. 33(a) advisory committee's notes 1993 Amendment.

Plaintiff's First Set of Interrogatories purport to propound 25 numbered interrogatories, but considering their "discrete subparts," actually consist of well over 50 interrogatories. By way of example only:

1.  "Interrogatory No. 1" contains at least 4 discrete requests about separate subjects:

    (1) full name and aliases;

    (2) current residence address;

    (3) all residence addresses during the Period; and

    (4) all telephone numbers and email addresses used during the Period;

1.  "Interrogatory No. 3" contains at least 11 discrete requests about separate subjects, including:

    (1) Defendant's arrival time;

    (2) a narrative of Defendant's activities on a particular day;

    (3) identity of a third party;

    (4) circumstances of a shooting;

    (5) identity of a perpetrator;

    (6) location of a shooting;

    (7) identification of weapons;

    (8) identities of owners of weapons;

    (9) a narrative of circumstances relating to presence of weapons;

    (10) a narrative of Defendant's activities following a particular event; and

    (11) identification of communications.

23

1. "Interrogatory No. 7" contains at least 6 discrete requests about separate subjects, including:

  (1) employment start date;

  (2) terms of employment;

  (3) compensation;

  (4) identification of work product;

  (5) credits and royalty points; and

  (6) end date of employment.

1. "Interrogatory No. 4" contains at least 3 discrete requests about separate subjects, including:

  (1) information about sex workers;

  (2) information about controlled substances; and

  (3) information about alcoholic beverages.

Because Plaintiff's First Set of Interrogatories exceeds the limit permitted by the Federal Rules of Civil Procedure we must object to Plaintiff's First Set of Interrogatories in their entirety. *See, e.g., E.E.O.C. v. Beauty Enterprises, Inc.*, 2008 WL 3359252 (D. Conn. Aug. 8, 2008) (holding that "[t]o preserve its objection under Rule 33, [the defendant] had to 'object to the number of interrogatories before responding' to the interrogatories" and could not selectively choose which interrogatories to respond to); *Allahverdi v. Regents of University of New Mexico*, 228 F.R.F. 696 (D.N.M. 2005) (similar); Wright & Miller's Federal Practice & Procedure § 2168.1 (3d ed. 2025) ("if a party believes that the numerical limitation has been exceeded, it waives the objection if it selectively answers some of the interrogatories and objects on this ground to the rest.").

Please let us know whether, in light of the foregoing, Plaintiff would like to withdraw Plaintiff's First Set of Interrogatories and serve a new set compliant with Rule 33(a)(1)'s limitations. If so, we are happy to meet and confer today or tomorrow on a schedule for serving the same. And if it would be productive to meet and confer further about any of the foregoing by telephone please let us know some times you are available later **today or tomorrow**.

Thank you,
Erica

24

**Erica A. Wolff**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com  |  tel: 212.202.2679  |  fax: 212.202.4156

www.shertremonte.com

<u>\<image002.png></u>  <u>\<image003.png></u>  <u>\<image004.png></u>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

<image006.jpg>

**From:** Alexandria K. Feather <afeather@imwlaw.com>
**Sent:** Tuesday, November 18, 2025 2:25 AM
**To:** Erica Wolff <EWolff@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; njahss@cohen-williams.com; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Cc:** Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Subject:** Rodney Jones v. Sean Combs, et al. - Discovery Requests

**On behalf of Rodney S. Diggs**

Attached please find the following documents in connection with the above-referenced matter:

1. Plaintiff's First Set of Interrogatories to Defendant Sean Combs;
2. Plaintiff's First Set of Interrogatories to Defendant Kristina Khorram;
3. Plaintiff's First Request for Production of Documents to Defendant Sean Combs; and
4. Plaintiff's First Request for Production of Documents to Defendant Kristina Khorram

Thank you

<u>\<image005.png></u>
**Alexandria K. Feather | Legal Secretary**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Phone: (213) 489-0028

afeather@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Alexandria K. Feather and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.