# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY JONES,<br><br>        Plaintiff,<br><br>v.<br><br>SEAN COMBS, JUSTIN DIOR COMBS,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM, LOVE<br>RECORDS, MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP, COMBS<br>GLOBAL ENTERPRISES, JOHN and<br>JANE DOES 1-10 and ABC<br>CORPORATIONS, 1-10<br><br>        Defendants. | Case No.: 24-cv-01457 (JPO)<br><br><br>**PLAINTIFF'S FIRST SET OF<br>INTERROGATORIES TO<br>DEFENDANT SEAN COMBS** |

Propounding Party:     Plaintiff Rodney Jones

Responding Party:     Defendant Sean Combs

Set No.:     One

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure,

Plaintiff Rodney Jones ("Plaintiff") hereby propounds the following interrogatories

upon Defendant Sean Combs ("Defendant Combs" or "you"), to be answered fully

in writing and under oath within thirty (30) days of service hereof.

## DEFINITIONS AND INSTRUCTIONS

1. "You," "your," or "Defendant" means Defendant Sean Combs and his

agents, representatives, employees, attorneys, investigators, or any other person

acting or purporting to act on his behalf.

2. "Plaintiff" or "Mr. Jones" means Rodney Jones.

3. "Document" has the meaning set forth in Fed. R. Civ. P. 34(a) and includes all electronically stored information (ESI), including but not limited to emails, text messages, social media communications, photographs, videos, audio recordings, and metadata.

4. "Communication" means any transmission of information by any means, including but not limited to conversations, discussions, meetings, telephone calls, emails, text messages, instant messages, social media messages, letters, memoranda, or any other form of information exchange.

5. "The Period" means September 1, 2022 through November 30, 2023, unless otherwise specified.

6. "Identify" or "Identification" when referring to:

- A person means to state their full name, current or last known address, telephone number, email address, and job title or relationship to you;

- A document means to state its date, author, addressee, type, subject matter, present location, and custodian;

- A communication means to state its date, participants, manner of communication, and substance.

7. "Chalice Recording Studios" or "CRS" means the recording studio located at 842/845 Highland Avenue, Los Angeles, California 90038.

8. "Love Album" or "Love Album Off the Grid" means the album produced during the Period.

9. "Writers Camp" means the September 2022 music production event held at Chalice Recording Studios.

10. "Incident" means the shooting that occurred at Chalice Recording Studios on or about September 12, 2022.

11. "Sex worker" has its common meaning and includes prostitutes, escorts, or any person engaged to provide sexual services for compensation.

12. "Drugs" or "controlled substances" includes but is not limited to cocaine, GHB, ecstasy, ketamine, marijuana, mushrooms, and any other illegal or prescription drugs not prescribed to the user.

## **INSTRUCTIONS**

These interrogatories are continuing in nature. You are required to serve supplemental answers if you obtain information after serving your initial answers that makes any answer incomplete or incorrect.

If you claim privilege as to any interrogatory or portion thereof, identify the interrogatory or portion, state the privilege claimed, and provide all non-privileged information.

Each interrogatory should be answered separately and fully in writing under oath, unless it is objected to, in which case the basis for the objection shall be stated in lieu of an answer.

Where an interrogatory requests information about or identification of documents, such identification shall be sufficient to enable Plaintiff to request production of such documents.

If you cannot answer any interrogatory in full after exercising due diligence to secure the information, so state, and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information you have concerning the unanswered portion.

_____

## INTERROGATORIES TO DEFENDANT SEAN COMBS

### INTERROGATORY NO. 1:

State your full name, all aliases or names by which you have been known, your current residence address, all residence addresses during the Period, and all telephone numbers and email addresses you used during the Period.

### INTERROGATORY NO. 2:

Identify every person who was present at Chalice Recording Studios on September 12, 2022, including but not limited to all employees, contractors, guests, musicians, producers, artists, security personnel, and any other individuals.

**INTERROGATORY NO. 3:**

Describe in detail the events that occurred at Chalice Recording Studios on September 12, 2022, including: (a) what time you arrived; (b) your activities throughout the day and evening; (c) the identity of the person referred to as "G" in the Second Amended Complaint; (d) the circumstances leading to G being shot; (e) who shot G; (f) where the shooting occurred; (g) what firearm(s) were used; (h) who owned the firearm(s); (i) how the firearm(s) came to be at CRS; (j) what you did immediately after the shooting; and (k) all communications you had with law enforcement regarding the incident.

**INTERROGATORY NO. 4:**

Identify every person who has knowledge of the shooting incident at Chalice Recording Studios on September 12, 2022, and describe the substance of their knowledge.

**INTERROGATORY NO. 5:**

Describe all communications you had with Faheem Muhammad regarding the shooting incident at Chalice Recording Studios on September 12, 2022, including the date, time, manner, substance, and participants of each communication.

**INTERROGATORY NO. 6:**

Identify all firearms you owned, possessed, or had access to at any time during the Period, including the make, model, caliber, serial number, date acquired, current location, and identity of any person who also had access to each firearm.

**INTERROGATORY NO. 7:**

Describe in detail your employment relationship with Rodney Jones during the Period, including: (a) the date the relationship began; (b) all terms of employment, whether oral or written; (c) all compensation promised or paid; (d) all work product created by Mr. Jones; (e) all credits and royalty points promised or provided; and (f) the date the relationship ended.

**INTERROGATORY NO. 8:**

Identify all agreements, whether written or oral, between you and Rodney Jones, including the date, terms, parties, and whether the agreement was fully performed.

