# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RODNEY JONES,<br>　　　　　　*Plaintiff*,<br>-against-<br><br>SEAN COMBS,<br>JUSTIN DIOR COMBS,<br>CUBA GOODING JR.,<br>LUCIAN CHARLES GRAINGE,<br>KRISTINA KHORRAM,<br>LOVE RECORDS,<br>MOTOWN RECORDS,<br>UNIVERSAL MUSIC GROUP,<br>COMBS GLOBAL ENTERPRISES,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPORATIONS. 1-10,<br>　　　　　　*Defendants*. | Case No.: 24-cv-01457<br><br>Plaintiff's First Set of Requests for Production<br>of Documents Directed at Sean Combs |

Plaintiff Rodney Jones ("Plaintiff" or "Mr. Jones"), by and through his counsel, hereby serves the following Requests for Production of Documents upon Defendant Sean Combs ("Defendant" or "Combs"), individually and in all capacities, pursuant to Federal Rule of Civil Procedure 34. Defendant is required to respond in writing and produce all responsive documents within thirty (30) days of service. Documents withheld on privilege grounds must be identified on a privilege log.

DEFINITIONS

As used in these Requests for Production, the following terms have the meanings set forth below:

1. "You," "Your," or "Combs" means Defendant Sean Combs, also known as Puff Daddy, P. Diddy, Diddy, Puffy, Brother Love, and Love, individually and in all capacities, including as principal of Love Records, Inc. and Combs Global Enterprises.

2. "Plaintiff" or "Jones" means Rodney "Lil Rod" Jones, Jr., Plaintiff in the above-captioned action.

3. "Love Album" means the album titled "The Love Album: Off the Grid," released on or about September 23, 2023, and all sessions, recordings, camps, and events related to its creation.

4. "Relevant Period" means September 1, 2022, through the date of your response to these Requests.

5. "Chalice" or "CRS" means Chalice Recording Studios located at 845 Highland Avenue, Los Angeles, California 90038.

6. "Yacht" means the vessel chartered by You or on Your behalf from on or about December 23, 2022, through on or about January 4, 2023, in the waters of Saint-Barthélemy, Sint Maarten, and the United States Virgin Islands.

7. "Club Love" means the parties and events hosted by You at Chalice or at Your residences in connection with the creation of the Love Album.

8. "Sex Workers" means any person solicited, recruited, transported, paid, or directed to engage in commercial sex acts at Your direction or for Your benefit.

9. "Laced Beverage" means any alcoholic or non-alcoholic beverage to which a controlled substance, narcotic, or drug was added without the full knowledge and consent of each person consuming it.

10. "Drug Pouch" or "Black Pouch" means any bag, fanny pack, Prada pouch, or similar container used to store or transport illegal narcotics for Your use or distribution during the Relevant Period.

11. "NDA" means any non-disclosure, confidentiality, or non-disparagement agreement.

12. "Chalice Shooting" means the shooting incident that occurred at or in the vicinity of Chalice Recording Studios in the early morning hours of September 12, 2022, in which the individual referred to as "G" sustained gunshot wounds.

13. "Surveillance System" means all video cameras, audio recording devices, CCTV monitors, digital video recorders, remote access systems, and related equipment installed or maintained at Your residences, on the Yacht, or at any studio used during the Relevant Period.

14. "Document" means any written, printed, typed, recorded, electronic, or graphic matter of any kind in any form or medium, including but not limited to emails, text messages, direct messages, voice messages, videos, photographs, audio recordings, contracts, invoices, receipts, ledgers, notes, calendar entries, and social media content.

15. "Communication" means any oral, written, or electronic transmission of information, including but not limited to emails, text messages, DMs, WhatsApp messages, iMessages, Telegram messages, voice memos, phone calls, and in-person discussions.

16. "ESI" means electronically stored information in any format, including but not limited to emails, text messages, cloud storage files, and metadata.

17. "Person" means any individual, corporation, partnership, limited liability company, joint venture, trust, governmental entity, or other organization.

