# EXHIBIT 2

**Friday, May 29, 2026 at 5:12:12 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests |
| **Date:** | Thursday, May 28, 2026 at 5:05:20 PM Pacific Daylight Time |
| **From:** | Neil Jahss |
| **To:** | Benjamin J. Shack Sackler, Tyrone Blackburn, Erica Wolff |
| **CC:** | Rodney S. Diggs, Tyrine S. Aman, Alice D. Williams, Le Chaune Metoyer, Alexandria K. Feather, Michael Tremonte, Katie Renzler, Mark Cuccaro, mwilliams@cohen-williams.com, jpacitti@cohen-williams.com, Michael Fisher |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png |

Tyrone,

We have reviewed Ms. Wolff's May 28, 2026 letter (transmitted by Mr. Sackler) concerning Plaintiff's RFAs and revised First Set of Interrogatories directed to Mr. Combs.  Plaintiff's First Sets of Interrogatories and RFAs directed to Ms. Khorram – served on May 13, 2026 – share many of the same procedural and substantive deficiencies identified in Ms. Wolff's letter.  Ms. Khorram joins in the positions asserted therein to the extent applicable to the discovery directed to her.  We likewise request that Plaintiff withdraw the interrogatories and RFAs directed to Ms. Khorram and serve revised discovery that complies with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

Like counsel for Mr. Combs, we are willing to engage in a good faith meet-and-confer process to resolve these issues without Court intervention.  To avoid unnecessary duplication of effort and expense, we are available to participate in a single consolidated meet-and-confer concerning the discovery directed to both Mr. Combs and Ms. Khorram this Friday between 5:30-6:00 pm EST, Monday between 2:00-5:00 pm EST, and Tuesday any time after 12:00 pm EST.

If helpful in advance of the meet-and-confer, we are prepared to identify representative examples of the deficiencies in the interrogatories and RFAs directed to Ms. Khorram similar to those enumerated in Ms. Wolff's letter.

Thank you.

Regards,

Neil

Neil S. Jahss
**COHEN WILLIAMS** LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5171
Cell: 310-714-6451
Fax: 213-232-5167

1 of 27

njahss@cohen-williams.com
www.cohen-williams.com

---

**From:** "Benjamin J. Shack Sackler" <bshacksackler@shertremonte.com>
**Date:** Thursday, May 28, 2026 at 3:28 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>, Erica Wolff <EWolff@shertremonte.com>
**Cc:** Neil Jahss <njahss@cohen-williams.com>, "Rodney S. Diggs" <RDiggs@imwlaw.com>, "Tyrine S. Aman" <TAman@imwlaw.com>, "Alice D. Williams" <AWilliams@imwlaw.com>, Le Chaune Metoyer <LMetoyer@imwlaw.com>, "Alexandria K. Feather" <afeather@imwlaw.com>, Michael Tremonte <MTremonte@shertremonte.com>, Katie Renzler <KRenzler@shertremonte.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, "mwilliams@cohen-williams.com" <mwilliams@cohen-williams.com>, "rcohen@cohen-williams.com" <rcohen@cohen-williams.com>, Jenna Pacitti <jpacitti@cohen-williams.com>
**Subject:** RE: Rodney Jones v. Sean Combs, et al. - Discovery Requests

> **External Sender** - From: ("Benjamin J. Shack Sackler"
> <bshacksackler@shertremonte.com>)
> This message came from outside your organization.

Tyrone,

Please see the attached correspondence.  We are available to meet and confer during the following windows:

Friday 5/29:  4-6pm EST
Monday 6/1: 9am-12pm, 2-5pm EST
Tuesday 6/2: anytime

Please let us know a time within these windows that works for you and we will circulate an invite.

Sincerely,
Ben



**Benjamin J. Shack Sackler**
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004
bshacksackler@shertremonte.com  |  tel: 646.795.0527  |  fax: 212.202.4156
www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this

communication in error, please notify us immediately by e-mail and delete the original message.

---

‖

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Wednesday, May 13, 2026 12:56 PM
**To:** Erica Wolff <EWolff@shertremonte.com>
**Cc:** Neil Jahss <njahss@cohen-williams.com>; Benjamin J. Shack Sackler <bshacksackler@shertremonte.com>; Rodney S. Diggs <RDiggs@imwlaw.com>; Tyrine S. Aman <TAman@imwlaw.com>; Alice D. Williams <AWilliams@imwlaw.com>; Le Chaune Metoyer <LMetoyer@imwlaw.com>; Alexandria K. Feather <afeather@imwlaw.com>; Michael Tremonte <MTremonte@shertremonte.com>; Katie Renzler <KRenzler@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; mwilliams@cohen-williams.com; rcohen@cohen-williams.com; jpacitti@cohen-williams.com
**Subject:** Re: Rodney Jones v. Sean Combs, et al. - Discovery Requests

See attached Plaintiffs' First Set of Request for Production, Request for Admission, and Request for Interrogatories.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any