# SHER TREMONTE LLP

June 24, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:    *Jones v. Combs et al.*, 24-CV-01457 (JPO)

Dear Judge Oetken:

We write on behalf of Defendant Sean Combs, pursuant this Court's Individual Rules, to request a three-week adjournment of the deadline for Mr. Combs to file his amended answer and counterclaims.  All parties consent to this request.

On April 13, 2026, the parties jointly wrote to the court requesting, for the first time, an extension of certain discovery deadlines, which the Court so-ordered on April 14, 2026.  ECF Nos. 107, 108.  The parties also notified the Court that Plaintiff consented to Mr. Combs filing and amended answer to assert counterclaims against Plaintiff.  ECF No. 107.  The Court so-ordered the parties requested deadline of June 30, 2026 for Mr. Combs to file his amended answer and counterclaims.  ECF No. 108.

As the Court is aware, Mr. Combs is currently incarcerated at FCI Fort Dix.  The undersigned Counsel for Mr. Combs has been unable to communicate with Mr. Combs at FCI Fort Dix in advance of the approaching deadline to file his amended answer and counterclaims.  Therefore, we request a modest three-week extension until **July 21, 2026** to file Mr. Combs's amended answer and counterclaims.  This extension is not anticipated to affect any other deadlines in this matter.

Respectfully,

*/s/ Erica A. Wolff*

Erica A. Wolff
Michael Tremonte
Mark Cuccaro
Katie Renzler
Benjamin J. Shack Sackler

Cc:    All counsel of record (by ECF)