# SHER TREMONTE LLP

July 19, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007-1312

        **Re:**    *Jones v. Combs et al.*, 24-CV-01457 (JPO)

Dear Judge Oetken:

We write on behalf of Defendant Sean Combs, pursuant this Court's Individual Rules, to request a further three-week adjournment of the deadline for Mr. Combs to file his amended answer and counterclaims.  Defendant Kristina Khorram consents to this request.  The undersigned made multiple attempts to obtain Plaintiff's position on this request but as of the filing of this letter, Plaintiff's counsel has not responded to those inquiries.  *See* Exhibit A.

On June 24, 2026, we wrote to the Court requesting a three-week adjournment of the deadline for Mr. Combs to file his amended answer and counterclaims, from June 30, 2026 to July 21, 2026.  ECF No. 113.  The Court granted the request.  ECF No. 114.

As we explained in our June 24 letter, Mr. Combs is currently incarcerated at FCI Fort Dix and we have been unable to communicate with Mr. Combs in advance of the approaching deadline.  During the conference held on July 14, 2026, we shared that we still face significant challenges in communicating with Mr. Combs and that we may need seek a further extension of the deadline for Mr. Combs to file his amended answer and counterclaims.  Unfortunately, these challenges have continued.  We therefore respectfully request a further three-week adjournment of the deadline for Mr. Combs to file his amended answer and counterclaims until **August 11, 2026**.  This extension is not anticipated to affect any other deadlines in this matter.  This is the second request for an extension of this deadline.

        Respectfully,

        */s/ Erica A. Wolff*

        Erica A. Wolff
        Michael Tremonte
        Benjamin J. Shack Sackler

Cc:    All counsel of record (by ECF)

Enclosure