**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Phone: (347) 342-7432 | tblackburn@tablackburnlaw.com

September 3, 2026

VIA ECF
The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Rodney Jones v. Sean Combs, et al., No. 1:24-cv-01457 (JPO)
Plaintiff/Counterclaim-Defendant's Letter-Motion for a Ten-Day Extension of Time to File Motion to Dismiss Counterclaims (First Request)

Dear Judge Oetken:

I write on behalf of Plaintiff and Counterclaim-Defendant Rodney Jones respectfully to request, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Rule 2.D of Your Honor's Individual Practices in Civil Cases, a ten-day extension of the deadline to file Plaintiff's motion to dismiss the Counterclaims filed by Defendants on August 11, 2026 (ECF No. 120). The current deadline was September 1, 2026; Plaintiff respectfully requests that the deadline be extended through and including September 14, 2026. This is Plaintiff's first request for an extension of this deadline. No prior extension has been sought or granted. The requested extension does not affect any other date on the Court's calendar.

The extension is necessitated by an unforeseen technical emergency that has, for the past week, prevented undersigned counsel from accessing the case files, work product, and research materials needed to finalize the motion. On or about **August 25, 2026**, the external hard drive on which undersigned counsel stores the entire firm's active case files — including the working files in this matter — suddenly malfunctioned and became inaccessible.

Over the past week, undersigned counsel has made repeated, good-faith efforts to recover the data. The drive was first taken to **Jean Computer Repair**, and thereafter to **Micro Center**, neither of which was able to retrieve the files. This past Monday, September 1, 2026, undersigned counsel was able to place the drive with a data-recovery specialist to whom he was referred at **Maimonides Medical Center**. That specialist has worked on the device over the last three days and was required to order a specialized software program in order to override certain protections on the drive. Earlier today, the specialist confirmed that the recovery program has begun copying the files and that undersigned counsel should have access to the complete set of files by this evening or early tomorrow morning.

Once access is restored, undersigned counsel will need a short additional period to reintegrate the recovered files with the working drafts and complete finalization, proofreading, citation-verification, and assembly of the motion papers, memorandum of law, declarations, and exhibits. The ten additional days requested — through September 14, 2026 — will be sufficient to accomplish that work and to file complete and accurate papers with the Court.

Undersigned counsel apologizes to the Court and to opposing counsel for the inconvenience and for the delay in making this request. The last week has been extraordinarily

difficult, as the affected external drive houses the working files for the entire firm, and undersigned counsel prioritized the immediate steps necessary to recover the data. Undersigned counsel attempted to confer with counsel, Erica Wolff, for Defendant Combs regarding this request and was not able to obtain her position at the time of this filing.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline to file Plaintiff's motion to dismiss the Counterclaims from September 1, 2026, through and including September 14, 2026. A proposed "SO ORDERED" endorsement line appears below for the Court's convenience.

The Court's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-7432
tblackburn@tablackburnlaw.com
Counsel for Plaintiff and Counterclaim-Defendant Rodney Jones

cc: All counsel of record (via ECF)

---

SO, ORDERED.

Dated: September ___, 2026
New York, New York

_______________________________
Hon. J. Paul Oetken
United States District Judge