**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Phone: (347) 342-7432 | tblackburn@tablackburnlaw.com

September 4, 2026

VIA ECF
The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Rodney Jones v. Sean Combs, et al.,* No. 1:24-cv-01457 (JPO)

Supplement to 9/3/2026
Letter Motion

Dear Judge Oetken:

I write on behalf of Plaintiff and Counterclaim-Defendant Rodney Jones to supplement the letter motion for an extension of time filed on September 3, 2026. Defendant Combs's counsel responded yesterday evening and stated that they do not object to the requested extension.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-7432
tblackburn@tablackburnlaw.com
Counsel for Plaintiff and Counterclaim-Defendant Rodney Jones

cc: All counsel of record (via ECF)