UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rodney Jones,<br>Plaintiff and Counterclaim-Defendant,<br>v.<br><br>Sean Combs, Justin Dior Combs, Cuba Gooding, Jr., Lucian Charles Grainge, Kristina Khorram, Love Records, Motown Records, Universal Music Group, Combs Global Enterprises, JOHN and JANE DOES 1–10, and ABC CORPORATIONS 1–10,<br>Defendants.<br>______________________________<br>Sean Combs,<br>Counterclaim-Plaintiff,<br><br>v.<br><br>Rodney Jones,<br>Counterclaim-Defendant. | Case No. 1:24-cv-01457 (JPO)<br><br>PLAINTIFF AND COUNTERCLAIM-DEFENDANT RODNEY JONES'S MOTION TO DISMISS COUNTERCLAIMS |

Plaintiff and Counterclaim-Defendant Rodney Jones respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6)USCS Fed Rules Civ Proc R 7, to dismiss Counts I–IX of Defendant and Counterclaim-Plaintiff Sean Combs's Counterclaims (ECF No. 120) with prejudice, and to dismiss the defective theories and any privileged statements alleged in Count X. Combs's Counterclaims rest solely on labels rather than plausible factual allegations, failing to identify the videographer, the specific drives allegedly taken, when they were discovered missing, how the Netflix documentary footage was traced to those drives, or any nonconclusory facts tying Jones to unauthorized access, theft, sale, payment, or current possession of any drive. Further support for this motion is set forth in the accompanying Memorandum of Law.

Dated: September 14, 2026
New York, New York

Respectfully submitted,

*Tyrone A. Blackburn, Esq.*
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-1445
tblackburn@tablackburnlaw.com

Attorneys for Plaintiff and Counterclaim-Defendant Rodney Jones