**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RODNEY JONES,
Plaintiff,

v.

SEAN COMBS, JUSTIN DIOR COMBS, CUBA GOODING, JR., LUCIAN CHARLES GRAINGE, KRISTINA KHORRAM, LOVE RECORDS, MOTOWN RECORDS, UNIVERSAL MUSIC GROUP, COMBS GLOBAL ENTERPRISES, JOHN and JANE DOES 1-10; and ABC CORPORATIONS 1-10,
Defendants.

SEAN COMBS,
Counterclaim-Plaintiff,

v.

RODNEY JONES,
Counterclaim-Defendant.

Case No. 24-cv-01457 (JPO)

**CERTIFICATE OF SERVICE**

Michael Tremonte hereby certifies that a true and correct copy of Sher Tremonte LLP's Motion to Withdraw as Counsel and Supporting Declaration, both dated September 24, 2026, were served upon counsel of record for all parties by filing on ECF, and were served upon Defendant and Counterclaimant Sean Combs by delivering a copy by email to his power of attorney, and by USPS Priority Mail Express at the following address:

Sean Combs, Reg. No. 37452-054
FCI FORT DIX
P.O. BOX 2000
Joint Base MDL, New Jersey 08640

Dated: New York, New York
September 24, 2026

*/s/ Michael Tremonte*
Michael Tremonte