SHER TREMONTE LLP

September 28, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007-1312

**Re: *Jones v. Combs et al.*, 24-CV-01457 (JPO)**

Dear Judge Oetken:

We write on behalf of Defendant-Counterclaimant Sean Combs ("Mr. Combs"), pursuant this Court's Individual Rules, to request a 30-day adjournment of the deadline for Mr. Combs to file his opposition to Plaintiff-Counterclaim Defendant Rodney Jones's ("Mr. Jones") motion to dismiss Mr. Combs's Counterclaims, ECF No. 124 (the "Motion to Dismiss"), to the extent the Court deems the Motion to Dismiss timely and not waived. We have attempted multiple times to obtain Plaintiff's position on the request but have not received a response.

Plaintiff's original deadline to respond to Mr. Combs's counterclaims was September 1, 2026. On September 3, Plaintiff requested an adjournment of that deadline, and on September 4, the Court granted Plaintiff's request to extend the deadline to respond to Mr. Combs's Counterclaims to September 14, 2026. ECF No. 123. Plaintiff belatedly filed his Motion to Dismiss on September 17, 2026. ECF No. 124. To the extent Plaintiff's Motion to Dismiss the Counterclaim is not stricken as untimely, the opposition to that motion would be due on October 1, 2026. In light of Sher Tremonte LLP's Motion for Leave to Withdraw as Counsel filed on September 24, 2026, ECF No. 126 ("Motion to Withdraw"), and the breakdown in attorney-client communications and lack of payment described therein, and in light of other scheduling conflicts, we respectfully request a 30-day adjournment of any deadline for Mr. Combs to oppose Plaintiff's Motion to Dismiss the Counterclaim.[1]

[1] The Motion to Withdraw also asks the Court to stay all deadlines for 30 days to permit Mr. Combs to retain new counsel. In light of the upcoming October 1, 2026 deadline for Mr. Combs to oppose Mr. Jones's Motion to Dismiss (to the extent the Motion to Dismiss is deemed timely and not waived), the undersigned deemed it prudent to file this letter motion specifically requesting a 30-day extension of any such deadline while the Court considers our Motion to Withdraw.

This extension is not anticipated to affect any other deadlines in this matter. This is the first request for an extension of this deadline (apart from the request in the Motion to Withdraw to stay all deadlines for 30 days to permit Mr. Combs to retain new counsel).

Respectfully,

*/s/ Erica A. Wolff*

Erica A. Wolff
Michael Tremonte
Mark Cuccaro
Katie Renzler
Benjamin J. Shack Sackler

Cc: All counsel of record (by ECF)