UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY JONES,
Plaintiff,

-v-

SEAN COMBS, *et al.*,
Defendants.

24-CV-1457 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 24, 2026, counsel for Defendant Sean Combs moved to withdraw as his counsel, citing nonpayment of legal fees and a breakdown of communication with Combs. (*See generally* ECF No. 126.) Neither Plaintiff nor Combs has filed any opposition. Finding good cause for counsel's withdrawal, the Court hereby GRANTS the motion.

Within four weeks of the date of this Order, Combs shall have new counsel appear or file a letter stating that he will appear *pro se* (that is, representing himself) with contact information.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases. *Pro se* parties should submit all papers to the Court in one of the following ways:

a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

b. mailing them or delivering them in person to the following address:

U.S. District Court
Southern District of New York
Pro Se Intake Unit, Room 250
500 Pearl Street
New York, New York 10007

There is additional information about proceeding *pro se* on the Court's website (https://nysd.uscourts.gov/prose).

Additionally, on September 17, 2026, Plaintiff filed a motion to dismiss Combs's counterclaims. (*See* ECF No. 124.) Combs has not yet filed any opposition papers to Plaintiff's motion. Previously, the Court extended Combs's deadline to oppose Plaintiff's motion to October 30, 2026, noting that the Court may further extend that deadline in its resolution of Sher Tremonte's motion to withdraw. (*See* ECF No. 131.) The Court hereby extends Combs's deadline to oppose Plaintiff's motion to December 4, 2026. If Combs does not file an opposition by December 4, 2026, the Court will construe Plaintiff's motion as unopposed.

Within seven days of the date of this Order, Sher Tremonte shall serve this Order upon Defendant Combs by emailing a copy to Combs's power of attorney and by USPS Priority Mail to Defendant's current facility mailing address.

The Clerk of Court is directed to close the motion at ECF No. 126 and to terminate Attorneys Erica Ashley Wolff, Michael Tremonte, Benjamin Jared Shack Sackler, Katie Elizabeth Renzler, and Mark Elliot Cuccaro as counsel.

The Clerk of Court is further directed to terminate Love Records and Combs Global Enterprises as parties on the docket, in light of the Court's Opinion and Order dismissing all claims against them at ECF No. 86.

SO ORDERED.

Dated: October 22, 2026
New York, New York

J. PAUL OETKEN
United States District Judge