JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW
1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

November 19, 2026

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
40 Foley Square, Courtroom 706
New York, New York 10007

Re: *Jones v. Combs, et al.*, Case No. 1:24-cv-01457 (JPO)

Dear Judge Oetken:

We have been engaged to represent Sean Combs in the above-referenced action. My colleague, Adam R. Rahman, and I are filing notices of appearance concurrently with this letter in accordance with the requirement of the Court's order, dated October 22, 2026 (ECF No. 132) (the "October 22 Order").

We respectfully request, in accordance with Rule 2.D of Your Honor's Individual Rules and Practices in Civil Cases, that the Court extend Mr. Combs's time to oppose Plaintiff's motion to dismiss the counterclaims (ECF No. 124) from December 4, 2026 until January 29, 2027, with Plaintiff's reply, if any, due February 5, 2027, or by such other date as the Court orders.

The October 22 Order relieved Sher Tremonte LLP as Mr. Combs's counsel and set Mr. Combs's deadline to oppose the motion to dismiss to December 4, 2026. Although I initially represented Mr. Combs in 2024, before this action was commenced, in connection with various facets of this dispute, I have limited familiarity with the case as it has developed over the last two years.

As newly retained counsel, we need to familiarize ourselves with the facts and history of the case, both as to the defense of Plaintiff's claims and the prosecution of Mr. Combs's counterclaims, and to confer with Mr. Combs about both matters. As the Court is undoubtedly aware, Mr. Combs is presently incarcerated. He was recently transferred to FCI-Allenwood, Pennsylvania, which has made it difficult for me to discuss this case with him.

In addition, we represent Mr. Combs and his companies in multiple cases in state and federal courts in New York and California (through Los Angeles-based counsel). We also have been coordinating the transfer of Sher Tremonte's other matters for Mr. Combs to successor counsel, Lydecker, which has required substantial time. The requested extension also accounts for multiple commitments already made for November 2026 through January 2027, including foreign

travel. Accordingly, the request is made out of reasonable necessity and not for delay or any improper purpose.

This is Mr. Combs's second request to extend this deadline. Mr. Combs's prior counsel requested an extension on September 28, 2026 (ECF No. 130), which the Court granted (ECF No. 131), and the Court *sua sponte* extended the deadline to December 4, 2026 in the October 22 Order.

On November 17 and 18, 2026, we contacted Plaintiff's counsel, Tyrone Blackburn, by telephone and email to obtain his consent to the requested extension, but we have not received any response.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Jonathan D. Davis*

Jonathan D. Davis

JDD:hs

cc: All Counsel (via ECF)