**INTERROGATORY NO. 9:**

State the total amount of money you paid to Rodney Jones during the Period, identifying each payment by date, amount, method of payment, and purpose.

**INTERROGATORY NO. 10:**

Identify all songs or musical works created during the Period on which Rodney Jones contributed, describing his specific contributions to each work and

any compensation, credits, or royalty points he received or was promised for each work.

## INTERROGATORY NO. 11:

Describe in complete detail each instance during the Period in which you had any physical contact with Rodney Jones of a sexual nature, including the date, time, location, nature of the contact, whether consent was obtained, and the identity of any witnesses.

## INTERROGATORY NO. 12:

Describe in complete detail each instance during the Period in which you made sexual advances toward Rodney Jones, including the date, time, location, nature of the advance, how Mr. Jones responded, and the identity of any witnesses.

## INTERROGATORY NO. 13:

Identify every person to whom Rodney Jones complained about your conduct toward him during the Period, and describe the substance of each complaint and your response.

## INTERROGATORY NO. 14:

Describe each instance during the Period in which you or someone acting on your behalf provided, offered, or made available to Rodney Jones any: (a) sex workers; (b) controlled substances; or (c) alcoholic beverages, including the date, location, circumstances, and identity of any persons involved.

**INTERROGATORY NO. 15:**

Identify all sex workers who were present at any location where you and Rodney Jones were both present during the Period, including their names (or descriptions if names unknown), dates, locations, who arranged for their presence, and who paid them.

**INTERROGATORY NO. 16:**

Describe in detail your use of controlled substances during the Period, including the types of substances, frequency of use, sources from whom obtained, locations where used, and identity of any persons present when you used controlled substances in Rodney Jones's presence.

**INTERROGATORY NO. 17:**

Identify every person who acquired, transported, distributed, or possessed controlled substances on your behalf during the Period, including the types of substances, quantities, dates, and locations involved.

**INTERROGATORY NO. 18:**

Describe the role and responsibilities of Kristina Khorram during the Period, including her job title, duties, persons she supervised, and the nature and extent of her authority to act on your behalf.

**<u>INTERROGATORY NO. 19:</u>**

Identify all properties you owned, leased, rented, or otherwise controlled during the Period, including the address, dates of your control, and purpose of each property.

**<u>INTERROGATORY NO. 20:</u>**

Describe all instances during the Period in which Rodney Jones traveled with you or at your direction, including the dates, destinations, purpose of travel, method of transportation, who arranged the travel, and who paid for the travel.

**<u>INTERROGATORY NO. 21:</u>**

Identify all persons who witnessed you in a state of undress or partial undress in Rodney Jones's presence during the Period, including the date, location, and circumstances of each instance.

**<u>INTERROGATORY NO. 22:</u>**

Describe all communications you had with law enforcement agencies during the Period regarding any alleged criminal conduct, including the date, agency, officers involved, subject matter, and outcome of each communication.

**<u>INTERROGATORY NO. 23:</u>**

Identify every person who has made allegations of sexual misconduct against you at any time, including the date of the alleged conduct, nature of the allegations, and how the matter was resolved.

**INTERROGATORY NO. 24:**

Identify all settlements, judgments, or other resolutions you have entered into regarding claims of sexual misconduct, harassment, assault, or trafficking, including the date, parties, nature of claims, and terms of resolution (excluding any amounts paid if subject to a confidentiality agreement, but identifying that such an agreement exists).

**INTERROGATORY NO. 25:**

Identify all social media accounts, messaging applications, email accounts, and phone numbers you used during the Period, including the username, account name, or number for each.

Dated:  November 17, 2025

IVIE McNEILL WYATT PURCELL & DIGGS, APLC


By:         */s/ Rodney S. Diggs*
Rodney S. Diggs, Esq. (admitted *pro hac vice)*
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel: (213) 489-0028

Tyrone Anthony Blackburn
T. A. Blackburn Law, PLLC.
1242 East 80th Street
3rd Floor
11236
Brooklyn, NY 11236
347-342-7432

Attorneys for Plaintiff

## PROOF OF SERVICE
### 24-cv-01457 (JPO)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 S. Flower Street, Suite 3200, Los Angeles, CA 90071.

On November 17, 2025, I served true copies of the following document(s) described as **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SEAN COMBS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail afeather@imwlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2025, at Los Angeles, California.

*__Alexandria Feather__*
Alexandria Feather

## SERVICE LIST

| | |
|---|---|
| Erica Ashley Wolff<br>Michael Tremonte<br>Katie Elizabeth Renzler<br>Mark Elliot Cuccaro<br>Sher Tremonte LLP<br>90 Broad Street<br>New York, NY 10004<br>212-202-2600<br>Email: ewolff@shertremonte.com<br>Email: mtremonte@shertremonte.com<br>Email: krenzler@shertremonte.com<br>Email: mcuccaro@shertremonte.com | Attorneys for Defendant Sean Combs, Love Records, Combs Global Enterprises |
| Reuven L. Cohen<br>Marc S. Williams<br>Neil S. Jahss<br>724 South Spring Street, 9th Floor<br>Los Angeles, California 90014<br>(213) 232-5160<br>Email: njahss@cohen-williams.com<br>Email: mwilliams@cohen-williams.com<br>Email: rcohen@cohen-williams.com<br>Email: jpacitti@cohen-williams.com | Attorneys for Defendant Kristina Khorram |