INSTRUCTIONS

1. Scope of Production. Produce all responsive Documents in Your possession, custody, or control, including Documents held by Your agents, employees, attorneys, subsidiaries, and affiliated entities.

2. Continuing Duty. These Requests are continuing in nature. Supplement Your production promptly pursuant to Federal Rule of Civil Procedure 26(e) if additional responsive Documents are located.

3. Objections. If You object to any Request or any part thereof, state the specific grounds for Your objection with particularity. Respond fully to the unobjectionable portion of each Request.

4. Privilege Log. If You withhold any Document on grounds of attorney-client privilege, work product doctrine, or any other privilege, provide a log identifying: (a) the date; (b) the author(s) and recipient(s); (c) the general subject matter; (d) the privilege claimed; and (e) sufficient information to enable Plaintiff to assess the claim.

5. ESI Production. Produce ESI in its native format with all metadata intact. Do not destroy, alter, overwrite, or otherwise compromise any ESI.

6. Spoliation Notice. All Documents, communications, ESI, video, audio, and physical evidence in Your possession, custody, or control that is potentially relevant to this action must be preserved. Destruction of such evidence may result in sanctions, adverse inference instructions, or other remedies.

7. Organization. Produce Documents as they are kept in the ordinary course of business or organize and label them to correspond to the Request to which they are responsive.

8. Redactions. If any Document is produced in redacted form, identify the basis for each redaction.

3

REQUESTS FOR PRODUCTION

RFP NO. 1: Produce all documents and communications reflecting any agreement, negotiation, or discussion between You (or Your agents or representatives) and Rodney Jones concerning compensation, producer credits, royalties, publishing rights, or any other term of his engagement on the Love Album, including all draft and executed contracts, emails, text messages, voice messages, and group chat messages.

RFP NO. 2: Produce all documents, communications, photographs, and recordings in Your possession, custody, or control relating to the shooting of "G" at or near Chalice Recording Studios on or about September 12, 2022, including:
  (a) All internal communications before, during, and after the shooting;
  (b) All instructions given to any person regarding what to tell law enforcement;
  (c) All communications with Your attorneys, security personnel, and law enforcement concerning the shooting;
  (d) Any photographs or videos of the restroom or surrounding area before and after the shooting; and
  (e) Any communications with Shawn Holley or Chalice Recording Studios regarding the public accounts of the shooting.

RFP NO. 3: Produce all video and audio recordings from Your Surveillance Systems — at Your Los Angeles, Miami, and New York residences and on the Yacht — that depict Rodney Jones, Club Love parties, studio sessions for the Love Album, Sex Workers, or any incident alleged in the Complaint during the Relevant Period. In the alternative, agree to a neutral forensic examination protocol to extract and produce responsive recordings.

RFP NO. 4: Produce all NDAs — blank templates and executed versions — that You or Your entities used or presented to any person in connection with the Chalice Writers' Camp, Your residences, the Yacht, Club Love events, or work on the Love Album during the Relevant Period, including any presented to or discussed with Rodney Jones.

RFP NO. 5: Produce all documents and communications concerning the procurement, storage, transportation, or distribution of ecstasy, cocaine, GHB, ketamine, marijuana, mushrooms, or "Tuci" for Your use or the use of Your guests, including:
  (a) Communications referencing the Drug Pouch, Prada pouch, or fanny packs containing drugs;
  (b) Records of drug purchases or payments to drug suppliers;
  (c) Communications with Brendan Paul, Moy Baun, DeForrest Taylor, or Kristina Khorram regarding drug procurement or distribution; and
  (d) Any records of drugs transported through TSA checkpoints.

RFP NO. 6: Produce all documents, communications, Uber receipts, payment records, Venmo/Cash App/Zelle records, or other evidence reflecting the solicitation, hiring, transportation, or payment of Sex Workers at Chalice, Your Los Angeles or Miami homes, or the Yacht from September 2022 through September 2023, including all communications referencing Booby Trap on the River or the "Bad Boy" baseball cap.

4

RFP NO. 7: Produce all videos, photographs, text messages, and other documents relating to the Thanksgiving 2022 gathering at Your Miami home, including recordings or images from Your Surveillance System, any communications referencing Yung Miami, Jane Doe 1, or Rodney Jones from that evening, and any recordings from the night of November 24 through the morning of November 25, 2022.

RFP NO. 8: Produce all recordings, photographs, guest lists, communications, and security reports relating to the July 2, 2023, listening party at Your California home, including documentation of beverage service, security protocols, age verification, presence of minors, and any videos or surveillance recordings from that event.

RFP NO. 9: Produce all budgets, invoices, wire transfer confirmations, bank statements, ledgers, royalty statements, and reimbursement requests reflecting:
- (a) All funds received from Universal Music Group, Motown Records, or any related entity in connection with the Love Album;
- (b) All expenditures charged against Love Album funds, including for studios, the Yacht, travel, Club Love events, and any other expenses; and
- (c) All communications with UMG, Motown, or their representatives concerning budgets, reimbursements, or expenditures.

RFP NO. 10: Produce all communications — including text messages, emails, voice notes, and social media messages — in which You:
- (a) Threatened Rodney Jones with physical harm;
- (b) Directed any person to threaten, intimidate, or communicate with Rodney Jones after he publicly requested payment for his work; or
- (c) Referenced Your ability to harm people, "make problems disappear," or avoid legal consequences through Your connections.

RFP NO. 11: Produce all communications since January 1, 2024 in which You or Your agents discussed Rodney Jones, his allegations, or this lawsuit with: (a) Kristina Khorram; (b) Brendan Paul; (c) DeForrest Taylor; (d) Moy Baun; (e) Faheem Muhammad; (f) Jose Cruz; (g) any law enforcement officer or agency; (h) any insurance carrier; or (i) any person with knowledge of the events alleged in the Complaint. Documents withheld on privilege grounds must be identified on a privilege log.

RFP NO. 12: Produce all communications between You and Jose Cruz, or any other IT or security personnel, concerning: (a) the installation, maintenance, or operation of the Surveillance System; (b) the preservation, transfer, deletion, or destruction of surveillance footage; and (c) any instructions to delete, secure, or relocate recordings following February 26, 2024.

RFP NO. 13: Produce all documents, photographs, videos, and communications reflecting:
- (d) Firearms in Your possession or stored at Your residences or on the Yacht during the Relevant Period;
- (e) The "hidden room" in Your bedroom closet referenced in the Complaint;
- (f) Communications with Faheem Muhammad concerning security operations, police interactions, or the Chalice Shooting;

5

(g) Any cleaning crew hired to clean the Chalice restroom after the Shooting; and

(h) Any security logs, visitor logs, or internal reports from the September 2022 Chalice Writers' Camp.

RFP NO. 14: Produce all communications, draft statements, PR plans, social media posts, talking points, and crisis-management materials concerning: (a) Rodney Jones or his public request for payment; (b) the allegations in this lawsuit; or (c) any media coverage of events alleged in the Complaint.

RFP NO. 15: Produce forensic images — or agree to a neutral forensic examination protocol — of all mobile phones, laptops, tablets, and cloud accounts used by You during the Relevant Period that contain communications, recordings, or evidence related to Rodney Jones, the Love Album, Club Love, the Chalice Shooting, the Yacht, Sex Worker solicitation, or any incident alleged in the Complaint.

RFP NO. 16: Produce all corporate records, operating agreements, financial statements, bank account records, wire transfer records, and correspondence for Love Records, Inc. and Combs Global Enterprises from May 2022 through the date of Your response that relate to the Love Album, Rodney Jones, or the transactions and events alleged in the Complaint.

RFP NO. 17: Produce all documents reflecting wire transfers from anonymous, foreign, or shell company accounts used in connection with events, payments, or activities alleged in the Complaint, including records of payments to Sex Workers, security personnel, or any person to resolve "problems" related to this matter.

RFP NO. 18: Produce complete copies of all insurance policies — including general liability, umbrella, errors and omissions, and directors' and officers' policies — under which You or Your entities are insured, and which may provide coverage for any claim asserted in this action, together with all declarations pages and coverage analyses.

RFP NO. 19: Produce all articles of incorporation, articles of organization, certificates of formation, partnership agreements, operating agreements, shareholder agreements, joint venture agreements, and trust agreements for every Business Entity in which You hold or have held any ownership or financial interest at any time from January 1, 2010, through the date of Your response.

RFP NO. 20: For each Business Entity identified above, produce all corporate records including:
   (a) Minutes of all meetings of officers, directors, managers, or members;
   (b) Resolutions authorizing transactions, payments, or agreements;
   (c) Certificates of good standing, annual reports, and state filings;
   (d) Registered agent designations; and
   (e) Records of any changes in ownership, membership, or management structure.

RFP NO. 21: Produce all financial statements — including balance sheets, income statements, and cash flow statements — and all federal and state tax returns filed by or on behalf of any Business Entity in which You hold or have held an interest for the Relevant Period, to the extent such

6

financial records reflect transactions related to the Love Album, the events alleged in the Complaint, or payments involving Rodney Jones.

RFP NO. 22: Produce all bank statements, wire transfer records, ACH records, check registers, and account opening documents for every Business Account held by or associated with any Business Entity in which You have or have had an ownership interest during the Relevant Period, including:
- (a) All transactions involving Universal Music Group, Motown Records, or any affiliated label;
- (b) All transactions reflecting payments to or for Sex Workers, security personnel, or drug suppliers; and
- (c) All wire transfers to or from overseas or anonymous accounts.

RFP NO. 23: Produce all documents reflecting the formation, ownership, operation, or use of any shell company, nominee-held entity, or offshore account in which You hold or have held a beneficial interest, including all correspondence with attorneys, accountants, or financial advisors concerning such entities.

RFP NO. 24: Produce all contracts, partnership agreements, joint venture agreements, memoranda of understanding, and correspondence reflecting Your business relationships with every Business Partner identified in response to Supplemental Interrogatory No. 21.

RFP NO. 25: Produce all Flight Manifests — including passenger lists, crew manifests, charter trip sheets, and tail number logs — for every Private Aviation flight You took during the Relevant Period, regardless of whether Your name appears as the charterer, passenger, or payor.

RFP NO. 26: Produce all charter agreements, invoices, receipts, wire transfer confirmations, credit card statements, and other payment records reflecting payment for any Private Aviation services used during the Relevant Period, including all records identifying:
- (a) The charter company or aircraft owner;
- (b) The tail number and aircraft type;
- (c) The flight dates, departure points, and destinations;
- (d) The name under which the charter was booked; and
- (e) The account or entity from which payment was made.

RFP NO. 27: Produce all Flight Manifests, boarding documents, charter agreements, and payment records that list or reflect Rodney Jones as a passenger on any Private Aviation or commercial flight during the Relevant Period.

RFP NO. 28: Produce all communications between You (or Your agents) and any Private Aviation provider, charter broker, or aircraft owner concerning flights taken during the Relevant Period, including all booking requests, itinerary confirmations, passenger name additions, and post-flight invoices.

RFP NO. 29: Produce all communications and records reflecting the transport of controlled substances aboard any Private Aviation flight during the Relevant Period, including any

7

communications with Brendan Paul, Moy Baun, DeForrest Taylor, or Kristina Khorram concerning what was packed in carry-on or checked luggage prior to any flight.

RFP NO. 30: Produce all receipts, invoices, confirmations, credit card statements, wire transfer records, and payment records reflecting any travel expense paid, arranged, or reimbursed by You or Your agents on behalf of Rodney Jones during the Relevant Period, including:
   (a) Private Aviation flights;
   (b) Commercial airline tickets;
   (c) Ground transportation, including car services, Uber, Lyft, and rental vehicles;
   (d) Hotel and lodging expenses;
   (e) Yacht charter costs attributable to Mr. Jones's presence; and
   (f) Any other travel-related expense incurred on Mr. Jones's behalf.

RFP NO. 31: Produce all travel itineraries, trip schedules, calendar entries, and logistical communications reflecting the dates, destinations, and purposes of every trip Rodney Jones took at Your direction or expense during the Relevant Period.

RFP NO. 32: Produce all reimbursement requests, expense reports, check stubs, wire confirmations, or cash payment records reflecting any amounts paid to Rodney Jones — or paid on his behalf to third parties — for travel or other expenses during the Relevant Period, including the date, amount, stated purpose, and payor for each payment.

RFP NO. 33: Produce all communications between You, Kristina Khorram, Brendan Paul, DeForrest Taylor, Moy Baun, Frankie Santella, or any other agent concerning the arrangement, payment, or purpose of Rodney Jones's travel during the Relevant Period, including all communications referencing his transportation to or from Chalice, Your Los Angeles or Miami residences, the Yacht, New York City, Saint-Barthélemy, Sint Maarten, or the United States Virgin Islands.

RFP NO. 34: Produce all documents, communications, and records in Your possession, custody, or control reflecting the physical or medical condition of Rodney Jones during the Relevant Period, including:
   (a) Any records reflecting that Mr. Jones received medical attention at or near Your residences, the Yacht, or Chalice;
   (b) Any communications with medical personnel, paramedics, or emergency responders concerning Mr. Jones; and
   (c) Any records reflecting that Mr. Jones was unconscious, incapacitated, or in a state of confusion while in Your presence.

RFP NO. 35: Produce all receipts, invoices, wire transfers, cash payment records, or other financial records reflecting the purchase or procurement of ecstasy, cocaine, GHB, ketamine, marijuana, mushrooms, Tuci, or any other controlled substance for use at Your residences, the Yacht, Chalice, or any Club Love event during the Relevant Period.

8

RFP NO. 36: Produce all records of any prescriptions, medical consultations, or pharmaceutical purchases made by You or on Your behalf that relate to any substance alleged to have been used to drug Rodney Jones or any other person during the Relevant Period.

RFP NO. 37: Produce all communications between You and any music industry executive — including but not limited to executives at Universal Music Group, Motown Records, Spotify, Apple Music, or any other label or streaming service — in which Rodney Jones, his work on the Love Album, his compensation, or his complaints about nonpayment were discussed.

RFP NO. 38:  Produce all communications between You and Steven Aaron Jordan ("Stevie J") during the Relevant Period, including all communications in which Rodney Jones was mentioned, his sexual orientation was discussed, or any plan to involve Stevie J in grooming or influencing Mr. Jones was referenced.

RFP NO. 39: Produce all communications between You and Cuba Gooding, Jr. during the Relevant Period, including all communications referencing Rodney Jones, the Yacht, the introduction of Gooding to Jones, or any instruction to "get to know" Mr. Jones.

RFP NO. 40: Produce all communications between You and Yung Miami (Caresha Romeka Brownlee) and/or the individual identified as Jane Doe 1 during the Relevant Period, including all communications referencing the Thanksgiving 2022 gathering, Rodney Jones, or the incident alleged in the Complaint involving Jane Doe 1.

RFP NO. 41: Produce all communications between You and Faheem Muhammad during the Relevant Period and through the date of Your response, including all communications concerning:
    (a) The Chalice Shooting and any interactions with the LAPD;
    (b) Rodney Jones, his safety, or any threat made to him;
    (c) Any request to use law enforcement contacts to resolve "problems"; and
    (d) Any surveillance or monitoring of Rodney Jones.

RFP NO. 42: Produce all communications between You and DeForrest Taylor during the Relevant Period and through the date of Your response, including all communications referencing Rodney Jones, his request for payment, his social media posts, or any instructions to contact, threaten, or communicate with Mr. Jones.

RFP NO. 43: Produce all communications between You and Frankie Santella during the Relevant Period, including all communications concerning Rodney Jones's recruitment to work on the Love Album, his compensation, and his living and travel arrangements.

RFP NO. 44: Produce all communications between You and Bishop T.D. Jakes during the Relevant Period in which You discussed Your public image, Cassie Ventura's lawsuit, or any effort to use Your relationship with Bishop Jakes to manage the public impact of misconduct allegations against You.

RFP NO. 45: Produce all personal bank statements, wire transfer records, and account statements for every financial account held in Your personal name during the Relevant Period, to the extent

9

such accounts received or disbursed funds related to the Love Album, the events alleged in the Complaint, or any payment to or for Rodney Jones or Sex Workers.

RFP NO. 46:  Produce all records reflecting cash transactions of $1,000 or more made by You or on Your behalf during the Relevant Period, including records of cash kept in the "hidden room" in Your bedroom closet, cash paid to Sex Workers, cash paid to security personnel, cash paid to gang members, and any Currency Transaction Reports (CTRs) or Suspicious Activity Reports (SARs) filed in connection with Your accounts.

RFP NO. 47:  Produce all records — including cash receipts, Uber receipts, Venmo, Cash App, Zelle, or wire transfer records — reflecting payment to any Sex Worker during the Relevant Period, regardless of whether payment was made by You personally, by Rodney Jones on Your behalf, or by any member of Your staff.

RFP NO. 48:  Produce all documents reflecting the assets You promised to Rodney Jones as inducements during the Relevant Period, including:
   (a) Records concerning the property at 1 Star Island Drive, Miami, Florida, including title records, appraisals, and any communications referencing a promise to transfer ownership to Mr. Jones;
   (b) Records concerning the $250,000 promised to Mr. Jones to purchase musical instruments; and
   (c) Records concerning Grammy Award nominations, submissions, or applications for the Love Album, including any communications with the Recording Academy referencing Mr. Jones as a candidate for Producer of the Year.

RFP NO. 49: Produce Your personal federal and state income tax returns for the years 2022, 2023, and 2024, including all schedules and attachments, to the extent they reflect income, deductions, or transactions related to the Love Album, the events alleged in the Complaint, or payments to or for Rodney Jones.

RFP NO. 50: Produce all documents reflecting Your ownership interest in Wing Stop, any other franchise, and any other investment vehicle referenced in the Complaint or Your Declaration, including all investment agreements, financial statements, and records of funds transferred into or out of such investments during the Relevant Period.

RFP NO. 51: Produce all employment agreements, independent contractor agreements, and payment records for every security personnel member — including Faheem Muhammad and all other personal security staff — employed by You or any of Your entities during the Relevant Period.

RFP NO. 52: Produce all internal security incident reports, logs, or summaries prepared by Your security team concerning any incident at Your residences, the Yacht, or Chalice during the Relevant Period, including but not limited to the Chalice Shooting, any altercations involving Rodney Jones, and any incident in which law enforcement was contacted.

10

RFP NO. 53:  Produce all communications, letters, emails, and records reflecting any contact between You, Faheem Muhammad, or any of Your agents and any law enforcement officer, agency, or official concerning:

    (a)  The Chalice Shooting;

    (b)  Rodney Jones or his allegations;

    (c)  Any request to use law enforcement contacts to resolve "problems"; and

    (d)  Any payment, gift, or benefit provided to any law enforcement officer or official.

RFP NO. 54: Produce all agreements, invoices, communications, and reports involving any private investigator or investigation firm retained by You or on Your behalf during the Relevant Period and through the date of Your response, including any investigation concerning Rodney Jones, witnesses to the events alleged in the Complaint, or media coverage of this lawsuit.

RFP NO. 55: Produce all complaints, summonses, and litigation documents from any civil lawsuit filed against You or any of Your entities at any time from January 1, 2000, through the date of Your response that involved allegations of:

    (a)  Sexual assault, sexual misconduct, or sex trafficking;

    (b)  Physical violence or assault;

    (c)  Drug distribution or administration;

    (d)  Nonpayment of wages, royalties, or producer fees; or

    (e)  Coercion, intimidation, or threats.

RFP NO. 56: Produce all settlement agreements, release agreements, and confidentiality agreements entered by You or any of Your entities in connection with any prior lawsuit, complaint, or demand involving the categories of conduct described in RFP No. 55.

RFP NO. 57: Produce all documents and communications related to the civil lawsuit filed by Cassie Ventura against You, including the complaint, settlement agreement, and any communications in which You discussed leveraging Your relationship with T.D. Jakes or other public figures to manage the public impact of Ms. Ventura's allegations, to the extent any such communications also reference Rodney Jones or the events alleged in the Complaint.

RFP NO. 58: Produce all documents reflecting any effort to enforce, threaten to enforce, or invoke any NDA against any person who witnessed or had knowledge of the conduct alleged in the Complaint, including all cease-and-desist letters, demand letters, and litigation documents related to NDA enforcement.

RFP NO. 59: Produce complete archives — including all posts, stories, direct messages, deleted content, and account metadata — from every social media account used by You during the Relevant Period, including Instagram, X (Twitter), Facebook, Snapchat, TikTok, and any other platform, to the extent the content relates to Rodney Jones, the Love Album, Club Love, the Chalice Shooting, or any event alleged in the Complaint.

RFP NO. 60: Produce all deleted, archived, or otherwise recovered text messages, emails, DMs, voice notes, and other electronic communications relating to Rodney Jones, the Love Album, the Chalice Shooting, Sex Workers, or any event alleged in the Complaint, including any communications recovered through forensic examination of Your devices.

11

RFP NO. 61: Produce all group text messages, group chats, group emails, or group communications in which You were a participant and in which Rodney Jones, the Love Album, Club Love, the Chalice Shooting, Sex Workers, or any event alleged in the Complaint was discussed, including communications on WhatsApp, Signal, Telegram, iMessage, and any other messaging platform.

RFP NO. 62: Produce all calendar entries, scheduling records, appointment books, and event logs — digital or physical — maintained by You or on Your behalf during the Relevant Period that reflect meetings, events, parties, studio sessions, trips, or other activities involving Rodney Jones or any of the events alleged in the Complaint.

RFP NO. 63: Produce all attendance lists, sign-in sheets, RSVP lists, security logs, and other records identifying all persons who attended the September 2022 Chalice Writers' Camp, including all producers, songwriters, artists, guests, and plus-ones.

RFP NO. 64: Produce all guest lists, RSVP records, security logs, and attendance records for every Club Love event held at Chalice, Your Los Angeles residence, Your Miami residence, or the Yacht during the Relevant Period.

RFP NO. 65: Produce all documents identifying any person who was present at or near Chalice Recording Studios on September 11–12, 2022, including security logs, studio session records, visitor logs, and any communications referencing witnesses to the Chalice Shooting.

RFP NO. 66: Produce all written or recorded statements — whether sworn or unsworn — obtained from any witness to any event alleged in the Complaint, including any statement obtained by Your attorneys, investigators, or security personnel.

RFP NO. 67: Produce all documents and communications reflecting any Grammy Award submission, nomination consideration, or correspondence with the Recording Academy concerning the Love Album or any producer, musician, or artist who worked on the Love Album, including any submission or consideration for a Producer of the Year nomination for Rodney Jones.

RFP NO. 68: Produce all drafts, final versions, and communications concerning the producer credits, musician credits, and liner notes for the Love Album, including all drafts in which Rodney Jones was included or excluded as a credited producer or musician and all communications explaining any changes to his credits.

RFP NO. 69: Produce all royalty statements, publishing statements, mechanical license records, and performance royalty records for the Love Album, including all statements reflecting amounts earned from streaming, sales, synchronization, and performance of each song on which Rodney Jones is credited as a producer or musician.

RFP NO. 70: Produce all Footage captured by any Recording Device installed at or covering:
    (a) 200 South Mapleton Drive, Los Angeles, CA 90024; and

   (b) 1550 N. El Centro Avenue, Los Angeles, CA 90028
during the Relevant Period, including all interior room footage, exterior footage, driveway footage, and footage from any hidden or concealed cameras, produced in native format with all metadata intact.

RFP NO. 71: Produce all Footage captured by any Recording Device installed at or covering:
   (a) 2 Star Island Drive, Miami Beach, FL 33139; and
   (b) 1 Star Island Drive, Miami Beach, FL 33139
during the Relevant Period, including all interior room footage, exterior footage, pool area footage, studio footage, and footage from any hidden or concealed cameras.

RFP NO. 72: Produce all Footage captured by any Recording Device installed at or covering any New York City residence used by You during the Relevant Period, including all interior and exterior footage and footage from any hidden or concealed cameras.

RFP NO. 73: Produce all Footage captured by any Recording Device at or covering Chalice Recording Studios, 845 Highland Avenue, Los Angeles, CA 90038 during the Relevant Period, including all studio interior footage, lounge footage, parking lot footage, restroom footage, and any footage from the night of September 11–12, 2022.

RFP NO. 74: Produce all Footage captured by any Recording Device on or covering the Yacht during the charter period from approximately December 23, 2022, through January 4, 2023, including all interior cabin footage, deck footage, studio footage, gym footage, and any footage depicting events alleged in the Complaint.

RFP NO. 75: Produce all Footage captured by any Recording Device on or in any Aircraft used by You during the Relevant Period, including footage from any onboard cameras, personal devices used during flights, and any recording device operated by crew or passengers.

RFP NO. 76: Produce all Footage stored on any cellphone or smartphone used by You during the Relevant Period, including all videos, photographs, voice memos, and screen recordings that depict Rodney Jones, events at Your Properties, Club Love events, the Yacht, Aircraft, Sex Workers, controlled substances, or any event alleged in the Complaint, including all files stored in linked Cloud Storage accounts.

RFP NO. 77: Produce all Footage taken by Rodney Jones using his own cellphone or any other device, at Your direction, during the Relevant Period, including all files You caused to be copied, transferred, or stored on Your devices or accounts.

RFP NO. 78: Produce all Footage taken by any staff member — including Kristina Khorram, Brendan Paul, DeForrest Taylor, Moy Baun, Frankie Santella, Faheem Muhammad, and Jose Cruz — at Your Properties, on the Yacht, or on Aircraft during the Relevant Period, including all files shared with You, uploaded to Cloud Storage, or stored on staff devices.

RFP NO. 79: Produce all Footage depicting the restroom at Chalice Recording Studios where "G" was shot, including all footage of the blood, the aftermath of the shooting, the cleaning of the

restroom, and any footage taken before, during, or after the arrival of LAPD officers on September 12, 2022.

RFP NO. 80: Produce all Footage from every Club Love event held at Chalice, Your Los Angeles residence, Your Miami residence, or the Yacht during the Relevant Period, including all footage depicting attendees, Sex Workers, controlled substance use, and any interaction between You and Rodney Jones.

RFP NO. 81: Produce all Footage from the July 2, 2023, listening party at Your California residence, including footage depicting all attendees, beverage service, the presence of any persons who appeared to be underage, and any interaction between You and Rodney Jones.

RFP NO. 82: Produce all Footage from Your Miami residence at 2 Star Island on or about February 2, 2023, including footage depicting the bedroom, any Sex Workers present, Rodney Jones, and the morning after.

RFP NO. 83: Produce all Footage from Your Miami residence on or about November 24–25, 2022, including footage depicting all guests, the bathroom incident involving Jane Doe 1, and any interaction between You and Rodney Jones.

RFP NO. 84: Produce complete archives of all Footage stored in any Cloud Storage account linked to Your devices or Your Surveillance System during the Relevant Period, including all currently existing files and all deleted or archived files that remain recoverable, in native format with full metadata.

RFP NO. 85: Produce all agreements, invoices, and communications with any third-party security monitoring company or cloud-based video storage vendor used in connection with Your Properties, the Yacht, or Aircraft during the Relevant Period, together with all Footage archives held by such vendors. In the alternative, identify each vendor with sufficient specificity to allow Plaintiff to serve a third-party subpoena.

RFP NO. 86: To the extent any Footage has been deleted from any device or Cloud Storage account since February 26, 2024, produce:
   (a) A complete forensic image of each device from which Footage was deleted, using a neutral forensic examiner agreed upon by the parties or appointed by the Court;
   (b) All logs, audit trails, or access records showing when Footage was deleted and by whom; and
   (c) All communications directing or authorizing the deletion of any Footage.


Dated: May 12, 2026
Brooklyn, New York

/s/ *Tyrone A. Blackburn*
Tyrone A. Blackburn
T. A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236

14